Atty Mary Healey. 7/18/05

SS. Selena Jackson-Owner vs Vespa Gibbs et al, City Insp. BHC Kariato

Referred to MJ RB Collings

05-1

Please be advised, that 3 unknown contractors "have demolished my rear porches, without verifying their identities to work, and show me any permits.

I, therefore, am requesting an "immediate stay of execution of labor" by the appointed Receiver Vespa Gibbs, who has prolonged, and obstructed the necessary repairs to the building. Please "see attached list". Please "fax these papers to the Housing Court Clerk, and seek redress by way of "Stay of execution" for me to hire one of the other contractors given to Celia Weinstein, namely "Duffy Roofing". "They were supposed to have faxed their proposals of labor to her"!!! Please see if they have

Selena Jackson
57 Westmore Rd
Mattapan, Ma. 02126-15
03-CV00585

1 of 5

From: Selena Jackson - landlord  7/18/05
To: Vespa Gibbs et al - Receiver
aka Robinson, Inc.
Re: 03CV00595 Boston Housing Court
Subj: Stay of execution of work on premises due too Criminal Trespass, Destruction of Private Property located at 57 Westmore Rd, Mattapan, Ma 02126

Dear Miss Gibbs:

Please be advised, that I am not in receipt of any papers from the court, that authorize the workmen, who haven't shown me the proper license to construct my building. They have torn down the rear porch, which was only supposed to be joyced on the second floor, and repaired at the 1st floor base porch, by jacking the leftside to level, and guy at the second. They have also, removed the storm windows "unnecessarily," when "they don't need replacing."

7/18/05 — I refuse to all the workman "unknown" to "destroy my property," without the proper certificate because of my liability, in case they get hurt or fall while repairing. I also want to clarify the issue of "necessary repair" I am not paying for a padded bill, of excessive cost, for unnecessary work to the building." The list of repairs for the address at 57 Westmore Rd, Mattapan Ma are as follows:

2 of 5

From: Selena Jackson - Landlord/Owner
57 Westmore Rd, Mattapan, Ma 02126
Re: 03CV0595 - Boston Housing Court

7/18/05

### Allowed Repairs at 57 Westmore Rd, Mattapan Ma 02126

1. "Board, and shingle roof, and paint chimney"
2. Paint all window trim on outside of building
3. Replace gutters, on "right side" of building
4. Clean and secure gutters around the building
5. Put downspouts around building
6. Cement corner base of foundation on right side
* 7. Install windows in the hallway, on the right side of apt 1, and Apt 2, by appt. with landlord (unauthorize by landlord)
* 9. "Rebuild" rear porches, that were torn down
* 10. Replace rear porch steps
11. "Replace ceilings in "Rear hallway", Front & 2nd Fl by appt only w/ landlord

### Damages Caused by City Inspectional/Vespa Gibbs / Bos Hsg Ct

1. Broken Storm Windows to be repaired (8)
2. Doors damaged, - front hallway to porch holes in door and 2nd fl
3. Door Jams (3) front entrance, rear entrance
4. Padlocks, and cylinders (2) front & back door entrance
5. Water Damage - (2) bathrooms 1st + 2nd Fl. (ceiling, wall, floors + tile)
6. Rental Loss 5 yrs @ $1200.00 per annum = $6000 + $3000 1st Fl
7. Boarding Cost (7) = $14000.00 (liens)
8. Date of destruction of porch 7/15/05
9. Water Damaged floor - Front Hallway
10. Water Damaged Ceiling - Front Hallway

3 of 5

SS: Selena Jackson vs City Insp Svcs etal, Vespa Gibbs, Bos Hsg Const
Re: 03-CV00595 (98-CV01452) 6/8/00 SP
Criminal Charges brought by Selena Jackson - Landlord

"Destruction of Priv. Prop."
Criminal Trespass
(5yrs)× Viol. Nov!, Law - (disability of landlord for utilies paid)
Malicious Destruction
False Arrest
Duress
Viol Civil Rights
Defamation
libel
Missappropriation of Funds 6/00 -
Theft (light fixture, locks (3)
Fraud w/int
Assault (City Insp. McMillon/BPD - Area ofc  12/18/03
Bodily Harm   "    "    "    "    12/18/03
"Viol of Deed of Owner" w/int "to takeover property"
✱ Non-Compliance (Vespa Gibbs, Contractors
Obstruction of Justice - Vespa Gibbons

