=== COVER PAGE ===

TO: ~~05~~ 1:05-cv-11559-RWZ

FROM:  <u>TREMONT TEMPLE BAPTS</u>

   FAX:  6175237594

   TEL:  6175237320

COMMENT:

**FedEx Kinko's**
Office and Print Center

Bk #398 Pg 17
Bk #494 pg 15

FedEx Kinko's of Boston Gov't Center    Telephone: 617.973.9000    Fax: 617.973.9030

# Fax Cover Sheet

Date: 7/28/05

Number of pages: 11 (including cover page)

To: "Pro Se Clerk"

Name: Judge Rya Zobel

Company: U.S. District Court

Telephone: 617-748-9152

Fax: 617-748-9096

From: Res. Agent - #99615

Name: Selena Thomas Jackson Inc-Reit

Company: Provident Rest, Inc.

Telephone: 617-296-6655/617-298-5040N

(Vespa Barnes) # 704543, 704544, 704545,
(Fraud w/int) 704546, 00704544

Comments: Refer copy to the "District Attorney, to "Vacate" pending attachments in the "Suffolk Superior Court Re: 52294, 552890, 602523, 607870, 616836, 625681, 455706, 458185, 464, 469947, 474243, 480827, 488738, 298084, 352818, 354069, 354772, 358066, 425252, 431932, 455334, 047720, 047700, 602060, 001234, 80417 "Foreclose, and "Secure payments Due 2005. "Turn all assets payable to: Social Security ADM, OPMADM, for Retirement Payments Due GAOADM

(REIT/RIC/PIC/SEP/FLE/GAOADM/SRSADM/SSADM/OPMADM)

More than 1,200 locations worldwide. For the location nearest you, call 1.800.2.KINKOS. Visit our website at fedexkinkos.com.

7-28-05

TO: U.S. District Court
Att: Pro Se Clerk
SS: 05CR00595   Selena Jackson vs Boston Housing Court, et al
98-CV01452) 05CR01452                      Vespa Gibbs Barnes, City Insp Svc
                                           Julian Robertson Constr. Inc.
99615 Re: "Foreclosure of Property Proceeds" of 57 Westmore Rd
cquired    Mattapan, Ma 02126-1558128, and "Assessment of
3-12-96   Damages caused by Receiver Vespa Gibbs Barnes, et al
          Julian Robertson Construction, Inc, and "Criminal
          Charges Resulting" There of, and "Causes w/int to Defraud"
due too mergers) the owner of "Social Security, and Sailor's Relief" for Retire
From: Selena Thomas Jackson, Inc-Rest / Provident
      Landlord/Owner/CVGeneral/Res. Agent-/ @SRSADM
      57 Westmore Rd 2
      Mattapan, Ma 02126-1558128
      617-296-6655/800-424-8800 FAX/617-223-3494- Todd Myrick
      DOB: 701154887 SEP/Pro Se Litigant

To the U.S. District Court- Boston, Ma

   Here comes, Selena Thomas Jackson, Inc/Provident, Rest
General Owner, and Operator of premises located at,
57 Westmore Rd 2, Mattapan, Ma 02126-1558128
do hereby submit to the court, her grievances
concerning the "criminal activities," involving
my property, which is "payable/used for Government
payments for Social Security, and Retirement
Rollover," and "payable to the State for my
incorporated debentures." I have been "escheated,
and defrauded, and violated by way of Dud", and
"All takes pertaining to all matters," of "Non-payment
due too Fraud w/int, are requested to be addressed

BK 494 Pg 15 Cert 80417
✱ 398

Record #
704543
704544
704545
704546

Dept of Pub Safety:

To Whom it May Concern, please read

704543
704544
704545
704546

7/15/05

BK 494 Pg 15

—Municipal
2005 00704543
925136 — Munliens
00704544
$355000

BK# 398 pg 17

Doc# 298084 = 354772
Att# 352818 FNBB 358066
* 354069 Cty tx tkg  Nov 10, 80  325252  7/16
354772 HUD Wash
625681 BWSC
616836 Edison
637174 Nstar
642464 foreclose 10/4/02 city

Att: Gov. Mitt Romney — Rm 208
OMB-1545-0074/0123/9128/0413/0115/0719
0117/0157/HUD REIT

Re: Selena Jackson — RNC
57 Westmore Rd 2
Mattapan, Ma 02126-1558128

=== COVER PAGE ===

TO: _____ 05-11559-RWZ

FROM:     TREMONT TEMPLE BAPTS

   FAX: 6175237594

   TEL: 6175237320

COMMENT:

**FedEx Kinko's.**
Office and Print Center

Bk #398 Pg 17
Bk #494 pg 15

FedEx Kinko's of Boston Gov't Center    Telephone: 617.973.9000   Fax: 617.973.9030

# Fax Cover Sheet

Date 7/28/05

Number of pages 11 (including cover page)

To: "Pro Se Clerk"

Name Judge Rya Zobel

Company U.S. District Court

Telephone 617-748-9152

Fax 617-748-9096

From:
Res. Agent - #99615
Name Selena Thomas Jackson Inc-Reit
Company Provident Rest, Inc.
Telephone 617-296-6655/617-298-5040 N
(vespa Barnes) # 704543, 704544, 704545,
(Fraud w/int) 704546, 00704544

Comments: Refer copy to the "District Attorney to Vacate pending attachments in the "Suffolk Superior Court Re: 52294, 552896, 602523, 607870, 616836, 62568, 455706, 458185, 464, 469947, 474243, 480827, 488738, 298084, 352818, 354069, 354770, 358066, 425252, 431932, 455334, 047720, 047700, 602060, 001234, 80417 "Foreclose, and Secure payments Due 2005. "Turn all assets payable to: Social Security ADM, OPMADM, for Retirement Payments Due GAOADM

(REIT/RIC/PIC/SEP/FLE/GAOADM/SRSADM/SSADM/OPMADM

More than 1,200 locations worldwide. For the location nearest you, call 1.800.2.KINKOS. Visit our website at fedexkinkos.com.

7-28-05

TO: U.S. District Court
Att: Pro Se Clerk
SS: 05CR00595  Selena Jackson vs Boston Housing Court, et al
98-CV01452) 05CR01452                    Vespa Gibbs Barnes, City Insp Sv
                                         Julian Robertson Constr Inc

996l5 Re: "Foreclosure of Property Proceeds" of 57 Westmore Rd
cquired      Mattapan, Ma 02126-1558128, and "Assessment of
3-12-96   Damages caused by Receiver Vespa Gibbs Barnes et al
          Julian Robertson Construction, Inc, and "Criminal
          Charges Resulting" There of, and "Causes w/int to Defraud"
(due too mergers) the owner of "Social Security, and Sailors Rely" for Retire
From: Selena Thomas Jackson, Inc-Reit/Provident
      Landlord/Owner/CVGeneral/Res. Agent/QSRSADM
      57 Westmore Rd 2
      Mattapan, Ma 02126-1558128
      617-296-6655/800-424-8800 FAX/617-223-3494-Todd Myrick
      DOB: 701154887  SEP/Pro Se Litigant

To the U.S. District Court - Boston, Ma

   Here comes, Selena Thomas Jackson, Inc/Provident, Reit
General Owner, and Operator of premises located at,
57 Westmore Rd2, Mattapan, Ma 02126-1558128
do hereby submit to the court, her grievances
concerning the "criminal activities, Involving
my property, which is "payable/used for Government
payments for Social Security, and Retirement
Rollovers," and "payable to the State for my
incorporated debentures." I have been "escheated,
and defrauded, and violated by way of Due", and
"All takes pertaining to all matters," of "Non-payment
due too Fraud w/int," are requested to be addressed

BK 494 Pg 15 Cert 80417
\# 398

Record #
704543
704544
704545
704546

Dept of Pub Safety:

To Whom it May Concern, please read

704543   7/15/05                    BK494 Pg15
704544
704545           BK# 398 pg 17
704546
                 Doc# 298084 = 354772
— municipal     At# 352818 FNBB 358066           7/18
2005 00704543    * 354069 Cty tx tkg Nov10,80 325252
925136 — Munliens  354772 HUD Wash
    00704544      625681 BWSC
$35000            616 836 Edison
                  637174 Nstar
                  642464 foreclose 10/4/02 city

         Gov.
Att: Mitt Romney — Rm 208
OMB-1545-0074/0123/9128/0413/0115/0717
        /0117/0157/HUD REIT

Re: Selena Jackson — RNC
    57 Westmore Rd 2
    Mattapan, Ma 02126-1558128

=== COVER PAGE ===

TO: _____

FROM:     <u>TREMONT TEMPLE BAPTS</u>

    FAX: 6175237594

    TEL: 6175237320      **05 - 11559 RWZ**

COMMENT:



# FedEx Kinko's.
Office and Print Center

# Fax Cover Sheet

Bk#398 Pg 17
Bk#494 pg 15

FedEx Kinko's of Boston Gov't Center     Telephone: 617.973.9000   Fax: 617.973.9030

Date 7/28/05                             Number of pages 11 (including cover page)

To: "Pro Se Clerk"                       From:
Name Judge Rya Zobel                     Res. Agent #97615
Company U.S. District Court              Name Selena Thomas Jackson Inc-Reit
Telephone 617-748-9152                   Company Provident Reit, Inc
Fax 617-748-9096                         Telephone 617-296-6655/617-298-5040N;
                                         (Vespa Barnes) #704543, 704544, 704545,
                                         (Fraud w/Int) 704546, 00704544

Comments: Refer copy to the "District Attorney to Vacate pending attachments in the "Suffolk Superior Court Bstn" Re: 52294, 55289, 602523, 607870, 616836, 62568, 455706, 458185, 464, 469947, 474243, 480827, 488738, 298084, 352818, 354069, 354772, 368066, 425252, 431932, 455334, 047720, 047700, 057060, 001234, 80417 "Foreclose, and Secure payments Due 2005. "Turn all assets payable to: Social Security ADM, OPMADM, for Retirement Payments Due GAOADM
(REIT/RIC/PIC/SEP/FLE/GAOADM/SRSADM/SSADM/OPMADM)

More than 1,200 locations worldwide. For the location nearest you, call 1.800.2.KINKOS. Visit our website at fedexkinkos.com.

Atty Mary Healey, 7/18/05
SS: Selena Jackson-Owner vs Vespa Gibbs etal, City Insp.

Please be advised, that 3 unknown contractors "have" demolished my rear porches, without verifying their identities to work, and show me any permits.

I, therefore, am requesting an "immediate stay of execution of labor" by the appointed Receiver Vespa Gibbs, who has prolonged, and obstructed the necessary repairs to the building. Please "see attached list". Please "fax these papers to the Housing Court Clerk, and seek redress by way of "Stay of execution" for me to "hire one of the other contractors given to Celia Weinstein, namely "Duffy Roofing". "They were supposed to have faxed their proposals of labor to her"!!! please see if they have.

Selena Jackson
XX Westmore Rd.
Mattapan, Ma 02126-15
03-CV-00585

1 of 2

From: Selena Jackson - landlord   7/18/05
To Vespa Gibbs et al - Receiver
aka Robinson, Inc
Re: 03CV00595 Boston Housing Court

Subj: Stay of execution of work on premises due to Criminal Trespass, Destruction of Private Property located at 57 Westmore Rd, Mattapan, Ma 02126

Dear Miss Gibbs:

Please be advised, that I am not in receipt of any papers from the court, that authorize the workmen, who haven't shown me the proper license to construct my building. They have torn down the rear porch, which was only supposed to be Joyced on the second floor, and repaired at the 1st floor base porch, by Jacking the leftside to level, and Guy a the second. They have also, removed the storm windows "unnecessarily," when they don't need replacing.

7/18/05  I refuse to all the workman "unknown to destroy my property," without the proper certificat because of my liability, in case they get hurt or fall while repairing. I also want to clarify the value of "necessary repair". I am not paying for a padded bill of excessive cost for unnecessary work to the building. The list of repairs for the address at 57 Westmore Rd, Mattapan Ma are as follows:

2 of 5

From: Selena Jackson - Landlord/Owner          7/18/05
57 Westmore Rd., Mattapan, Ma 02126
Re: 03CV00595 - Boston Housing Court

<u>Allowed Repairs</u> at <u>57 Westmore Rd., Mattapan,
Ma 02126</u>
1. "Board and shingle roof, and point chimney"
2. Paint all window trim on <u>outside</u> of building
3. Replace gutters on "right side" of building
4. <u>Clean</u> and <u>secure</u> gutters around the building
5. Put downspouts around building
6. Cement corner base of foundation on right side
\* 7. Install windows in the hallway on the right side
8. of apt. 1, and Apt. 2, by appt. with landlord (tenant-house)
\* 9. "Rebuild" rear porches, that were torn down (by landlord)
\* 10. Replace rear porch steps
11. "Replace ceilings in "Rear hallway", Front of 2nd fl. w/landlord by appt only

          <u>Damages Caused by City Inspectional/Vespa Gibbs</u> Bos Hsg Ct
1. Broken Storm Windows to be repaired (8)
2. Doors damaged - front hallway to porch, holes in door and 2nd fl.
3. Door Jambs (3) front entrance, rear entrance
4. Padlocks, and Cylinders - (2) front + back door entrance
5. Water Damage - (2) bathrooms 1st + 2nd fl. (retile ceiling, wall + floor
1st fl. 6. Rental Loss - 5 yrs @ $1200⁰⁰ per annum = $6000 + $6000⁰⁰ Tenant
7. Boarding Cost (7) = $14000⁰⁰ (liens)
8. Date of destruction of porch 7/15/05
9. Water Damaged Floor - Front Hallway
10. Water Damaged Ceiling Front Hallway

3 of 5

SS: Selena Jackson vs City Trsp Svcs etal, Vespa Gibbs — Bos Hsg Court
Re: 03-CV00595 (98-CV01452) 6/8/00 SP
Criminal Charges brought by Selena Jackson - Landlord

"Destruction of Priv. Prop"
Criminal Trespass
(5yrs)x Viol. Nov 1, Law - (disability of landlord for utilies paid)
Malicious Destruction
False Arrest
Duress
Viol Civil Rights
Defamation
libel
Missappropriation of Funds 6/00 -
Theft (light fixture, locks (3)
Fraud w/int
Assault (Cmdr. McMillon/BPD - Area 0 fc  12/18/03
Bodily Harm     "      "    "    "       12/18/03
"Viol of Deed of Owner" w/int "to takeover property"
* Non-Compliance (VespaGibbs, Contractors)
Obstruction of Justice - Vespa Gibbons

Selena Jackson, Inc
Res. Agent
General Owner/Oper.
Pro Se Litigant
57 Westmore Rd 2
Mattapan, Ma 02126-155828

<u>4 of 5</u>

05-CR00595                                                7/15/05
Owner <u>Selena Jackson</u> vs <u>City Insp. Ser/Vespa Gibbs, BHC-Kariakotis</u> et al

<u>Receivership - 03CV00595</u>

Grievances with <u>Cause</u> by landlord

1. Vespa Gibbs was assigned by the Boston Housing Court in <u>2004</u>, to be the "receiver" of 57 Westmore Rd, Mattapan
\* 2. Vespa Gibbs, "withdrew from the receivership 8/04," and was "unlawfully re-assigned as the receiver by <u>Judge Kariakotis</u> - may 2004. This was a violation, as "new" receiver should have been appointed.
3. <u>During the receivership period of 8/04</u>, Miss Gibbs "sawed the lock to the premises at the rear, and is "deemed criminal in trespassing," due to "<u>her</u> withdrawal," which "was not properly implemented" by the Court.
4. Vespa Gibbs, has "<u>not made the proper</u> written notification to the landlord regarding repairs," and the "contractors sent by <u>her</u> did not show the proper licensing" to service the building.
5. The "<u>cost of repairs</u>", was "<u>not</u> sent to the landlord by the contractor, or Vespa Gibbs," and therefore "any work is considered illegally done", and any liability for injury, or excessive cost not reported, and <u>allowed</u> by the landlord," will be "payable by the Boston Housing Court.
6. The "time frame of work necessary, and ordered by the BHC, for Vespa Gibbs to complete," was "not met"
\* est. time for repairs - "<u>3 days (all work)</u>
\* Time wasted, and obstructed by Vespa Gibbs (<u>1 yr 8 mos</u>)"

=== COVER PAGE ===

TO: _____

FROM:     TREMONT TEMPLE BAPTS
    FAX: 6175237594
    TEL: 6175237320

**05-11559 RWZ**

COMMENT:

# FedEx Kinko's
Office and Print Center

# Fax Cover Sheet

Bk#398 Pg17
Bk#494 pg15

FedEx Kinko's of Boston Gov't Center    Telephone: 617.973.9000  Fax: 617.973.9030

Date 7/28/05

Number of pages 11 (including cover page)

To: "Pro Se Clerk"

Name Judge Rya Zobel

Company U.S. District Court

Telephone 617-748-9152

Fax 617-748-9096

From:
Res. Agent #99685
Name Selena Thomas Jackson Inc-Reit
Company Provident Reit, Inc
Telephone 617-296-6655/617-298-5040N;
(Vespa Barnes) #704543, 704544, 704545,
(Fraud w/int) 704546, 00704544

Comments: Refer copy to the "District Attorney, to "Vacate" pending attachments in the "Suffolk Superior Court Bsb. Re: 522941, 552896, 602523, 607870, 616836, 62568, 455706, 458185, 464, 469947, 474243, 480827, 488738, 298084, 352818, 354069, 354772, 358066, 425252, 431932, 455334, 047720, 047700, 067060, 001234, 80417
"Foreclose, and Secure payments Due 2005.
"Turn all assets payable to: Social Security ADM, OPMADM for Retirement Payments Due GAOADM
(REIT/RIC/PIC/SEP/FLE/GAOADM/CSRSADM/SSADM/OPMADM)

More than 1,200 locations worldwide. For the location nearest you, call 1.800.2.KINKOS. Visit our website at fedexkinkos.com.

7-28-05

TO: U.S. District Court
Att: Pro Se Clerk
SS: 05CR00595  Selena Jackson vs Boston Housing Court, et al
18-CV01452) 05CR01452                      Vespa Gibbs Barnes City/Tgo Svc
                                           Julian Robertson Constr. Inc

79615  Re: "Foreclosure of Property Proceeds" of 57 Westmore Rd
cquired     Mattapan, Ma 02126-1558128, and Assessment of
3-12-90     Damages caused by Receiver Vespa Gibbs Barnes, et al
            Julian Robertson Construction, Inc, and "Criminal
            Charges Resulting" There of, and "Causes w/Int to Defraud
(we too mergers) the owners of "Social Security, and Sailor's Relief for Retire
From: Selena Thomas Jackson, Inc-Reit / Provident
       Landlord/Owner/CVGeneral/Res. Agent/@SRSADM
       57 Westmore Rd 2
       Mattapan, Ma 02126-1558128
       617-276-6655/800-524-8800 FAX/617-223-3494-Todd Myrick
       880: 701154887  SEP/Pro Se Litigant

To the U.S. District Court- Boston, Ma

   Here comes, Selena Thomas Jackson, Inc / Provident, Reit
General Owner, and Operator of premises located at,
57 Westmore Rd 2, Mattapan, Ma 02126-1558128
do hereby submit to the court, her grievances
concerning the "criminal activities, Involving
my property, which is "payable/used for Government
payments for Social Security, and Retirement
Rollover, and "payable to the State for my