SS: 05 CV 11559-RWZ                                 8/16/05

Selena Jackson, Inc-Reit
vs
Comm. of Mass - BHC - Judge Karyakotis / Roodyte ?
              Judge Jeffrey Winik / Sterling M
              City Insp.
              Vespa Gibbs Barnes, et al    et al

To: Jay Johnson — Docket Clerk — U.S. Dist Court
From: Selena Jackson — Landlord/Owner (Res. Agent acquired 3-12-90)
57 Westmore Rd 2
Mattapan, Ma 02126-1558128
617-296-6655 / 800-440-8800 FAX - Att: K. Gillis / T. Merrick

Subj: To initiate a Docket # for Criminal involvement pursuant to property located at 57 Westmore Rd, Mattapan, Ma 02126-1558128 and Enforce the parties reported to "Pro Se Clerk" by Docket # 05CV11559-RWZ for the crimes alleged by "Selena Jackson Landlord Owner/oper," and to "Change the Venue of Docket #'s 050.CR 2280 Boston District Court, and Docket # 0552 CR 1831 out of Cambridge Court. These "Two Cases" are "Federal matter only", in regards to "the "USCGR(r) Check used for business," which "is the issue I wish to prosecute in the U.S District for crimes against me" and "fraudulent allegations", that have "already been exonerated by the state courts." Please, "give this your immediate attention

# RECOGNIZANCE
(Promise to Appear)

# COMMONWEALTH OF MASSACHUSETTS

**DEFENDANT'S NAME AND ADDRESS (INCLUDE ANY ALIAS)**
Helena J[ackson]
247 Western [Ave]
Lynn MA

**SOCIAL SECURITY NUMBER:** 017349128
**DATE OF BIRTH:** 4-13-46

**TERMS OF RELEASE**
- ☒ PERSONAL RECOGNIZANCE (Promise to Appear) $
- ☐ BAIL
  - ☐ CASH AS SURETY $
  - ☐ BOND AS SURETY $
  - ☐ OTHER SURETY $ (Please Specify)

**SURETY/SURETIES NAME AND ADDRESS**

**ARREST ON WARRANT**
- ☒ YES
- ☐ NO

**NAME AND ADDRESS OF COURT**
Cambridge Court

**DATE AND TIME OF APPEARANCE**
TUES 8-16-05 AT 9:00 ☒ A.M. ☐ P.M.

**OFFENSE(S):** 0552CR-1831

I, as defendant, charged by complaint with the crime(s) listed above, understand that I am being released fro[m] custody according to the terms of release specified. I will personally appear before the above named court at t[he] date and time indicated, and I will appear for any continuance until the final decree, sentence or order, and I w[ill] abide by it and not depart without leave. Further, I will appear before any court to which the charges may b[e] transferred or appealed, or to any sitting of the Superior Court to which I may be bound over or indicted to answer any indictment, and I will appear for any continuance until the final decree, sentence or order, and I will abide by [it] and not depart without leave.

I understand and acknowledge that if I fail without sufficient excuse to appear in accordance with the foregoi[ng] promise, I will be liable, jointly and severally if a surety has been required, to the Commonwealth of Massachuset[ts] for the dollar amount specified in the terms of release.

**SIGNED (DEFENDANT):** X Helena Jackson   **DATE:** 8-12-0[5]

I, as surety, understand and acknowledge that if the above named defendant fails to appear and abide by all orders [of] the court according to the foregoing promise, I will be liable, jointly and severally, with the defendant to t[he] Commonwealth of Massachusetts for the dollar amount specified in the terms of the release.

**SIGNED (SURETY):** X
**SIGNED (SURETY):** X

**SIGNED (PERSON AUTHORIZED TO TAKE BAIL):** X [Brennan]
- ☐ Clerk-Magistrate
- ☒ Assistant Clerk
- ☐ Bail Commissioner

Subscribed and sworn to before me, the defendant having been furnished a copy of this recognizance.

**A. RELEASE AUTHORIZED FROM:** 13
**B. JURISDICTION OF MAGISTRATE:** (Complete when appearance is being required outside of your jurisdiction)

**BAIL FEE RECEIVED:** $ 0
**DATE AND TIME SIGNED:** 8-12-05

## NOTICE TO DEFENDANT & SURETY
~~Bail shall not be released until~~ the Legal Counsel Fee is satisfied in accordance with G.L. c. 211D, § 2½.  *[written: Federal Only]*

### Penalty for failure to appear in court after release on bail or recognizance
A defendant who fails without sufficient excuse to appear in court after release on bail or recognizance m[ay] be punished by a fine of $10,000 or by imprisonment for a year, or both, in the case of a misdemeanor, a[nd] by a fine of $50,000 or imprisonment for five years, or both, in the case of a felony.

### Penalty for committing a crime while on release on bail or recognizance
A defendant who is charged with another crime while on release on bail or recognizance may have the terms [of] this release revoked, and the defendant may be held without bail for a period not to exceed 60 days.

## RECEIPT-RECORD OF PAYMENT OF CASH BAIL   ☐ NOT APPLICAB[LE]

| DATE | RECEIVED FROM SURETY (NAME AND ADDRESS) | DEFENDANT | AMOUNT |
|---|---|---|---|
|  |  | CASE NUMBER | DISTRICT COURT |

**RECEIVED BY**

DC-CR-5 (8/04)
SC-1

**DEFENDANT'S COPY**

*[Left margin, handwritten vertically: Change Venue 05CV1559-RWZ  Federal Only]*

# RECOGNIZANCE
(Promise to Appear)

## COMMONWEALTH OF MASSACHUSETTS

**DOCKET NUMBER**

**DANT'S NAME AND ADDRESS (INCLUDE ANY ALIAS)**
Selena Jackson
57 Westmore Rd
Mattapan MA

**SECURITY NUMBER:** 173 49 128
**DATE OF BIRTH:** 4-13-46

**Y/SURETIES NAME AND ADDRESS**

**TERMS OF RELEASE**
- [x] PERSONAL RECOGNIZANCE (Promise to Appear) $_____
- [ ] BAIL
  - [ ] CASH AS SURETY $_____
  - [ ] BOND AS SURETY $_____
  - [ ] OTHER SURETY $_____ (Please Specify)

**ARREST ON WARRANT**
- [x] YES
- [ ] NO

**OFFENSE(S):** 0501CR 2280

**NAME AND ADDRESS OF COURT:** Boston District

**DATE AND TIME OF APPEARANCE:** MON 8-15-05 AT 9:00 A.M.

THE DEFENDANT MUST APPEAR AT THIS COURT ADDRESS ON THE DATE AND TIME SPECIFIED HEREIN

---

I, as defendant, charged by complaint with the crime(s) listed above, understand that I am being released from custody according to the terms of release specified. I will personally appear before the above named court at the date and time indicated, and I will appear for any continuance until the final decree, sentence or order, and I will abide by it and not depart without leave. Further, I will appear before any court to which the charges may be transferred or appealed, or to any sitting of the Superior Court to which I may be bound over or indicted to answer to any indictment, and I will appear for any continuance until the final decree, sentence or order, and I will abide by it and not depart without leave.

I understand and acknowledge that if I fail without sufficient excuse to appear in accordance with the foregoing promise, I will be liable, jointly and severally if a surety has been required, to the Commonwealth of Massachusetts for the dollar amount specified in the terms of release.

**SIGNED (DEFENDANT):** X Selena Jackson
**DATE:** 8-12-05

I, as surety, understand and acknowledge that if the above named defendant fails to appear and abide by all orders of the court according to the foregoing promise, I will be liable, jointly and severally, with the defendant to the Commonwealth of Massachusetts for the dollar amount specified in the terms of the release.

**D (SURETY):** Re: 05CV11559-RWZ
**SIGNED (SURETY):** X

**D (PERSON AUTHORIZED TO TAKE BAIL):** Jos. J. Brennan
- [ ] Clerk-Magistrate
- [x] Assistant Clerk
- [ ] Bail Commissioner

scribed and sworn to before me, the defendant having been shed a copy of this recognizance.

**A. RELEASE AUTHORIZED FROM:** 13

**B. JURISDICTION OF MAGISTRATE:** (Complete when appearance is being required outside of your jurisdiction)

**BAIL FEE RECEIVED:** $ 0

**DATE AND TIME SIGNED:** 8-12-05  11:30 A.M.

---

## NOTICE TO DEFENDANT & SURETY

Bail shall not be released until the Legal Counsel Fee is satisfied in accordance with G.L. c. 211D, § 2½.

**Penalty for failure to appear in court after release on bail or recognizance**
A defendant who fails without sufficient excuse to appear in court after release on bail or recognizance may be punished by a fine of $10,000 or by imprisonment for a year, or both, in the case of a misdemeanor, and by a fine of $50,000 or imprisonment for five years, or both, in the case of a felony.

**Penalty for committing a crime while on release on bail or recognizance**
A defendant who is charged with another crime while on release on bail or recognizance may have the terms of this release revoked, and the defendant may be held without bail for a period not to exceed 60 days.

---

**RECEIPT-RECORD OF PAYMENT OF CASH BAIL** — [ ] NOT APPLICABLE

| RECEIVED FROM SURETY (NAME AND ADDRESS) | DEFENDANT | AMOUNT |
|---|---|---|
| | CASE NUMBER | DISTRICT COURT |

**VED BY:**

*handwritten margin note: Federal Only*