# FAX COVER SHEET

A Service of the Rx30 Pharmacy System - Rx30 Fax (407) 614-0048

SS: 05CV11599 CR

**FAX Recipient:**
Pro Se Clerk - U.S. Dist Court, Boston
408 Atlantic Ave - 3d fl
Boston, Ma. 02109

**From:**
Village Pharmacy/Marblehead
Marblehead Plaza
Marblehead, MA 01945
Voice: (781) 631-8100
Fax: (781) 639-2919

This is Page 1-3 of 3.

Please call (781) 631-8100 immediately if you do not receive all of the pages.

**Message:**
Property being destroyed, by "Roberton Remodeling Contr." "I need Enforcement", due too victimization during repairs. They have "gutted & Illegally disposed of my personal belongings in the dumpster," with threats of endangerment to me. Please issue warrants for arrest, Restraining Order from premises, and "Stop work Order" due too distruction". I will send other info of "Fraud w/n by Mortgage Scheme".

Signed: Selena Jackson    Date: 8/10/05

===============================================

CC: Caldwell Banker
Chas. McGinty, Atty

# MORTGAGE PLAN INFORMATION CARD

Please provide information on your Home Mortgage Protection Plan, which may allow my family to complete my mortgage payments in the event of my death or disability.

My Date of Birth: _____
Co-borrower DOB: _____

Mort. Amt. $ 355000
County: SUFF

Home Phone _____
Work Phone _____
Best time to Call _____
My Initials: _____

2742

9

Selena Jackson
Gibbs Barnes Vesper   Lender: David Rosengard
57 Westmore Rd
Mattapan MA 02126-1558

Not affiliated with any financial institution
Series R0530-0

**RETURN THIS CARD PROMPTLY IN THE ENCLOSED ENVELOPE**

# ● Important Notice ●
### from Mortgage Protection Svs.
# Complete and Return

Lender:
## David Rosengard
To Borrower:

Registration#: P31277A94N

|||||||||||||||||||||||||||
Mr. & Mrs. Gibbs Barnes & Selena Vesper
57 Westmore Rd
Mattapan, MA 02126-1558     0015

Dear Mr. & Mrs. Vesper,

**You are entitled to participate in an affordable Mortgage Protection Program which can protect your $355,000.00 Loan in case of an unexpected tragedy.** ▶ *Your family would still have to make your monthly mortgage payments without this type of plan* from *Mortgage Protection Srvs.* SEE BELOW - *Plans can include a choice of Life and/or Disability benefits*

**Mr. & Mrs. Vesper**, your benefits can include:
- **Death** - Pays off your **$355,000.00** loan in the event of your death from Accidental or Natural Causes
- **Disability** - Pays your Mortgage Loan payments if you become sick or injured & cannot work
- **Unemployment** - Makes your premiums in case of job loss* (Available in most states)
- **Return of premiums** - Returns your premiums if the benefits are not used by the end of the mortgage term
- Knowing the <u>Vesper</u> family will not lose their home no matter what the tragedy

*For complete details at no cost or obligation* please complete and return this form in the enclosed postage paid envelope.

|  | Borrower | Spouse/Co-borrower |
|---|---|---|
| DATE OF BIRTH | __/__/__ | __/__/__ |
| SEX | Male ☐  Female ☐ | Male ☐  Female ☐ |
| HEIGHT | ___ ft. ___ in | ___ ft. ___ in. |
| WEIGHT | ___ lbs. | ___ lbs. |
| SMOKER? | Yes ☐  No ☐ | Yes ☐  No ☐ |
| **Have you ever had:** | | |
| High Blood Pressure/High Cholesterol? | Yes ☐  No ☐ | Yes ☐  No ☐ |
| Heart Attack, Stroke or Cancer? | Yes ☐  No ☐ | Yes ☐  No ☐ |
| Diabetes? | Yes ☐  No ☐ | Yes ☐  No ☐ |
| Occupation: _____ | | Occupation: _____ |

Phone #: (___) _____     Work #:(___) _____

Best time to call: _____     Home ☐     Work ☐

*Your first Name: _____     Cellular # (Optional): _____
(Suffolk)-64

*2350396*
7/29/05    4320

David Rosengard - $355,000.00 - Gibbs Barnes & Selena Vesper - 57 Westmore Rd Mattapan MA 02126-1558

## AVAILABLE RATES ARE EXTREMELY AFFORDABLE
*Available in most states. Information provided by Mortgage Protection Svs. <u>Not affiliated with any lending institution. Mortgage information obtained only through public record.</u> Benefits & carriers will vary for coverages and are subject to underwriting approval, product limitations and availability.

# Important Notice to Gibbs&Selena Vesper
# Complete and Return

Reference Loan With

| Lot:57 | Block:8 |
| --- | --- |
| Date: 7/29/05 | |

*******AUTO**3-DIGIT 021
Lender: David Rosengard     18
Borrower: Gibbs&Selena Vesper
57 Westmore Rd
Mattapan MA 02126-1558

Dear Gibbs&Selena,
You are invited to participate in Affiliated Mortgage's low cost Mortgage Life Insurance Protection Program which can protect your $355000.00 loan in case of an unexpected tragedy. <u>Without this plan, your family would still have to make your monthly payments.</u>

Dear Gibbs&Selena : your benefits can include:
- **DEATH** – Pays off your $355000.00 loan in the event of your death.
- **DISABILITY** – Provides cash to make your mortgage payment if you cannot work.
- **UNEMPLOYMENT** - Pays your policy premium for up to six months.
- **CRITICAL ILLNESS** – Can pay a portion of your death benefit if you're diagnosed with a covered critical illness.
- **LEVEL PREMIUM** – Cost do not increase.
- **MONEY BACK OPTION** – Returns all of your premiums if benefits are not used.
- **KNOWING THE <u>VESPER</u> FAMILY WILL NOT LOSE THEIR HOME.**

For complete details <u>at no cost or obligation</u> please complete and return this form in the enclosed postage paid envelope.

| Gibbs&Selena Vesper 57 Westmore Rd Mattapan MA 02126 | Loan Amount: |
| --- | --- |
| Lender : David Rosengard | $355000.00 |

|  | *Borrower* | *Spouse/Co-borrower* |
| --- | --- | --- |
| Date of Birth | _____ | _____ |
| Sex | Male ☐   Female ☐ | Male ☐   Female ☐ |
| Height | ___ ft. ___ in. | ___ ft. ___ in. |
| Weight | ___ lbs. | ___ lbs. |
| Smoker? | Yes ☐   No ☐ | Yes ☐   No ☐ |

**Have you ever had:**

| | Borrower | Spouse/Co-borrower |
| --- | --- | --- |
| 1. High Blood Pressure/High Cholesterol? | Yes ☐   No ☐ | Yes ☐   No ☐ |
| 2. Heart Attack, Stroke or Cancer? | Yes ☐   No ☐ | Yes ☐   No ☐ |
| 3. Diabetes? | Yes ☐   No ☐ | Yes ☐   No ☐ |
| 4. Smoked cigarettes in the past 12 months? | Yes ☐   No ☐ | Yes ☐   No ☐ |

Occupation: _____

Phone # ( ) _____  Work # ( ) _____
Best time to call: _____  Home ☐     Work ☐
First Name of the person completing this form: _____  7/29/05

Carriers to obtain coverage will vary and are not underwritten or affiliated with the lender. Products and rider availability varies from state to state. Plans include Term, Universal Life and Disability Income. Information obtained only thru public record by Affiliated Mortgage Protection P.O. Box 1034 Rahway, N.J. Copyright 2001 Thomas Liscio
MA License# 1757625

Mutual of Omaha Insurance Company
United of Omaha Life Insurance Company

_Selena Jackson_
_57 Westmore Rd_
_Mattapan, MA 02126_

**AL YOUNG**
2 Adams Place Suite 310
Quincy, MA 02169
(800) 870-6900
(781) 356-2727

### Notice of Mortgage Protection Program

Please make available to me information about your mortgage protection program: Life insurance to help pay my/our mortgage and other expenses in the event of the untimely death of myself or my spouse, and disability income insurance to help continue my mortgage payments in the event I suddenly become disabled due to a covered accident or illness.

**SIMPLY FILL OUT AND MAIL IN THIS FORM. THERE IS NO COST OR OBLIGATION FOR THIS INFORMATION.**

(Note: Neither United of Omaha, nor Mutual of Omaha is affiliated with your current lending institution)
**Information regarding your current mortgage was obtained from the public real estate records.**

| | |
|---|---|
| Mortgage amount/Home value: | $ _355,000_ |
| My Date of Birth: | ___/___/___ |
| Spouse's Name: | _____ |
| Spouse's Date of Birth: | ___/___/___ |
| Home Phone: | (___) _____ |
| Work Phone: | (___) _____  Ask for: _____ |
| E-mail address: | _____ |

Thank you for your time. I look forward to hearing from you in the near future.

Life Insurance underwritten by United of Omaha Life Insurance Company. Disability Income policy/certificate D77 (in ID D77-20108, In OR CD77-20156 and DM26) or state equivalent are underwritten by Mutual of Omaha Insurance Company. This is used as a source of leads in the solicitation of insurance and a professional licensed resident insurance agent will contact you.
AFN31703

**Boston South Financial Group**
An office of MetLife
25 Recreation Park Drive
Hingham, MA 02043
781-740-6448

Gibbs Vesper
Selena Jackson
57 Westmore Rd
Mattapan, MA 02126-1558

Dear Gibbs & Selena:

MetLife has an affordable life insurance policy that can provide a generally income tax-free payment to help pay off your mortgage in the event of the mortgage holder's death.

In addition to the death benefit, there are also living benefits to this insurance policy. It can be used to help with a child's college funding, it can supplement your retirement income, it can enable an early payoff of your mortgage, and it provides tax-deferral.

For an insurance quote within 24 hours, please call me at 781-740-6448. If you would prefer, please fill out the bottom of this form and mail it back to me at the address above or fax it to 781-740-4448.

In addition to mortgage protection, I can help you with retirement planning and the preservation of your estate. I will try to contact you by phone. To ensure contact, please fill out the bottom and forward in envelope provided.

Sincerely,

*John*

John T. Murray
Agency Director

---

Gibbs Vesper & Selena Jackson
57 Westmore Rd
Mattapan, MA 02126-1558
    (Please edit if necessary)

Gibbs Vesper                                    Selena Jackson
Date of Birth _____                   Date of Birth _____
Smoker _____ Non-Smoker _____             Smoker _____ Non-Smoker _____

Mortgage Amount - $355000                       Duration of Note - _____
Mortgage Company - David Rosengard

Please call me at - (___)_____             Best time to call - _____ AM or PM

____ Yes, I would like a free, no-obligation consultation to review my existing protection programs and investments.

R 0530    BSFG LSI 514-1    L0405HU40(exp1206)(CT,MA,NH,NY)MLIC-LD

Life insurance and annuities offered by Metropolitan Life Insurance Company, New York, NY 10010   Mutual funds offered by MetLife Securities, Inc., New York, NY 10010

1 of 3

<u>Damages By Receiver</u>-Vespa G. Barnes 8/10/05
Re: 57 Westmore Rd - Mattapan, Ma 02126-1558128
Bos Hs Ct SS: 98-CV-0452, 03CV00595 - <u>Receivership</u> - <u>Vespa Gibbs Barnes</u>

1. (8) Broken windows (new)
2. 40 storm windows <u>removed</u>, destroyed <u>illegally</u>
3. Personal belongings, <u>removed</u> 8/5/05, and <u>placed</u>
   355000 — in dumpster, and <u>removed/Destroyed</u>!!!
4. "Gutting <u>All walls</u>, 1st + 2nd floor, and hallway front
   unnecessarily"!!!
5. "Rental Loss for the year" $1200, prev occupant $1200 —  $2400—
6. Business + Home Loss - (referred for Federal ADJ - Foreclose  355000 + B.I.
7. "Defamation", by "destruction of Priv. Property"
8. Attempted Assault 8/2/05 by "Robertson Remodeling Constr
   namely: Julian Roberts, et al
9. "Fraudulent Mortgage Scheme" of Receiver
   "Vespa Gibbs Barnes", with "Co-Conspirators" namely
   1. Mutual of Omaha Ins. Co.
   2. Metlife Ins. Co.
   3.

10. "Lodging for Landlord", Selena Jackson - Owner
    during "Renovation/Destruction, and "forced Vacanc
    of 8/2/05," while "Gutting the walls in the building,"
    "Destroying the apartments for Occupancy," delibera
11. "False Representation of Receiver - Vespa Gibbs Barn
    as "Joint entity of Mortgage Scheme" of $355000 —
    of the "Landlord/Owner/Acquired 3-12-90 Selena Jackso
    "Who <u>does not have a mortgage</u>," and who "does
    not, and did not agree in writing to mortgage,"

2 of 3

<u>Damages</u> <u>By Receiver</u>-Vespa Gibbs Barnes 8/10/05
Re: 57 Westmore Rd-Mattapan, Ma 02126-4558/28
Bos. Hs Ct: <u>SS-98-CV01452, 03CV00525</u>-<u>Receivership</u>-Vespa Gibbs Barn

11. and who "cannot mortgage, due to acquisition status of 35 years, and disability, and retirement of her."

12. "Unlawful underwriting of premises" located at 57 Westmore Rd, Mattapan, Ma 02126-4558/6 and "Fraud w/int by way of Mortgage Scheme," to deprive the Owner Selena Jackson," of "her life, and livelihood," by "presuming her status as owner through scheme to "Escheat her of her property rights," while "under property repair."

13. "Violation of Nov'l Law," by not restoring utilities to the building" when landlord was occupancy of the building #0450," "for the purpose of repairs,"

Z x $200 14. "Deliberate boardings," by Vespa Gibbs Barnes and City Inspectional Svcs," with the "threat on the landlord's life," thereby "preventing her from the completion of her repairs," by way of "Contracting the Roofer to do the work," "cause her "lodging problems," due too "threats on her life," and the inconvenience of making repairs.

14. "Breaking + Entering," and "unlawful Entry" 8/2/05 by "Robertson Remodeling Constr, Inc, etal Vespa G. Barnes by "breaking lock on rear porch door after landlord had locked for clearing," and "breaking into her second

Damages By Receiver - Vespa Gibbs Barnes  8/10/05
Re: 57 Westmore Rd 2 - Mattapan, MA = 02126-1558128
Bos. Hs. Ct   SS: 98-CV01452, 03CV00525 - Receivership - Vespa Gibbs Barnes

14. Floor apartment, by "breaking the front door off the door Jam," and leaving it open to "vandalism"

Criminal Charges: 05CR11599
Assault
Verbal Assault w/int
Intimidation w/int
Fraud w/int
Defamation w/int
Vandalism w/int
Theft of priv Prop. w/int
Dest. of Priv Prov. w/int
Crim. Trespass w/int
Br. + Entering w/int
Unlawful entry w/int
Impersonation w/int of Landlord
Viol of Civ Rights
Viol of Deed (through scheme of escheatment)
"Undue Notice of Legal Action" within time frame 10 day
Denied due Process
Illegal work force (Robertson Constr Inc w/out permits
Threat to others + Self
Endangerment

Selina Jackson - Owner
Landlord/Res Agent
Pro Se Litigant
BBO#01154887
57 Westmore Rd 2
Mattapan, MA 02126-155