STE 2800, 1 Courthouse Way, Bos



# Copy Cop Fax Service

77 Milk Street
Boston, Ma 02109
P: 617.521.8401
F: 617.521.8404

**To:** U.S. Dist Court/Att: Pro Se Clerk

**Fax:** 617-748-9096

**Phone:** 617-748-9152

**From:** Selena Jackson vs 05CV11559 Vespa Gibbs Barnes

**Fax:** _____

**Phone:** ~~___~~ _____

**Regarding:** _____

*Fraudulent Mortgage Scheme*  0500075
Re: USD-Court 05CR11559

## Mutual of Omaha Insurance Company
## United of Omaha Life Insurance Company

Selena Jackson
57 Westmore Rd
Mattapan, MA 02126

**AL YOUNG**
2 Adams Place Suite 310
Quincy, MA   02169
(800) 870-6900
(781) 356-2727

### Notice of Mortgage Protection Program

Please make available to me information about your mortgage protection program: Life insurance to help pay my/our mortgage and other expenses in the event of the untimely death of myself or my spouse, and disability income insurance to help continue my mortgage payments in the event I suddenly become disabled due to a covered accident or illness.

**SIMPLY FILL OUT AND MAIL IN THIS FORM. THERE IS NO COST OR OBLIGATION FOR THIS INFORMATION.**

(Note: Neither United of Omaha, nor Mutual of Omaha is affiliated with your current lending institution)
Information regarding your current mortgage was obtained from the public real estate records.

| | |
|---|---|
| Mortgage amount/Home value: | $ 355,100 |
| My Date of Birth: | ___/___/___ |
| Spouse's Name: | _____ |
| Spouse's Date of Birth: | ___/___/___ |
| Home Phone: | (___)_____ |
| Work Phone: | (___)_____ Ask for:_____ |
| E-mail address: | _____ |

Thank you for your time. I look forward to hearing from you in the near future.

Life Insurance underwritten by United of Omaha Life Insurance Company. Disability Income policy/certificate D77 (in ID D77-20108, In OR CD77-20156 and DM26) or state equivalent are underwritten by Mutual of Omaha Insurance Company. This is used as a source of leads in the solicitation of insurance and a professional licensed resident insurance agent will contact you.
AFN31703

FROM

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL   PERMIT NO. 50   OMAHA, NE

POSTAGE WILL BE PAID BY ADDRESSEE

MUTUAL of OMAHA INSURANCE COMPANY
UNITED of OMAHA LIFE INSURANCE COMPANY
QUINCY DIST SALES OFF
2 ADAMS PL STE 310
QUINCY MA 02169-9930

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

08/05/2005   14:14   6172325066   COPY COP   PAGE 03





**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL  PERMIT NO. 542  NEWARK NJ
POSTAGE WILL BE PAID BY ADDRESSEE

AFFILIATED MORTGAGE PROTECTION, LLC
PO BOX 376
FOXBORO MA 02035-9923

08/05/2005  14:14  6172325066                COPY COP                    PAGE 04

● **Important Notice** ●
from Mortgage Protection Svs.

# Complete and Return

Re: SS03CV00595
SS: 05CV-11559

Lender:
**David Rosengard**
To Borrower:

*Fraudulent Mortgage Scheme - 03CV00595*
*Criminal*

Registration#: P31277A94N

Mr. & Mrs. Gibbs Barnes & Selena Vesper
57 Westmore Rd
Mattapan, MA 02126-1558        0015

Dear Mr. & Mrs. Vesper,

You are entitled to participate in an affordable Mortgage Protection Program which can protect your **$355,000.00** Loan in case of an unexpected tragedy. ▶ *Your family would still have to make your monthly mortgage payments without this type of plan* from Mortgage Protection Srvs. SEE BELOW - Plans can include a choice of Life and/or Disability benefits

**Mr. & Mrs. Vesper**, your benefits can include:

● **Death** - Pays off your **$355,000.00** loan in the event of your death from Accidental or Natural Causes
● **Disability** - Pays your Mortgage Loan payments if you become sick or injured & cannot work
● **Unemployment** - Makes your premiums in case of job loss* (Available in most states)
● **Return of premiums** - Returns your premiums if the benefits are not used by the end of the mortgage term
● Knowing the **Vesper** family will not lose their home no matter what the tragedy

*For complete details at no cost or obligation* please complete and return this form in the enclosed postage paid envelope.

|  | **Borrower** | **Spouse/Co-borrower** |
|---|---|---|
| DATE OF BIRTH | ___/___/___ | ___/___/___ |
| SEX | Male ☐  Female ☐ | Male ☐  Female ☐ |
| HEIGHT | ___ ft. ___ in | ___ ft. ___ in. |
| WEIGHT | ___ lbs. | ___ lbs. |
| SMOKER? | Yes ☐  No ☐ | Yes ☐  No ☐ |

*Have you ever had:*
| | | |
|---|---|---|
| High Blood Pressure/High Cholesterol? | Yes ☐  No ☐ | Yes ☐  No ☐ |
| Heart Attack, Stroke or Cancer? | Yes ☐  No ☐ | Yes ☐  No ☐ |
| Diabetes? | Yes ☐  No ☐ | Yes ☐  No ☐ |

Occupation:_____     Occupation:_____

Phone #: (____)_____     Work #:(____)_____

Best time to call:_____     Home ☐     Work ☐

*Your first Name:_____     Cellular # (Optional):_____
(Suffolk)-64

7/29/05        4320

David Rosengard - $355,000.00 - Gibbs Barnes & Selena Vesper - 57 Westmore Rd Mattapan MA 02126-1558

## AVAILABLE RATES ARE EXTREMELY AFFORDABLE

*Available in most states. Information provided by Mortgage Protection Svs. **Not affiliated with any lending institution. Mortgage information obtained only through public record.** Benefits & carriers will vary for coverages and are subject to underwriting approval, product limitations and availability.




**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 1206    ROSEVILLE, CA

POSTAGE WILL BE PAID BY ADDRESSEE

MORTGAGE PROTECTION INSURANCE
PO BOX 619056
ROSEVILLE CA 95661-9978



# Important Notice to Gibbs&Selena Vesper
# Complete and Return

Reference Loan With *"Fraudulent Mortgage Scheme"* 03CV00595

Re: 05CR11559

Lot: 57   Block: 8
Date: 7/29/05

*Selena Jackson vs Vespa Gibbs By*

*******AUTO**3-DIGIT 021
Lender: David Rosengard    18
Borrower: Gibbs&Selena Vesper
57 Westmore Rd
Mattapan MA 02126-1558

Dear Gibbs&Selena,
You are invited to participate in Affiliated Mortgage's low cost Mortgage Life Insurance Protection Program which can protect your $355000.00 loan in case of an unexpected tragedy. **Without this plan, your family would still have to make your monthly payments.**

Dear Gibbs&Selena : your benefits can include:
- **DEATH** – Pays off your $355000.00 loan in the event of your death.
- **DISABILITY** – Provides cash to make your mortgage payment if you cannot work.
- **UNEMPLOYMENT** - Pays your policy premium for up to six months.
- **CRITICAL ILLNESS** – Can pay a portion of your death benefit if you're diagnosed with a covered critical illness.
- **LEVEL PREMIUM** – Cost do not increase.
- **MONEY BACK OPTION** – Returns all of your premiums if benefits are not used.
- **KNOWING THE VESPER FAMILY WILL NOT LOSE THEIR HOME.**

For complete details at no cost or obligation please complete and return this form in the enclosed postage paid envelope.

---

Gibbs&Selena Vesper 57 Westmore Rd Mattapan MA 02126
Lender : David Rosengard

Loan Amount:
$355000.00

|  | Borrower |  | Spouse/Co-borrower |  |
|---|---|---|---|---|
| Date of Birth |  |  |  |  |
| Sex | Male ☐ | Female ☐ | Male ☐ | Female ☐ |
| Height | ___ft. | ___in. | ___ft. | ___in. |
| Weight | ___lbs. |  | ___lbs. |  |
| Smoker? | Yes ☐ | No ☐ | Yes ☐ | No ☐ |

**Have you ever had:**
1. High Blood Pressure/High Cholesterol?   Yes ☐ No ☐   Yes ☐ No ☐
2. Heart Attack, Stroke or Cancer?   Yes ☐ No ☐   Yes ☐ No ☐
3. Diabetes?   Yes ☐ No ☐   Yes ☐ No ☐
4. Smoked cigarettes in the past 12 months?   Yes ☐ No ☐   Yes ☐ No ☐

Occupation: _____   _____

Phone # (___)_____   Work # (___)_____
Best time to call:_____   Home ☐       Work ☐
First Name of the person completing this form: _____   7/29/05

Carriers to obtain coverage will vary and are not underwritten or affiliated with the lender. Products and rider availability varies from state to state. Plans include Term, Universal Life and Disability Income. Information obtained only thru public record by Affiliated Mortgage Protection P.O. Box 1034 Rahway, N.J. Copyright 2001 Thomas Liscio
MA License# 1757625

*Re: SS: 03CV00595 Suffolk Superior Housing Ct*

**Boston South Financial Group**
An office of MetLife
25 Recreation Park Drive
Hingham, MA 02043
781-740-6448

*TO: USD-Court # 1:05-CR-11559*

*Re: 05CV-11559 / 05CR11559*

*"Criminal Fraudulent Mortgage Scheme - 05CV00595 / 05CR11559"*

Gibbs Vesper
Selena Jackson
57 Westmore Rd
Mattapan, MA 02126-1558

Dear Gibbs & Selena:

MetLife has an affordable life insurance policy that can provide a generally income tax-free payment to help pay off your mortgage in the event of the mortgage holder's death.

In addition to the death benefit, there are also living benefits to this insurance policy. It can be used to help with a child's college funding, it can supplement your retirement income, it can enable an early payoff of your mortgage, and it provides tax-deferral.

For an insurance quote within 24 hours, please call me at 781-740-6448. If you would prefer, please fill out the bottom of this form and mail it back to me at the address above or fax it to 781-740-4448.

In addition to mortgage protection, I can help you with retirement planning and the preservation of your estate. I will try to contact you by phone. To ensure contact, please fill out the bottom and forward in envelope provided.

Sincerely,

*John*

John T. Murray
Agency Director

------------------------------------------------------------

Gibbs Vesper & Selena Jackson
57 Westmore Rd
Mattapan, MA 02126-1558
    (Please edit if necessary)

Gibbs Vesper                                    Selena Jackson
Date of Birth _____                   Date of Birth _____
Smoker _____ Non-Smoker _____             Smoker _____ Non-Smoker _____

Mortgage Amount - $355000                       Duration of Note - _____
Mortgage Company - David Rosengard

Please call me at - (____)_____        Best time to call - _____ AM or PM

____ Yes, I would like a free, no-obligation consultation to review my existing protection programs and investments.

R 0530    BSFG L53 514-1    L0405HU40(exp1206)(CT,MA,NH,NY)MLIC-LD
Life insurance and annuities offered by Metropolitan Life Insurance Company, New York, NY 10010   Mutual funds offered by MetLife Securities, Inc., New York, NY 10010

From _____

☐ Check here if this is a new address



**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL – PERMIT NO. 6226 – NEW YORK, NY

POSTAGE WILL BE PAID BY ADDRESSEE

JOHN MURRAY
METLIFE
25 RECREATION PK DR
HINGHAM, MA   02043-9720

NO POSTAGE
NECESSARY IF
MAILED IN THE
UNITED STATES



Please Deliver To:
NANCY CASHMAN
HUMAN RESOURCES MANAGER
U S DISTRICT COURT CLERKS OFFC
16177489096

**PAdGETT THOMPSON**

**Presented By:** Padgett-Thompson, a Division of Rockhurst University Continuing Education Center, Inc.
P.O. Box 419107 ♦ Kansas City, MO 64141-6107
Phone: 1-800-258-7246
Fax: 1-913-432-0824

**Coming to Your Area in 2005 ...**
(Seminar Hours: 9 a.m. to 4 p.m.)

**WALTHAM, MA**
SUMMERFIELD SUITES
**Sep 15, 2005**
Event No. 1501060

**BOSTON, MA**
COURTYARD BY MARRIOTT TREMONT
**Sep 23, 2005**
Event No. 1501203

**ANDOVER, MA**
HAMPTON INN
**Sep 21, 2005**
Event No. 1501201

**DANVERS, MA**
SHERATON FERNCROFT RESORT
**Sep 14, 2005**
Event No. 1501059

**MANCHESTER, NH**
THE YARD RESTAURANT
**Sep 13, 2005**
Event No. 1501058

At only $169.00 per person it's an offer you can't afford to pass by!
Plus enroll 3 – 4th attends FREE!

VIP Number
**927-092284-009**
Customer Number
**121770370**

*Enroll online at:* **www.pttrain.com**
*Or Call:* **1-800-258-7246**

# How to Be a Super Communicator

In just one day, you'll learn how to get support from employees and coworkers ... project a confident self-image ... and master the key communication skills that will influence the rate at which your career grows.

You'll learn how to strengthen your emotional bond with others, so they will look to you for guidance and support ... you'll be able to quickly recover from the occasional verbal mistake ... and you'll be able to use your people skills to gain greater respect and influence.

So, if you want to gain the skills you need to make a positive impression when you speak, become an effective listener and develop a persuasive presence, this is a must-attend seminar.

## A Glimpse at What You Will Cover:
- The ins and outs of interpersonal communication
- Timeless principles of leadership
- Building robust relationships for success
- Managing meetings with style
- 5 unbreakable laws of listening
- Simple guidelines for interacting with difficult coworkers and customers
- The secret to speaking assertively while saying less
- How to apply your walk, your talk and your attitude to make yourself memorable to your boss and other higher-ups
- How to use written requests to get time with your boss
- How to win loyalty from others ... with more than your charm
- Networking etiquette vs. protocol: Using polished communication to create successful relationships
- On-the-spot rapport builders you can use to reignite business acquaintances and old friends
- How to work a room with prestige and authority
- How to be assertive and respected in meetings
- The key to understanding your audience and how to reach them
- Overcome stage fright: Turning fear into enthusiasm
- Common communication etiquette do's and don'ts
- Body language cues you can use to consistently project a calm and collected demeanor
- Tips for resolving conflict quickly (before it dampens your energy)
- The dynamics of confrontation: Learn the language of winners
- How to always offer a handshake that conveys power and conviction
- Using proven networking techniques to deliver an unforgettable first impression
- How to deflect a personal attack with grace
- The top 10 words you must avoid when presenting to a group
- What message are you sending? Using non-verbal communication to encourage positive responses from others
- The secret to presenting a self-image that is courageous, fearless and bold
- How to handle name lapses without skipping a beat

**For more information, download a complete brochure at:**
http://images.ruceci.com/pdfs/PCI.pdf

**Be sure to ask how you can bring this or one of many other seminars to you. Call 1-800-344-4613 or visit us at www.pttrain.com for more information.**

☐ You received this special offer because you are a valued RUCEC customer. If you do not want to receive these specials, simply check the box & fax this page to 1-877-270-6185 or call 1-800-258-7246.