## FAX COVER SHEET

A Service of the Rx30 Pharmacy System · Rx30 Fax (407) 614-0043

FAX Recipient: Pro Se Clerk
Judge Kariakotis - BHC
Boston Housing Court
Edw Brooke Courthouse
03CV00595 - Receivership

From:

Village Pharmacy/Marblehead
Marblehead Plaza
Marblehead, MA 01945
Voice: (781) 631-8100
  Fax: (781) 639-2919

This is Page ___1___ of ___7___.

Please call (781) 631-8100 immediately if you do not receive all of the pages.

Message:

" I need immediate Enforcement of the situation mentioned, regarding attempted assault and threats on my person, and deliberate malicious Destruction thereof. See enclosed

Signed: Selina Jackson / Pro Se Litigant    Date: 8/18/05

===========================================================================

1 of 5

8/17/05

Re: Property at 57 Westmore Rd, Mattapan, Ma 02126
Recievership 03CV00595 - Selena Jackson
City Insp Svc - Vespa Gibbs Barnes - Receiver

Vs

Selena Jackson

To: Boston Housing Court - Judge Kariakotis
Att: Judge Kariakotis / Housing Specialist
Boston, Ma 02114

From: Selena Jackson - Landlord / Owner (Acquired)
57 Westmore Rd 2
Mattapan, Ma 02126-1558
Permit #03337/0450 occupancy Title 99615
Subj: Illegal work and Demolishing done by
"Silutan Roberton Remodeling, Constr. Co, inc
+ el Vespa Gibbs Barnes, and National Roofing
Constr., Star Electric Inc, Hughes Oil Co. et al

Dear Judge Kariakotis!
Please be advised, that since July, 2005
The above mentioned docket 03CV00595, has
been enforced illegally by "Vespa Gibbs Barnes."

2 o7

8/17/05

Re: 57 westmore Rd; Mattapan, Ma 02126-2558128
Receivership-0.3 CV00595-Selena Jackson
City Insp. Svc -Vespa Gibbs Barnes -Receiver
vs
Selena Jackson/Landlord/owner (acquired) (3-22-90)
Subs: Illegal work and Demolishing by Silvian Robertson
Constr-Co Inc et al
The "repairs to the property," as listed in
the June hearing, appointing "Vespa Gibbs
Barnes" as "Receiver," and "Colea Weinstein"
atty, as "attorney ad litem", have been "forcefully,
illegally, destructively, negligently," and "intimidately
audaciously done by "Silvian Robertson Constr.
Co Inc", with a "threat to my person, destruction
of my private property, and theft", and
removal by dumpster", of my "business
and personal belongings", "without "allowing
one to remove them for storage", while
they were repairing. "Silvian Robertson Constr.
Inc", "blatently refused to show me his license"
and building permit for the "demolishing of
my building", which "I occupy"!!! He has "Gutted
my building, pulled out wires, and pipes

3075

8/17/05

Re: 57 Westmore Rd, Mattapan, Ma 02126
Receivership 03CV00575 - Selena Jackson
TO: Boston Housing Court - Kariakotis

"That are not in the court write-up, and were "not necessary to do". He has ripped out my plumbing", on a "false write-up of a "break in the latteral main", when "I had a plumber come to the building in 2001," and he told me that "there was no break in the latteral". He has pulled out "all my fixed objects to the building", and on 8/17/05 he pulled out the oil drums out of the basement". He has left debris around the building negligently, and "I have incurred physical disability of my Right foot", by stepping on a board with a nail, left as debris in the front hallway and "stuck a nail in my Right foot 8/2/05.

# 075

8/17/05

Re: 57 Westmore Rd, Mattapan, Ma 02136
Reciwership - 03 CV00595 - Selena Jackson - Landlord
City Insp. Svc - Vespa Gibbs Barnes - Reciwership
To: Boston Housing Court - Kariakotis


I hearby request the Court, to issue a
"Stop work Order for 03 CV00595," for "Selena
Jackson, Landlord/Owner," and to "Issue a
Restraining Order against, "Vespa Gibbs Barnes
etal, Silvian Robertson Constr. Co Inc," who have
committed, "Bodily harm, destr. of priv property,
invasion of priv, viol of occupancy, viol of deed,
viol of civ Rights, denied due process, denied rebath
malicious Destruction, Threats, attempled to Assou
fraud w/int, fraudulent Concealment, fraudulent
mortgage scheme. They have workmen coming
to my building," who do not have a write-up
for any repair, and did not get my permission
to remove any plumbing fixtures, and radiat
"Immediate response, and enforcement is requi

$\underline{1}$ of 3

<u>Damages By Receiver</u> - Vespa G. Barnes 8/10/05

Re: 57 Westmore Rd - Mattapan, Ma 02126-1558/28

Bos Hs Ct SS: 98-0452, 03CV00595 - <u>Receivership</u> - Vespa Gibbs Barnes

1. (8) Broken Windows (new)

2. <u>40 storm windows removed</u>, destroyed illegally

3. Personal belongings, removed 8/5/05, and placed
in dumpster, and removed/Destroyed!!!

355000 —

4. Gutting All walls, 1st + 2nd floor, and hallway front
unnecessarily!!!

2400 — 5. "Rental Loss for the year" $1200, prev occupant $1200 —

355000 + 6. Business Income Loss (referred for Federal Adj - foreclos

7. Defamation, by "destruction of Priv. Property"

8. Attempted Assault 8/2/05 by "Robertson Remodeling Constr
namely: Julian + Roberts, et al

9. "Fraudulent Mortgage Scheme" of Receiver
"Vespa Gibbs Barnes", with "Co-Conspirators namely
   1. Mutual of Omaha Ins. Co.
   2. Metlife Ins. Co.
   3. National Roofing Co, Inc   MA Lic-ADAM-3
   4. Silvian Robertson Constr. Co, Inc
   5.

10. "Lodging for Landlord", Selena Jackson - Owner
during "Renovation/Destruction, and "forced Vacan
of 8/2/05," while "Gutting the walls in the building"
"Destroying the apartments for Occupancy" deliber

11. "False Representation of Receiver - Vespa Gibbs Bar
as "Joint entity of Mortgage Scheme" of $355000 —
of the "Landlord/owner/Acquired 3-12-90 Selena Jacks
"who does not have a mortgage", and who "does
not, and did not agree in writing to mortgage",

2 of 3

Damages By Receiver-Vespa Gibbs Barnes 8/10/05
Re:57 Westmore Rd-Mattapan, Ma 02126-158128
Bos. Hs C# :55-98-CV01452, 03CV00575-Receivership-Vespa Gibbs Barne

11. and who "cannot mortgage, due to Acquistion status of 35 years, and disability, and retirement of her."

12. "Unlawful underwriting of premises" located at 57 westmore Rd, mattapan, Ma 02126-158128, and "fraud whint by way of mortgage Scheme" to deprive the Owner, Selena Jackson," of "her life, and livelihood," by "presuming her status as owner through scheme to "Eschat her of her property rights," while "under property repair."

13. "Violation of Nov'l, Law," by not restoring utilities to the building" when landlord was occupancy of the building #0450," for the purpose of repairs,"

7×$2000 14. "Deliberate boardings", by Vespa Gibbs Barnes and City Inspectional Svcs" with the "threat on the Landlords life," thereby "preventing her from the completion of her repairs," by way of "contracting the Roofer to do the work," cause her "lodging problems," due too "threats on her life," and the inconvenience of making repairs.

14. "Breaking + Entering," and "unlawful Entry" 8/2/05 by "Robertson Remodeling Constr, Inc, et al Vespa G. Barnes by "breaking lock on rear porch door after Landlord had locked for clearing," and "breaking into her second

3 of 3

Damages By Receiver - Vespa Gibbs Barnes 8/10/05

Re: 57 Westmore Rd2 - Mattapan, Ma = 02126 1558128

Bos, Hs. Ct  SS: 98-0N01452, 03CV00525 - Receivership - Vespa Gibbs Barnes

14. Floor apartment, by "breaking the front door off the door jam", and leaving it open to vandalism

Criminal Charges: 05CR11599
Assault
Verbal Assault w/int
Intimidation w/int
Fraud w/int                          Selina Jackson - Owner
Defamation w/int                     Landlord/Res Agent
Vandalism w/int                      Pro Se Litigant
Theft of priv Prop. w/int            BBO#01154887
Dest. of Priv Prov. w/int            57 Westmore Rd2
Crim. Trespass w/int                 Mattapan, Ma 02126 155
Br. + Entering w/int
Unlawful entry w/int
Impersonation w/mt of Landlord
Viol of Civ Rights
Viol of Deed (through scheme of escheatment)
"Undue Notice of Legal Action" within time frame  10 da
Denied due Process
Illegal work force/Robertson Constr. Inc. w/out permit
Threat to others + Self
Endangerment