

(508) 528-6600
(800) 649-COPY
FAX: (508) 528-8066
www.americanbe.com

15 W. CENTRAL STREET, FRANKLIN, MA 02038

(508) 528-6060
(800) 698-1515
FAX: (508) 528-6940

# FAX COVER SHEET

Date: 8/24/05

To: U.S. Dist Ct - Pro Se Clerk/RWZ

Fax Number: 617-748-9096 / 617-639-2919

From: Sekena Thomas Jackson, Reit Inc / Landlord / Owner
05CV11559-RWZ
05CR11559A-RWZ

Number of pages (including cover): _____

Message: Please Initiate Prosecution in regards to the "Criminal matters" involving the closure of the property assets of 57 Westmore Rd

Report of 8/23/05
Re: 57 Westmore Rd, Mattapan, Ma 02126-1558125
05 CB11559A-RWZ

"Receiver Vespa Gibbs Barnes, to "mortgage, or sell, when "she can pay for the repairs." "She has set-up an Illegal mortgage scheme to interfere with the life, and livelihood of Selena Jackson," for $355,000—which the "Landlord Refuses to sign," "Enforcement of her criminal actions, and violation of her Deed," are "requested, for Vespa Gibbs Barnes and City Insp. Svcs, Silvian Robertson Constr C and ESE Corp, and National Roofing Co, Inc, and Star Electric Co, and Hughes Oil Co, Inc who have caused "Destruction to the building and bodily harm through threats, and Gross negligence while repairing," through "scattered debris, without clean up." "Your reply/assistance is urgent !!!"

Selena Thomas Jackson, Tre
Landlord/owner (Aggrieved)
Pro Se litigant
312.90

8/24/05

Re: 57 Westmore Rd, Mattapan, Ma 02126-1558128
Selena Thomas Jackson, Inc-Reit/Provident
Deed# 406503 (Acquired 9-12-90 Wash. D.C.)
Cert# 99615    Tax# 04172, 04772, 04770, 00229, 00206
00390 01234 01734 01743 00445
00138 70175, 00015 00518 81741, 00051 43518
00128, 70117, 01115, 01551, 09478, 00021, 00695
00158 00159
69714, 00129, 00717

Tenure: 35 years
Purch Date: 4/20/70 (acquired 3-12-90 HUD)
Ft Tenant: George B. Thomas (Title Transferred 6/85)
Owner: Selena Thomas Jackson, Inc-Reit/Provident (Acquir
Status: CVG=owner/Oper/Coll Treas/GAO/AD M/SSA/OPM Regist
Res. Agent/Consultant T.A.
Subj: "Foreclosure of Property Assets," due too "Foreclosure
notification of City of Boston of 1997," and "Fraudal
Escheatment, and Fraudulent Concealment w/int
to Defraud the Owner," and "Tax Evasion, and
misappropriation of funds," due too Fraudulent
mergers by banks" (Fleetbank-Malden, Shawmut M
Boston Safe Deposit Co, BayBank Boston, FNBB,
"Suffolk Franklin Savings Bank" and State Street
Bank, HNC=Hartford National Corp.
Report of 8/23/05
One 8/23/05, the "BSE Corp," did come to the

Report of 8/23/05
Re: 57 Westmore Rd, Mattapan, Ma 02126-1553
05-CR11559ARWZ  U.S. Dist. Court

Address of 57 Westmore Rd, Mattapan, Ma 02126-15 to "do more unauthorized repair to the building, which is under "Receivership #03CV00595, by court order, "For repair only", with the allowance of $35,500 — to complete. The receiver "Vespa Gibbs Barnes", has "proceeded Illegally" to send repair persons to the building, who have "not shown licenses, and not given the landlord the written estimate of cost", and who have "illegally removed fixed objects to the building", and "gutted the building unnecessarily", and the "work write-up did not list", and they have "removed personal belongings, and office equipment of the "landlord Sekena Thomas Jacks who was residentially occupied, and threatens her person", and "are under the presumption that they own my building which was Acquired 3-12-90", and "cannot be sold, and has not been authorized by the owner", for the

*Re: 05-CV11559-RWZ*
*05-CR11559A-RWZ*

*Selena Thomas Jackson*
*vs*
*Vespa Gibbs Barnes, et al / BHC*

*57 Westman RD, Mattapan*

## COMMERCIAL REAL ESTATE MORTGAGE

THIS COMMERCIAL REAL ESTATE MORTGAGE (as amended from time to time, this "Mortgage") is made this 15th day of July, 2005 by and from **VESPER GIBBS BARNES AS RECEIVER FOR PROPERTY OWNED BY SELENA JACKSON** ("Mortgagor"), having a mailing address of 10 Malcolm X Boulevard, Boston, Massachusetts 02119 to **DAVID A ROSENGARD** (together with any successors or assigns, the "Lender"), having a mailing address of 2 City View Road, Brookline, MA 02446.

1. Mortgage, Obligations and Future Advances.

    1.1. Mortgage. For valuable consideration paid, the receipt and sufficiency of which is hereby acknowledged, Mortgagor hereby grants to the Lender, with MORTGAGE COVENANTS, the "Property" described in Section 1.4, below, to secure the prompt payment and performance of any and all obligations of Mortgagor (and if more than one Mortgagor of any of them) to the Lender, whether direct or indirect, absolute or contingent, primary or secondary, due or to become due, now existing or hereafter arising or acquired, and whether arising out of this present transaction, or a transaction separate and unrelated hereto (the "Obligations"), including without limitation:

    (a) all obligations under a certain Commercial Promissory Note of even date herewith from Mortgagor payable to the order of the Lender in the original principal amount of $355,000.00, as the same may be further modified, amended, or extended (the "Note");

    (b) all indebtedness, liabilities or obligations now existing or hereafter arising from Mortgagor to the Lender under any other promissory note, lease, loan agreement or reimbursement agreement, guaranty or other instrument, agreement or document; and

    (c) all covenants and other obligations contained in this Mortgage or contemplated hereby, including without limitation Mortgagor's obligations under Sections 5.1, 7.1, 7.2, 7.3, and 7.4 hereof.

    1.2. Security Interest in Property. As continuing security for the Obligations, Mortgagor hereby pledges, assigns and grants to the Lender a security interest in any of the Property (as defined in Section 1.4 below) constituting personal property or fixtures. This Mortgage shall be deemed to be a security agreement and financing statement pursuant to the terms of the Uniform Commercial Code of Massachusetts.

APPROVED FOR REGISTRATION
BY THE COURT.

*[signature] 7/15/05  BHC*
*Land Court*

"*Please Change Venue for Prosecution*"

05-CV11559-RWZ
05-CR11559A-RWZ



State Form 290       COMMONWEALTH OF MASSACHUSETTS
                            City of Boston
                     OFFICE OF THE COLLECTOR-TREASURER
                       Certificate of Municipal Liens

NO: 925136                                              Date: 06-Apr-2005
                                                 Ward, Parcel: 14-04772-000
ON REAL ESTATE LOCATED AT: 57  WESTMORE RD           UNIT:

2005      Assessed to: JACKSON SELENA

                Area        Land       Building      Total         Tax
Assessment 2005  4,200     36,100      68,900       105,000      1,126.65

Taxes and Apportioned
    Assessments            Year 2005   Year 2004   Tax Title 1991-2004   Total

Overdue Preliminary         112.66
3rd Quarter Balance           .00
4th Quarter Balance           .00
Assessments Apportion-
ed, including committ-
ed interest:
        Street              _____
        Sidewalk            _____
Charges and Fees             17.00
        Interest:            10.70
        Total Owed:         140.36                  43164.08   43304.44

Betterment assessments not yet added to tax

Kind    Book  Page    Lien       Original    Period of          Apportioned
                     Attaches     Amount    Apportionments

Sidewalk                                    from____to____
                                                Interest
Street                                      from____to____
                                                Interest
Sewer                                       from____to____
                                                Interest
                                                         TOTAL   NONE
Inspectional Services:                                           NONE

                      TOTAL DUE ON THIS CERTIFICATE:  43304.44

Water Charges: Contact Water & Sewer Commission
  It is hereby certified from available information that above are listed
all taxes and assessments, which on the above date constitute liens on the
parcel of real estate specified in your application, dated: 08-Apr-2005 .
  The AMOUNTS NOW PAYABLE on account of such real estate so far as they
are fixed and ascertained are itemized above. Any amount not ascertainable
is so stated.
  I have no knowledge of any other lien outstanding.

                                            Asst. Collector-Treasurer

Fee for this certificate, $   25.00    Applicant's Name: BARNES

  This form approved by the Commissioner of Department of Revenue

Change venue - 03CV00595-BHC

05-11559-RWZ
05-11559-RWZ
A

2.

## DECLARATION OF HOMESTEAD

**KNOW ALL MEN BY THESE PRESENTS** that I, Patricia R. Logan of 41 Rangeley Street, Dorchester, Massachusetts 02124, County of Suffolk and Commonwealth of Massachusetts as a Householder, and having a family and being entitled to an Estate of Homestead in the land and buildings hereinafter described do hereby declare that I own and am possessed and occupy said premises as a residence and homestead under Massachusetts General Laws, Chapter 188 as amended to wit:

A certain parcel of land situated in that part of Boston, formerly Dorchester in the County of Suffolk and Commonwealth of Massachusetts, situated on Rangeley Street. Said land is shown as Lot 10 on a subdivision plan drawn by Joseph Selwyn, CE, dated July 19, 1940, as approved by the Court, filed in the Land Registration Office as Plan No. 16947-C, a copy of a portion of which is filed with Certificate of Title No. 39775.

The above-described land is subject to a taking by the City of Boston for highway purposes in said Rangeley Street under order dated September 30, 1948, filed and registered as Document No. 184223.

For title see Certificate of Title No. ~~111971~~ 111991. BK 555 - 191.

In witness whereof, the said Patricia R. Logan has caused these presents to be signed this 12th day of July, 2005.

_Patricia R. Logan_ (signature)
Patricia R. Logan

### COMMONWEALTH OF MASSACHUSETTS

Suffolk ss.                                                                 July 12, 2005

Then personally appeared before me the above named Patricia R. Logan and having shown sufficient evidence of identification acknowledged the foregoing instrument to be her free act and deed before me.

_(signature)_
Notary Public – Justice of the Peace
My Commission expires 12/4/09

Cert#: 111991  Bk: 555 Pg: 191
Doc: DOH  07/15/2005 03:58 PM

FRANCIS V. KENNEALLY
Notary Public
Commonwealth of Massachusetts
My Commission Expires
December 4, 2009

BOS1509379.1

05-11559CV-RWZ
05-11559CR-RWZ



Cert#: 99815   Bk: 494 Pg: 15
Doc: OTF   07/15/2005 04:09 PM

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

HOUSING COURT DIVISION
CITY OF BOSTON DIVISION
NO: 03 CV 00595

City of Boston
Inspectional Services Department
           Plaintiff

v.

Selena Jackson
           Respondent

6/15/05
allowed after
hearing [illegible]
[signature] Chief Justice

## MOTION TO INCREASE AMOUNTS APPROVED BY THE COURT FOR CONSTRUCTION, EXECUTE LOAN DOCUMENTS, AND SELL REAL ESTATE

The Receiver, Vesper Gibbs Barnes, duly appointed, moves that this court allows an increase in the budget for the rehabilitation of the property to $330,000.00 and authorize her to enter into the necessary construction loan and related contracts necessary to renovate the building located at 57 Westmore (the "Premises") Road, Mattapan, MA, and to sell the Premises. As reason for this, Receiver states the following:

1. The Premises are subject to a receivership action.

2. The Receiver was appointed to bring the Premises in compliance with the Sanitary and Building Code.

3. The Receiver has worked on meeting the terms of the original financing for several months. Meeting the requirements for this funding is time consuming. The original source of funding, Boston Community Loan Fund, is unable to provide funding.

4. The liens on the property have increased by several thousand dollars from $57,000.00 to $65,374.00.

5. The Receiver has identified a lender that is available to close within less than 30 days, has provided a commitment letter, and no equity contribution of the Receiver is needed.

6. The funds for this type of financing are costly but immediately available.

APPROVED FOR REGISTRATION
BY THE COURT,
[signature]
Land Court 7/15/05

HOUSING COURT DEPT
CITY OF BOSTON DIV
A TRUE COPY
ATTEST
[signature]
CLERK MAGISTRATE
DATE 7/8/05

| MORTGAGEE NO. | U. S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT FEDERAL HOUSING ADMINISTRATION | FHA CASE NO. | Form Approved Budget Bureau No. 63R-1087.1 |
|---|---|---|---|
| 203... | | | |

STATEMENT OF APPRAISED VALUE FOR A MORTGAGE TO BE INSURED UNDER THE NATIONAL HOUSING ACT
☒ SEC. 203(b)  ☐ SEC.

PROPERTY ADDRESS
97 Westmore Road
Mattapan, Mass.

MORTGAGEE
Suffolk Franklin Savings Bank
c/o Boston Banks Urban Renewal Group
105 Warren Street
Roxbury, Mass. 02119

ESTIMATED FHA VALUE
☐ Replacement Cost Sec. 213 or 220
Value (Excl. Cl. Costs) .. $19,000
Closing Costs ............ $  400
FHA VALUE ................ $19,400

MONTHLY ESTIMATES
Fire Ins. .......... $  8
Taxes ............. $ 96
Main. & Repairs $ 20
Heat & Utilities $ 25

STATEMENT ISSUED BY (Authorized Agent)
DATE THIS COMMITMENT
Issued: 10/27 1968
Expires: 4/27 1969

## DEFINITION OF APPRAISED VALUE

*Federal Housing Commissioner has valued the above identified [property] for mortgage insurance purposes, in the amount shown.*

...estimate of value...does not fix a sales price; does not indicate FHA approval...haser of the property; nor does it indicate the amount of an insured mortgage that would be approved.

..."value" is an estimated total price of a property, excluding payments [for] closing costs and prepaid expenses such as taxes and insurance. ...assumes the property is held in fee simple without special easements.

"Replacement Cost" is an estimate of the current cost to reproduce [the] property including land, labor, site survey and marketing expense excluding payments for prepaid expenses such as taxes and insurance and closing costs.

"FHA VALUE" is the sum of the estimate for "value" or "replacement cost" and the FHA estimate of closing costs, such as survey, title evidence, recording fees, etc. Under those sections of the National Housing Act (such as 213 or 220) where the maximum mortgage insurance purposes...estimated replacement cost, the "FHA"...

The law requires that FHA mortgagors receive a statement of appraised value" prior to the sale of the property. If the sales contract has been signed before the mortgagor receives such a statement, the contract must contain, or must be amended to include, the following language:

"It is...agreed that,...the purchaser shall not be obligated to complete the purchase...or to incur any penalty...unless the seller has delivered to the purchaser a written statement...setting forth...the value of the property for mortgage insurance purposes not less than $19,000. The purchaser shall have the privilege...of proceeding with...this contract without regard to the amount of the...valuation."

## ADVICE TO HOME BUYERS

ADVANCE PAYMENTS—Make extra payments when able. You pay less interest and have your home paid for sooner. Notify the lender in writing at least 30 days before the regular payment date on which you intend to make an advance payment.

DELINQUENT PAYMENTS—Monthly payments are due the first day of each month and should be made on or before that date. The lender may make a late charge up to 2 cents for each dollar of any payment more than 15 days late. If you fail for 30 days to make a payment, or perform any other agreement in the mortgage, your lender may foreclose. You could lose your home, damage your credit, and prevent your obtaining further mortgage loans. If extraordinary circumstances...see your lender at once. If...explain FHA's forbearance policy. YOUR CREDIT IS AN IMPORTANT ASSET; DON'T LOSE IT THROUGH NEGLECT.

ADJUSTED PREMIUM CHARGE—If you make extra payments in any year of more than 15% of the original mortgage amount, you may have to pay an adjusted premium charge. This charge is 1% of the original mortgage. FHA is authorized to charge a premium of not less than ¼ of 1% nor more than 1% per year, but has set the premium at ½ of 1% assuming it will be paid over the whole mortgage term. When a mortgage is paid off in advance, the premiums collected do not cover FHA cost and an adjusted premium is charged to offset the loss. If this charge were not made, the premium would have to be higher. An adjusted premium is not made if a new FHA mortgage is placed on the property, or if the FHA insurance is in force for 10 years or longer.

TAXES, ASSESSMENTS, AND INSURANCE—Send your lender bills for taxes, special assessments, or fire insurance that come to you. The fire insurance the lender requires you to carry usually covers only the balance of the loan. Check this with your lender. You may wish to take out additional insurance so that if the house is damaged your loss will be covered as well as the lender's. If your home is damaged by fire, windstorm, or other cause, write your lender at once. Taxes for the coming year can't be known until the bills are received. If they exceed the amount accumulated from your payments, you will be asked to pay the difference. If they are less, the difference will be credited to your account. The same is true of fire insurance. Some States allow homestead or veteran's tax exemptions. Apply for any exemption to which you may be entitled. When it is approved, notify your lender.

CLOSING COSTS - In the heading is FHA's estimate of anticipated closing costs, such as fees for preparation of mortgage instruments, attorneys' fees, title insurance, origination fees and documentary stamp taxes. The estimate does not include charges for such prepayable items as taxes, fire insurance.

BUILDER'S WARRANTY—When FHA approves plans and specifications before construction, the builder is required to warrant that the house conforms to FHA approved plans. This warranty is for 1 year following the date on which title is conveyed to the original buyer or the date on which the house was first occupied, whichever occurs first.

If during the warranty period you notice defects for which you believe the builder is responsible, ask him in writing to correct them. If he fails to do so, notify the FHA insuring office in writing. Mention the FHA case number shown in the heading. If inspection shows the [defects]...warranty. Most builders take pride in their work and will make justifiable corrections. They cannot be expected to correct damage caused by ordinary wear and tear or by poor maintenance. Keeping the house in good condition is the owner's responsibility.

OPERATING EXPENSES—In the heading are FHA estimates of monthly costs of taxes, heat and utilities, fire insurance, maintenance and repairs. The estimated figures will probably have to be adjusted when you receive the actual bills. BEAR IN MIND THAT IN MOST COMMUNITIES TAXES AND OTHER OPERATING COSTS ARE INCREASING. The estimates should give some idea of what you can expect the costs to be at the beginning. In some areas FHA's estimate of taxes may also include local charges such as sewer charges, garbage collection fees, water rates, etc.

IF YOU SELL—If you sell while the mortgage exists, the buyer may finance several ways. Understand how these arrangements may affect you. Consult your lender.
1. You may sell for all cash and pay off your mortgage. This ends your liability.
2. The buyer can assume the mortgage and pay the difference between the unpaid balance and the selling price in cash. If the FHA and the lender are willing to accept the buyer as a mortgagor, you can be released from further liability. This requires the specific approval of the lender and the FHA.
(EITHER OF THE ABOVE TWO METHODS IS PREFERABLE TO METHOD NUMBER 3.)
3. The buyer can pay the difference in cash and purchase subject to the unpaid mortgage balance. FHA or lender approval is not necessary BUT YOU REMAIN LIABLE FOR THE DEBT. IF THE BUYER DEFAULTS, IT COULD RESULT IN A DEFICIENCY JUDGMENT AND IMPAIR YOUR CREDIT STANDING.

## THE COST OF BORROWING

When you borrow to buy a home, you pay interest and other charges which add to your cost. A larger downpayment will result in a smaller mortgage. Borrow as little as you need and repay in the shortest time. If you borrow $10,000 at 6¾% the monthly payment to principal and interest is $11.20 less for a 30-year mortgage than it would be for a 20-year mortgage; but in 30 years you pay $5,084.99, or 62% more interest than in 20 years.
The tables show the monthly payments, interest and mortgage insurance for some typical mortgages at 6¾%. Taxes and fire insurance are not shown in the tables, although they are included in your monthly payments.

MONTHLY PAYMENTS, PRINCIPAL & INTEREST, MORT. INS. PREMIUM, TOTAL INTEREST & MORT. INS. PREMIUMS PAID @ 6¾%

| | $10,000-MORTGAGE | | | $15,000-MORTGAGE | | | $20,000-MORTGAGE | | |
|---|---|---|---|---|---|---|---|---|---|
| Term | Prin. & Int. Mo. Payt. | Total Interest | Mtg. Ins. Premium Total | Prin. & Int. Mo. Payt. | Total Interest | Mtg. Ins. Premium Total | Prin. & Int. Mo. Payt. | Total Interest | Mtg. Ins. Premium Total |
| 20 Yrs. | $76.10 | $ 8,231.87 | $4.12  $609.76 | $114.15 | $12,347.81 | $6.18  $914.65 | $152.20 | $16,463.74 | $8.24  $1,219.54 |
| 25 " | 69.10 | 10,723.03 | 4.14  794.30 | 103.65 | 16,084.55 | 6.21  1,191.45 | 138.20 | 21,446.06 | 8.27  1,588.60 |
| 30 " | 64.90 | 13,316.86 | 4.15  986.43 | 97.35 | 19,975.29 | 6.22  1,479.65 | 129.80 | 26,633.72 | 8.29  1,972.87 |

FHA FORM NO. 2800-6 Rev. 5/68

SEND TO MORTGAGEE FOR DELIVERY TO HOME BUYER

Re: 05CV11559-RWZ
    05CR11559A-RWZ

Change of Venue Requested 8/16/05



The Commonwealth of Massachusetts
Department of Public Safety
Board of Building Regulations and Standards
McCormack State Office Building
One Ashburton Place – Room 1301
Boston, Massachusetts 02018

TEL: (617) 727-7532   FAX: (617) 227-1754

MITT ROMNEY
Governor
EDWARD A. FLYNN
Secretary
JOSEPH S. LALLI
Commissioner

THOMAS GATZUNIS
Chairman
STANLEY SHUMAN
Vice Chairman

**SIX (6) COPIES OF THE COMPLAINT MUST BE SUBMITTED**   (Change of Venue)

Construction Supervisor License Complaint Form  C03-CV00595-BHC)

| This Section for State Use Only | COMPLAINT NUMBER | 05-CV11559-RWZ |
|---|---|---|
| Complaint Received: | | License No. 324539/115123 |
| State Inspector Assigned: | | Permit No. (Acquired) None |
| Date Assigned: | | |
| Report Received: | | Violation X   Dismiss |

**Please Print**

**Complainant:**
Name: Selena Thomas Jackson, Inc-Reit (CVS=no owner/Acquired 9/2/9/)   Consultant TJ.
Address: 57 Westmore Rd 2
Mattapan, Ma 02126-1558128
Tel: (617) 296-6655 NP     Fax: (617) 223-8080

**Property Location:**
Address: 57 Westmore Rd, Mattapan, Ma 02126-1558128
(4 Winter Pl, Boston, Ma 02133)

**Construction Supervisor License Holder:**
Name: Selena Thomas Jackson, Inc   Reit   License Number: 324539/115123/03337   Deeded 4/06503
Address: 57 Westmore Rd, Mattapan, Ma 02126-1558128
Tel: (617) 296-6655     Fax: (617) 223-8080

**Nature of complaint:**
On the reverse side of this sheet, please provide details of your complaint (use additional sheets as required) Please type or print legibly. Complaints must cite violations of the Massachusetts State Building Code. COMPLAINTS WHICH DO NOT CITE VIOLATIONS OF THE BUILDING CODE ARE BEYOND THE JURISDICTION OF THE LICENSE REVIEW COMMITTEE AND WILL BE DISMISSED ACCORDINGLY. Include a copy of the building permit application and copies of all other documentation or reports which support your complaint. Return SIX copies of the complaint to:
BOARD OF BUILDING REGULATIONS AND STANDARDS - LICENSE REVIEW COMMITTEE
ONE ASHBURTON PLACE, ROOM 1301
BOSTON, MA 02108

Revised 1/03

Re: 98-CV01452-BHC (Cause)
* 03-CV-00595-BHC
05-CV11559-RWZ-U.S. Dist Ct (Change of Venue)
for Crim. Prosecution)

CSL Complaint Form – Page 2   8/29/05 "Foreclosure in effect on Boston City, 07" Please Print or Type

I, Selena Thomas Jackson, Inc Re-it, are being "Escheated, Defrauded, and Embezzled" by the "State", by a "Fraudulent initial Mortgage, and a Fraudulent Mortgage scheme" by the "appointed Receivership of Vespa Gibbs Barnes" by the "Boston Housing Court 03CV00595 – Judge Kariakotis". The court has "Illegally re-appointed Vespa Gibbs Barnes as Receiver," after "she withdrew from the case 03CV00595 8/04." She was then re-appointed on 6/05. The court was requested by me, the "moving party" by the action 03CV00595, to "update the status of repairs that I had made to the property" to "remove the status of Placard" which "had been removed on 3/01," accept that the court did not change the status of the internal repairs made. The "only repairs that remained" were the Roof repair, and the back porch, and "I could not complete the sheetrocking to the ceilings" until the "Roof repair was done." "I could not get a contractor to do the roof" because the communication was "off at the building," and they would not restore it, so that I could meet with the contractor properly. Because of the excommunication aspect it was "hard for me to comply with the time frame of repairs" to bring it up to "Specification Code" therefore, the "court put me under Receivership for Repairs only," due too my disabilities and compliance. "Vespa Gibbs Barnes et al, has proceeded to attempt to defraud me" by a "Mortgage scheme, and hiring Silvian Robertson Construction Co." and making him think that he owns the building, which was "Acquired 8-12-96 by me." "Silvian Robertson Construction-Co," has proceeded to "Gutt out my building," and "removed all my personal belongings, thrown them in a dumpster" and "threatened me with violence" and has "not shown me his license to contract," and has "not submitted to me a total Cost of Repairs," and "Neither has Vespa Gibbs Barnes." The "court allowed Vespa the sum of $55,000. to initiate a mortgage," which "is not Required," for I can pay the contractor, accept that, "they have been running unnecessary cost of repa..."

Selena Thomas Jackson, Inc    Selena Thomas Jackson 8/29/05
Complainant Name – Print          Signature          Date

See Attached Complaints, "hand delivered 6/2/05
"Work Stop Order Requested," due too Violations        Revised 1/03
"Destruction of Priv Prop"    Fraud w/Int (by way of Mortgage)
Crim Trespass               Removal of Fixed objects to building
Fraudulent Concealment      Theft
Bodily Harm                 98-CV01452 - BHC
Threats to Kill             Re: 03CV-00595-BHC
Negligence                  (Change of Venue) 05-CV11559-RWZ-U.S.Dist Ct.

8-29-05

To: U.S. District Court - 05CV11559-RWZ
Att: Pro Se Clerk
Boston, MA 02109-9128
FAX 617-748-9096

From: Selena Jackson, Inc - Reit/Landlord/Owner/Res. Agent
57 Westmore Rd-2
Mattapan, MA 02126-1558128
617-296-6655 NP/FAX: 800-440-8800 or 617-223-8080 McGinty
Karl Gillis

Subj: Public Safety Complaint of 8/29/05 for Enforcement of "Stop Work Order" and Restraining Order Issuance for Selena Jackson - Landlord due to Cause.

Copies: 2

cc: US Dist Ct - Pro Se Clerk
Fed Defender's Ofc - Atty McGinty
Dept of Public Safety
Celia Weinstein, Atty Ad Litem

132 Lewis St
Lynn, MA 01902
Ph: 781-581-~~4066~~ 0466
Fx: 781-581-~~4077~~ 0477

**D & D Quickie Mart**

# Fax

To: Pro Se Clerk U.S. Dist Ct   From: Selena Jackson
                                       05-CV11559-RWZ
Fax: 617-748-9096   Pages: 5
Phone:   Date: 8/26/05
Re: Selena Jackson vs Vespa G. Barnes et al   CC: Judge Rya Zobel

■ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments: Report 8/24/05

**Complaint**

Silvian Robertson Constr. Co, Inc - Vespa G. Barnes et al "did" on 8/24/05 Remove, and destroy my private property, located at 57 Westmore Rd, Mattapan, Ma 02126 (2) Boilers, and (2) Water Heaters, and Pipes" and "demolished the basement area without the "Consent, and/or presentation of papers from Vespa G. Barnes, and/or the City Insp. Bv ⚡, and "did not show a license, or permit to Demolish the House at 57 Westmore Rd., Mattapan, Ma 02126 The "Enforcement Unit was notified" but I am in need of a "Work Order Stop," and a "Restraining Order" to "prevent bodily Harm," after "Threats by him" "I have hired," "Power Electric Co" to complete the work..." Please "grant motion to Restrain, and Stop"

Selena Jackson/Landlord/owner
Prose Litigant 05CV11559-RWZ

CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL. (Rev. 12/03)

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| Dist 1 | Selena Jackson, Pro Se Lit. | | 701154887 |
| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
| 06CR11659A-RWZ | 05CV11559-RWZ | | 03CV00595-BHC |
| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
| Selena Jackson v. Vespa Gibbs Barna | ☐ Felony ☐ Petty Offense ☐ Misdemeanor ☑ Other Criminal ☐ Appeal | ☐ Adult Defendant ☐ Appellant ☐ Juvenile Defendant ☐ Appellee ☑ Other Pro Se Litigant | Landlord/Owner Acquis |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged according to severity of offense
Gross Negligence / Threats / Fraudulent Concealment / Dest of Priv Prop / endangerment / Bodily Harm / Fraud w/int / Tax Evasion

| 12. ATTORNEY'S NAME AND MAILING ADDRESS | 13. COURT ORDER |
|---|---|
| Federal Defenders Ofc, 3d Fl. Att: Charles McGinty, Atty 408 Atlantic Ave, 3d Fl Boston, MA 02109-9284 Telephone Number: 617-223-8061 | ☑ O Appointing Counsel ☐ C Co-Counsel ☐ F Subs For Federal Defender ☐ R Subs For Retained Attorney ☐ P Subs For Panel Attorney ☐ Y Standby Counsel Prior Attorney's Name: _____ Appointment Dates: _____ ☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR ☑ Other (See Instructions) Fee Waiver - Services Selena Jackson, Pro Se Litigant Signature of Presiding Judge or By Order of the Court 8/26/05 Date of Order    Nunc Pro Tunc Date Repayment or partial repayment ordered from the person represented for this service at time appointment.  ☑ YES  ☐ NO |
| 14. NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions) | |

CLAIM FOR SERVICES AND EXPENSES / FOR COURT USE ONLY

| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH. ADJUSTED HOURS | MATH/TECH. ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|
| 15. a. Arraignment and/or Plea | | 0.00 | | 0.00 | |
| b. Bail and Detention Hearings | | 0.00 | | 0.00 | |
| c. Motion Hearings | | 0.00 | | 0.00 | |
| d. Trial | | 0.00 | | 0.00 | |
| e. Sentencing Hearings | | 0.00 | | 0.00 | |
| f. Revocation Hearings | | 0.00 | | 0.00 | |
| g. Appeals Court | | 0.00 | | 0.00 | |
| h. Other (Specify on additional sheets) | | 0.00 | | 0.00 | |
| (RATE PER HOUR = $300) TOTALS: | 0.00 | 2400.00 | 0.00 | 2400.00 | |
| 16. a. Interviews and Conferences | | 0.00 | | 0.00 | |
| b. Obtaining and reviewing records | | 0.00 | | 0.00 | |
| c. Legal research and brief writing | | 0.00 | | 0.00 | |
| d. Travel time | | 0.00 | | 0.00 | |
| e. Investigative and other work (Specify on additional sheets) | | 0.00 | | 0.00 | |
| (RATE PER HOUR = $300) TOTALS: | 0.00 | 1500.00 | 0.00 | 1500.00 | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | 500 — | | 500 — | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | 35500 — | | 35500 — | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | 35500.00 | | 35500.00 | |

| 19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE FROM: 3/03  TO: 8/05 | 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION 8/26/05 | 21. CASE DISPOSITION Criminal Foreclosure  Need Docket # |
|---|---|---|

22. CLAIM STATUS  ☐ Final Payment  ☐ Interim Payment Number ____  ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this  ☐ YES  ☑ NO  If yes, were you paid?  ☐ YES  ☑ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?  ☑ YES  ☐ NO  If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney  Selena Jackson, Pro Se Litigant  Date 8/26/05

APPROVED FOR PAYMENT — COURT USE ONLY

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. $0.00 |
|---|---|---|---|---|
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED $0.00 |
| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _Selena Jackson vs Comm of Ma-BHC, Vespa Gibbs Barnes, et al, City Insp. Svcs, City of Boston_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ✓ I.   160, 410, 470, 535, R.23, REGARDLESS OF NATURE OF SUIT.

   ✓ II.  195, 196, 368, 400, 440, 441-446, 540, 550, 555, 625, 710, 720, 730,   *Also complete AO 120 or AO 121
          740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.            for patent, trademark or copyright cases

   ✓ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
          315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
          380, 385, 450, 891.

   ✓ IV.  220, 422, 423, 430, 460, 480, 490, 510, 530, 610, 620, 630, 640, 650, 660,
          690, 810, 861-865, 870, 871, 875, 900.

   ✓ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court. _(Change the Venue)_ Schedule Court dat
   _City Insp. Svcs vs Selena Jackson 03CV00595-BHC_
   _Roodyle + Sterling vs Selena Jackson 98-01452CV-BHC_

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   _Selena Jackson vs G. Roodyle, et al_   YES ■   NO ☐
   _M. Sterling, City Insp Svcs_

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403) _(Foreclosure in effect for Fraud)_
                                                                YES ■   NO ☐
   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   _Selena Jackson, Landlord/Owner_   YES ■   NO ☐   _(Acquired 3-12-90)_

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   _Judge Rya Zobel_
   _Judge Joyce Alexander_                                       YES ■   NO ☐
   _Judge Ireland_

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).
   _Vacant 1st. Fl.  10/1/98 - 6/3/00_   YES ■   NO ■   _vacated 6/3/00_

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division ■     Central Division ☐     Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division ■     Central Division ☐     Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
                                                                YES ■   NO ☐

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _Selena Jackson, Pro Se Litigant_
ADDRESS _57 Westmore Rd, Mattapan, Ma 02126-1558/28_
TELEPHONE NO. _617-296-6655 NP_

(CategoryForm.wpd - 5/2/05)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Selena Jackson v. Vespa Gibbs Barnes, et al - BHC
Judge Kariakotis, Judge Winik - BHC
Comm of Mass
City Insp. Srcs, et al
City of Boston - Mayor Mennino
Project Pride, Inc

SUMMONS IN A CIVIL CASE

CASE NUMBER: 03CV00595-BHC
05CV11559-RWZ/USDC
*05CR11559A-RWZ/USDC

TO: (Name and address of Defendant)

Vespa Gibbs Barnes - Receiver
10 Roxbury Street - 2nd Fl.
Roxbury, Ma 02119-9128

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Vespa Gibbs Barnes, et al - BHC - Receiver
and
Boston Housing Court - Judge Kariakotis, Judge Winik
10 Roxbury Street                Edward Brooke - Courthse
Roxbury, Ma 02119-9128           Boston District Court
                                 New Chardon Street
                                 Boston, Ma 02114-9128

an answer to the complaint which is herewith served upon you, within ___10___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Selena Jackson, Pro Se Litigant   8/26/05
CLERK                              DATE

(By) DEPUTY CLERK

# United States District Court

_____ DISTRICT OF _____

PLAINTIFF

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF
Vespa Gibbs Barnes - Atty Receiver
Celia Weinstein, Atty-Ad. Litem
50 State St - 20th fl.
Boston, Ma 02114-9128

CASE NUMBER: 05CV11595-RWZ
05CR115954-RWZ

V. THIRD PARTY DEFENDANT
Vespa Gibbs Barnes, et al
City Inspectional Svcs

TO: (Name and address of Third Party defendant)

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)
Selena Jackson - Landlord/Owner
Pro Se Litigant
57 Westmore Rd2
Mattapan, Ma 02126 1558128
617-296-6655 NP

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)
Vespa Gibbs Barnes - Receiver
10 Roxbury Street - 2nd fl.
Roxbury, Ma 02119-9128
+
Celia Weinstein, Atty ad Litem
50 State St - 20th fl %Atty Leary
Boston, Ma 02114-9128

an answer to the third-party complaint which is herewith served upon you within 10 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK: *Selena Jackson, Pro Se Litigant*       DATE: 8/26/05

(BY) DEPUTY CLERK

AO 243 (Rev. 5/85)    MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

**United States District Court**   District _Boston, Ma #11_

Name of Movant _Selena Jackson Pro Se Litigant_   Prisoner No. _701154887_   Case No. _05CV11559-RWZ_ / _05CR11559A-RWZ_

Place of Confinement _57 Westmore Rd 2, Mattapan, Ma 02126-1558128_

UNITED STATES OF AMERICA    _Boston Dist Ct_
_Re: N. Vesp Gibbs Barns, et al_
_Selena Jackson, Inc._   _City Insp Svcs / City of Boston_
(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack _Court_ _BHC · Edw. Brooke Courthi_
   _New Charden St, Boston, Ma 02114_

2. Date of judgment of conviction _(To be determined at U.S. Dist Ct-RWZ_
   _(Need to Change Venue, due to Federal Status)_

3. Length of sentence _NONE_

4. Nature of offense involved (all counts) _____

   _____

   _____

   _____

   _____

5. What was your plea? (Check one)
   (a) Not guilty    ■
   (b) Guilty        ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

   _____

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury         ☐
   (b) Judge only   ■

7. Did you testify at the trial?
   Yes ☐ No ■

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ■

(2)