# FedEx Kinko's.
Office and Print Center

# Fax Cover Sheet

FedEx Kinko's of Boston Gov't Center    Telephone: 617.973.9000   Fax: 617.973.9030

Date 9/4/05

Number of pages 10 (including cover page)

05CR11559A-RWZ

To: 05CV11559-RWZ

From: 05-CV11559-RWZ

Name U.S. Dist Ct - Pro Se Clerk

Name Selena Thomas Jackson, Rest Inc

Company RWZ - US District Court

Company Provident Consulting Inc. Mt. Olive-United, Ind & Rest

Telephone 617-748-9130

Telephone 617-296-6655

Fax 617-748-9096

Comments 9/2/05 Complaint of "Theft of Motor Vehicle by Silvian Robertson Construction, Co, and business mail and personal belongings, Criminal Trespass, Fraud w/int by Mortgage Scheme, via City Insp Svc, permit#00145 "Impersonation of an Officer", Fraud identity of ownership without Deed Substantiation by Vespa Gibbs Barnes, or his Re: Receivership 03CV00595, 98-CV0145 at BHC-Kariakotos Requiring "Change of Venue," for "Foreclosure, and Criminal Intent

More than 1,200 locations worldwide. For the location nearest you, call 1.800.2.KINKOS. Visit our website at fedexkinkos.com.

"Pro Se Litigant #701154887 Selena Thomas Jackson, In.

VS

Vespa Gibbs Barnes, et al - BHC         98 CV 04152 (CR)
Judge Kariakotis - BHC                  03 CV 00595 (CR)
Judge Jeffrey Winik - BHC
City Inspectional Svc - et al (#001115 permit) "Fraud"
Silvian Robertson Constr Co Inc, et al
Home Improvement Inc -
Alex John Contractors - 617-953-1076
Barrington Construction, Inc
Mutual of Omaha Ins. Co.
National Roofing Co, Inc (no chimney on roof)
Barry Dumpster Co.

Subj: "Fraud issuance of permit #001115 by City Inspectional Services for "Silvian Robertson" "to identify as the owner of 57 Westmore Rd Mattapan, Ma 02126, when "Landlord Selena Thomas Jackson, Inc-Reit," "did not sell the property," "Acquired 3-12-90," which "was defrauded by Boston City Hall - Mayor and Tax Collection Dept" through "Tax Evasion, and Improper Registration of Land of Ownership." "Theft of Blue Van by Silvian Robertson Construction Co," on 9/2/05 from the backyard of 57 Westmore Rd, Mattapan, Ma 02126-1558" "Owned by Selena Jackson, Inc-Reit," that "was not registered" but "operable," and her "business mail, and "Personal belongings were within," for "Storage while property was being repaired." "Execution of Work Stop Order, and Restraining Order Requested immediately!!!"

Copies: 10
CC: U.S. Dist Ct - Pro Se Clerk
Atty Charles McGinty
Todd Merrick - Civ Perts. (USCGRB)
City Hall - Law Dept.
Boston Dist Ct - Judge Kariakotis
Celia Weinstein, Atty ad Litem
City Insp. - Law Dept.
Mayor - Thomas Menino
Mitt Romney - Gov.

Landlord/Owner - Reit
Selena Thomas Jackson, Inc.
Pro Se Litigant
BBO# 701154887
57 Westmore Rd #0333
Mattapan, Ma 02126-1558
617-296-6655

*Handwritten: 05CV11559-RWZ-USD / 05CV00585-BHC — Schenajackson vs Vespa Gibbs Barnes, et al*

# BofA, credit-card issuers sued

## Plaintiffs allege cos. conspire to push arbitration

**By ANDREW DUNN**
**BLOOMBERG NEWS**

Bank of America Corp. and other credit-card issuers improperly colluded to force cardholders to resolve disputes through arbitration instead of litigating in court, according to a lawsuit.

"Through their participation in numerous meetings and other communications, and as an exercise of their immense market power, defendants combined, conspired and agreed to implement and/or maintain mandatory arbitration clauses as a term and condition of sale," according to an Aug. 11 federal court suit in New York.

The plaintiffs said that arbitration is conducted in secret, that arbitrators tend to favor the card companies and that mandatory arbitration eliminates collective action by cardholders in the form of class action lawsuits.

The defendants are Bank of America N.A. (USA), Capital One Bank, JPMorgan Chase & Co., Citigroup Inc. and its card-issuing units, Morgan Stanley's Discover Financial Services and Novus Financial Services Inc., MBNA Corp., HSBC Holdings Plc's U.S. card-issuing subsidiaries and Providian Financial Corp.

The plaintiffs, cardholders subject to arbitration clauses, are seeking to bring their suit on behalf of all U.S. holders of credit and charge cards.

The complaint alleges that the companies relied on outside law firms and an arbitration administrator "with an inordinate tendency to favor defendants" to identify other potential members of the coalition.

Atty Mary Healey, 7/18/05

SS. Selena Jackson-Owner vs Vespa Gibbs et al, City Insp, BHC Kariakote

Please be advised, that 3 unknown contractors have demolished my rear porches, without verifying their identities to work, and show me any permits.

I, therefore, am requesting an "immediate stay of execution of labor" by the appointed Receiver Vespa Gibbs, who has prolonged, and obstructed the necessary repairs to the building. Please "see attached list". Please "fax these papers to the Housing Court Clerk, and seek regress by way of "Stay of execution" for me to "hire one of the other contractors given to Celia Weinstein, namely "Duffy Roofing". "They were supposed to have faxed their proposals of labor to her"!" Please see if they have.

Selena Jackson
57 Westmore Rd,
Mattapan, Ma 02126-15
03-CV-00525

05-CR00595                                               7/15/05
Owner Selena Jackson vs City Insp. Svc/Vespa Gibbs, BHC-Kariakotis et al

Receivership - 03CV00595

### Grievances with Cause by Landlord

1. Vespa Gibbs was assigned by the Boston Housing Court in 2004, to be the "receiver" of 87 Westmore Rd, Mattapan

* 2. Vespa Gibbs, "withdrew from the receivership 8/04," and was "unlawfully re-assigned as the receiver by Judge Kariakotis" may 2004. This was a violation, as "new receiver should have been appointed."

3. During the receivership period of 8/04, Miss Gibbs "sawed the lock to the premises" at the rear, and is "deemed criminal in trespassing," due too "her withdrawal," which "was not properly implemented" by the Court.

4. Vespa Gibbs, has "not made the proper written notification to the landlord regarding repairs," and the "contractors sent by her did not show the proper licensing" to service the building.

5. The "cost of repairs," was "not sent to the landlord by the contractor, or Vespa Gibbs" and therefore "any work is considered illegally done", and any liability for injury, or excessive cost not reported, and "allowed by the landlord," will be "payable by the Boston Housing Court."

6. The "time frame of work necessary," and ordered by the BHC, for Vespa Gibbs to complete, was "not met"

* est. time for repairs - "3 days (all work)
* Time wasted, and obstructed by Vespa Gibbs (1yr 8 mos)"

3 of 5

SS: Selena Jackson vs City Insp Svcs et al, Vespa Gibbs — Bos Hsg Const
Re: 03-CV00595 (98-CV01452) 6/8/00 SP
Criminal Charges brought by Selena Jackson - Landlord

"Destruction of Priv. Prop."
Criminal Trespass
(5yrs)x Viol. Nov1, Law - (disability of landlord for utilies paid)
Malicious Destruction
False Arrest
Duress
Viol Civil Rights
Defamation
libel
Missappropriation of Funds 6/00 -
Theft (light fixture, locks (3)
Fraud w/int
Assault (City Insp. McMullen/BPD - Area ofc  12/18/03
Bodily Harm    "         "         "         "     12/18/03
"Viol of Deed, of Owner" w/int "to takeover property"
* Non-Compliance (Vespa Gibbs, Contractors
Obstruction of Justice - Vespa Gibbons

Selena Jackson, Inc
Res. Agent
General Owner/Oper.
Pro Se Litigant
57 Westmore Rd 2
Mattapan, Ma 02126-1558128

2 of 5

From: Selena Jackson - Landlord/Owner                         7/18/05
57 Westmore Rd2, Mattapan, Ma 02126
Re: 03CV00595 - Boston Housing Court

<u>Allowed Repairs</u> at <u>57 Westmore Rd</u>, <u>Mattapan</u>, Ma 02126

1. "Board, and shingle roof, and paint chimney"
2. Paint all window trim on outside of building
3. Replace gutters, on "right side" of building
4. Clean, and secure gutters around the building
5. Put downspouts around building
6. Cement corner base of foundation on rightside
* 7. Install windows in the hallway, on the rightside
   8. of apt 1, and Apt 2, by appt. with landlord
* 9. "Rebuild" rear porches, that were torn down (unauthorized by landlord)
* 10. Replace rear porch steps
   11. "Replace ceilings in "Rear hallway", Front 1st & 2nd fl. w/landlord by appt only

<u>Damages Caused by City Inspectional/Bos Hsg Ct / Vespa Gibbs</u>

1. Broken Storm Windows to be repaired (8)
2. Doors damaged - front hallway to porch, holes in door
3. Door Jams (3) 2nd and 4th, front entrance, rear entrance
4. Padlocks, and Cylinders - (2) front & back door entrance
5. Water Damage - (2) bathrooms 1st + 2nd fl. (ceiling, wall, + floor, tile)
6. Rental Loss - 5 yrs @ $1200.00 per annum = $6000 + $20000 arrears
7. Boarding Cost (7) = $14000.00 (liens)
8. Date of destruction of porch 7/15/05
9. Water Damaged floor - Front Hallway
10. Water Damaged Ceiling Front Hallway

1 of 2

From: Selena Jackson - landlord      7/18/05
To: Vespa Gibbs et al - Receiver
aka Robinson, Inc.
Re: 03CV00595 Boston Housing Court

Subj: Stay of execution of work on premises due to Criminal Trespass, Destruction of Private Property located at 57 Westmore Rd, Mattapan, Ma 02126

Dear Miss Gibbs:

Please be advised, that I am not in receipt of any papers from the court, that authorize the workmen, who haven't shown me the proper license to construct my building. They have torn down the rear porch, which was only supposed to be Joyced on the second floor, and repaired at the 1st floor base porch, by Jacking the leftside to level, and guy a the second. They have also, removed the storm windows "unnecessarily," when "they don't need replacing!"

7/18/05 - I refuse to all the workman "unknown" to "destroy my property," without the proper certificat because of my liability, in case they get hurt or fall while repairing!. I also want to clarify the issue of "necessary repair" I am not paying for a padded bill, of excessive cost, for unnecessary work to the building!!. The list of repairs for the address at 57 Westmore Rd, Mattapan Ma are as follows:

360 York - Barrington

Home Improv...
Alex John
617-983-1676

38HERJ
White Van 3:00

Minas Towing
617-777-8084
Lic #767 B
617-279-1162

5 of 5

Selena Jackson vs City Inspectional Svcs etal, Vespa Gibbs
Re 03-00595 (98-01452CV) 6/8/00 SP

7. "Vespa Gibbs", is "proceeding to address the BMC, with "padded, and/or overassessed," and unnecessary work to the building located at 57 Westmore Rd, Mattapan Ma 02126-1558, Thereby causing the Landlord to expend monies, that she does not have to pay for the repairs required (see attached list), to bring the property to specification code.

* Time frame for all work to be done is (3 days) Therefore, damage assessments apply to Vespa Gibbs, City Inspectional etal, BHC. Due too "Foreclosure" pending by the Landlord," against City of Boston, City Inspectional Svc, Pride Project, Vespa Gibbs, and Boston Housing & Kariakotis, for absorbant, and unnecessary cost, and damages caused by boardings, of her "Business Property", which "has cost her, her Sailor's Relief, and livelihood.

Selena Jackson, Landlord
Owner/Oper/Res. Agent
Pro Se Litigant
57 Westmore Rd 2
Mattapan, Ma 02126-1538/28

BBO# 501154887



Permit #00115
Selwan Robertson Co.

## INSPECTIONS

In order to complete your permit, these steps must be followed:

1. Before any construction work commences, this permit must be posted at the front of the street address. It is usually affixed to a window; open to public inspection until the completion of work.
   - Please ensure that a street number is clearly visible on the building. 780 CMR 111.14.

2. Inspections (rough) are required for:
   - Excavation before concrete is poured
   - Before foundation work is covered
   - When rough wiring or plumbing is completed
   - Prior to insulating or closing of a wall.
   - The holder must call (617) 635-5301 to arrange for inspections.

3. Final inspections for mechanical and/or electrical work shall be done prior to obtaining the final approval by the Building Inspector.

4. When all approvals are obtained, remove the permit and file it with other building documents for your future use; i.e. Certificate of Occupancy.

| Date | Mechanical Inspector | Type |
|---|---|---|
|  |  |  |

| Date | Electrical Inspector | Type |
|---|---|---|
| 1/11/05 | W. Ellison | Rough at 15 of 9/6 |
|  | Service OK 9/6 |  |

| Date | Building Inspector | Type |
|---|---|---|
|  |  |  |

**Please be advised of the following:**

- **780 CMR 111.5 Debris Disposal:** requires the proper disposal of construction debris in a certified disposal site.
- **780 CMR 108.3.6 Registration of Home Improvement Contractors:** requires that the "reconstruction, alteration, renovation, repair, modernization, conversion, improvement, removal, demolition or construction of an addition, to any pre-existing owner-occupied building containing at least one but not more than four dwelling units or to structures which are adjacent to such residence or building" be done by registered contractors, with certain exceptions, along with other requirements. (MGL c. 142) *Please note that Homeowners obtaining their own permit or dealing with unregistered contractors for applicable home improvement work do not have access to the arbitration program or Guaranty Fund.
- The Guaranty Fund is maintained by the Commonwealth, supported by registrant contributions. After certain conditions are met, any owner whose contractor violates any provisions of the law, may receive payment for some or all of their damages from this fund. The responsible contractor must repay the fund for these payments, or else the contractor risks suspension or revocation of his registration and administrative penalties and fines. For more information, call (617) 727-7780.
- **Worker's Compensation:** No permit shall be issued to construct, reconstruct, alter or demolish a building or structure until acceptable proof of insurance pursuant to MGL c.152, s. 25C6 has been provided to the building official.