Selena Jackson, Inc
Res. Agent
General Owner/Oper.
Pro Se Litigant
57 Westmore Rd 2
Mattapan, Ma 02126-1558/28

5 of 5

05-CR00595                                                    7/15/05
Owner Selena Jackson vs City Insp. Soc/Vespa Gibbs, BHC-Kariakotis et al

Receivership - 03CV00595

## Grievances with Cause by landlord

1. Vespa Gibbs was assigned by the Boston Housing Court in 2004, to be the "receiver" of 57 Westmore Rd, Mattapan

* 2. Vespa Gibbs, "withdrew from the receivership 8/04, and was "unlawfully re-assigned as the receiver by Judge Kariakotis" may 2004. This was a violation, as a "new" receiver should have been appointed.

3. During the receivership period of 8/04, Miss Gibbs "sawed the lock to the premises at the rear, and is "deemed criminal in trespassing," due to "her withdrawal," which "was not properly implemented" by the Court.

4. Vespa Gibbs, has "not made the proper written notification to the landlord regarding repairs," and the "contractors sent by her did not show the proper licensing" to service the building.

5. The "cost of repairs," was "not sent to the landlord by the contractor, or Vespa Gibbs," and therefore "any work is considered illegally done," and any liability for injury, or excessive cost not reported, and allowed by the landlord," will be "payable by the Boston Housing Court.

6. The "time frame of work necessary, and ordered by the BHC, for Vespa Gibbs to complete," was "not met"

* "est. time for repairs - "3 days (all work)
* "Time wasted, and obstructed by Vespa Gibbs (1yr 8 mos)"

5 of 5

Selena Jackson vs City Inspectional Svcs. et al, Vespa Gibbs
Re. 03-00595 (98-01452CV) 6/8/00 SP

7. "Vespa Gibbs", is "proceeding to address the BMC, with "padded, and/or overassessed, and unnecessary work to the building located at 57 Westmore Rd, Mattapan Ma 02126-1558, Thereby causing the Landlord to expend monies, that she does not have to pay for the repairs required (see attached list), to bring the property to specification code.

* Time frame for all work to be done is (3 days) Therefore, damage assessments apply to Vespa Gibbs, City Inspectional et al, BMC., Due too "foreclosure pending by the Landlord," against City of Boston, City Inspectional Sv, Pride Project, Vespa Gibbs, and Boston Housing & Kariakotis, for absorbant, and unnecessary cost, and damages caused by boardings of her "Business Property," which "has cost her, her Sailor's Relief and livelihood.

Selena Jackson, Landlord
Owner/Opur/Res. Agent
Pro Se Litigant
57 Westmore Rd 2
Mattapan, Ma 02126-1558/28

5 of 5

Selena Jackson vs City Inspectional Svcs etal, Vespa Gibbs
Re 03-00595 (98-01452cv) 6/8/00 SP

1. "Vespa Gibbs," is "proceeding to address the BMC, with "padded, and/or overassessed, and unnecessary work to the building located at 57 Westmore Rd, Mattapan — Ma 02126-1558, Thereby causing the Landlord to expend monies, that she does not have to pay for the repairs required (see attached list), to bring the property to specification code.

* Time frame for all work to be done is (3 days) Therefore, damage assessments apply to Vespa Gibbs, City Inspectional etal, BHC. Due too "Foreclosure pending by the Landlord," against City of Boston, City Inspectional Sv, Pride Project, Vespa Gibbs, and Boston Housing Ct Kariakotis, for absorbant and unnecessary cost, and damages caused by boardings, of her "Business Property", which "has cost her, her Sailor's Relief, and livelihood.

BBO# 01154887

Selena Jackson, Landlord
Owner/Oper/Res. Agent
Pro Se Litigant
57 Westmore Rd 2
Mattapan, Ma 02126-1558/128

=== COVER PAGE ===

TO: _____

FROM:    TREMONT TEMPLE BAPTS

    FAX: 6175237594

    TEL: 6175237320

COMMENT: