

# Fax Cover Sheet

FedEx Kinko's of Washington Street      Telephone: 617.723.7263   Fax: 617.723.2927

Date _____

Number of pages _____ (including cover page)

**To:** U.S. Dist. Court
Name: Att. Pro Se Clerk - RWZ
Company: Selena Jackson, Inc
Telephone: 617-296-6655/617-223-8061
Fax: 617-748-9096

**From:** Pro Se Litigant - 701154887
Name: Selena Thomas Jackson, Inc-Reit
Company: Provident Inst. for Sav Inc-Reit FNBB-Baybank
Telephone: 617-296-6655/617-223-8061-McGinl 298-5040/ 298-5080 Fed Def Ofc.

**Comments:** Refer for "Criminal Prosecution" 05CR11559D-RWZ
U.S. Dept of Housing + Urban Dev / Fraud w/int
Re: Suffolk Franklin Savings Bank / Tax Evasion
Re: Hr. of 8/29/05. Initiate Legal Action, Locke-Ober and Send Docket # for Criminal prosecution.

More than 1,200 locations worldwide. For the location nearest you, call 1.800.2.KINKOS. Visit our website at fedexkinkos.com.



**U.S. Department of Housing and Urban Development**
**WASHINGTON, D.C. 20410-4500**

*[handwritten annotations:]* "Fraudulent License" Non-Payment of refund Embezzlement Fraud w/int Tax Evasion * Fraudulent Concealment

*[handwritten:]* "Acquired 3-12-90"

Ms. Selena Thomas Jackson — *[handwritten: Owner - 04172/04772/04770/00779/01743]*
57 Westmore Road
Mattapan, MA 02126

Dear Ms. Jackson:

This is in response to the information you sent to the HUD Office of Inspector General Hotline. We have decided to return your information. The item marked below provides you with the reason why we are taking this action.

**XXXXX (1) Information:** We are unable to pursue your issues further because the facts and circumstances of your allegations are not specific enough to complete our analysis. Please provide us detailed information such as the subject(s) names, specific physical documents and evidence that support your allegations or the names of potential witnesses so we can determine an appropriate course of action. Provide the additional information by contacting our toll-free number, 1-800-347-3735, or write to us at: **HUD-OIG Hotline (GFI), Room C-120, 400 Virginia Ave., SW, Washington, DC 20024.**

**(2) Discrimination:** HUD's Office of Fair Housing and Equal Opportunity (FH&EO) is responsible for reviewing allegations of discrimination experienced when purchasing or renting housing. Please contact HUD's Office of Fair Housing and Equal Opportunity toll free at **1-800-669-9777.**

**(3) Personnel Issues/Grievances:** HUD has specific procedures for employees who take issue with personnel-related matters or who believe that they have been subject to workplace discrimination. Please contact your local Human Resources Management office, union representative, or Equal Employment Opportunity (EEO) representative for information pertaining to grievance and unfair labor practice claims, personnel policies and procedures, or for pursuing matters through the EEO processes.

**(4) Whistleblower Reprisal:** The Office of Special Counsel (OSC) is the independent agency that enforces whistleblower protections. You may contact OSC toll-free at **1-800-872-9855.** You may write to OSC at 1730 M Street NW, Suite 300, Washington, DC 20036. *[handwritten: ✶]*

**(5) Legal Issues:** It has come to our attention that you are having (or have had) your issues addressed in a legal forum that provides for judicial review. We cannot become involved in issues that are being (or have been) addressed through the legal system. *[handwritten: Re: HUD - Fed Thrift Savings Homeowners & Fed Savings + MDOR]*

**(6) Other:** We have no jurisdiction to open a case on your behalf because your issue

Sincerely,

*[signature]*
Robert L. Ashworth
Hotline Manager
Enclosure(s)
GFI/31

*[handwritten:]*
Selena Thomas Jackson, Inc-Reit President
vs
U.S. Dept HUD, et al / Hobby, Gildersleeve
Hartford National Corp.
Suffolk Franklin Savings Bank
Provident Inst for Savings

Re: Suffolk Franklin Savings, Inc. / Locke-Ober

Re: SS: 05CV11559-D-RWZ  (Criminal 05CR11559D-RWZ)

v23



(508) 528-6600
(800) 649-COPY
FAX: (508) 528-8006
www.americanbe.com

15 W. CENTRAL STREET, FRANKLIN, MA 02038

(508) 528-6060
(800) 698-1515
FAX: (508) 528-6940

# FAX COVER SHEET

Date: 8/24/05

To: U.S. Dept of HUD

Fax Number: 202-708-4829

From: Selena Thomas Jackson, Inc — Reit  00779 / 04172 / 04772 / 04770

Number of pages (including cover): _____

Message:

"I need my license for my property from the Insp. General for the "Acquisition of 3-12-90" and "Enforcement of Crimes Pending," regarding Receivership Action 03CV00595-BHC of Boston." Please notify if a license has been issued for this property in any regards, due too "Fraud of Locke-Ober/04772-000. still pending.

Selena Thomas Jackson
Landlord/Owner

Re: 05CR11559D-RWZ
Selena Thomas Jackson, Inc-Reit/Provident/Suffolk
                       vs
              U.S. Dept of HUD et al

Aug-24-2005 9:03AM  AMERICAN BUSINESS  NO.8842  P.1

1 of 3

8/24/05

Re: 57 Westmore Rd, Mattapan, Ma. 02126-1558125
Selena Thomas Jackson, Inc-Reit/Provident
Deed # 406502 (Acquired 3-12-90 Wash. D.C.)
Cert # 99615  Par # 04172, 04772, 04770, 00229, 00226
                      02390, 01234, 01734, 01743, 00445
                      00132, 70175, 00015, 00518, 81741, 00051, 4351
                      00128, 70117, 01115, 04551, 04478, 00221, 0062
                      00158, 00159
                      69224, 00129, 00217

Tenure: 35 years
Purch Date 4/20/70 (acquired 3-12-90 HUD)
H Trust: George B. Thomas (Title Transferred 6/85)
Owner: Selena Thomas Jackson, Inc-Reit/Provident (Agent
Status: C.V.Genowner/Oper/Coll Treas/CAOADM/SO/APM/Regis
Res. Agent/Consultant T.A.
Subj: "Foreclosure of Property Assets," due too "Foreclosure notification of City of Boston at 1997," and "Fraudulent Escheatment, and Fraudulent Concealment a/int to Defraud the Owner," and "Tax Evasion, and misappropriation of funds," due too "Fraudulent mergers by banks," Fleetbank-Malden, Shawmut N Boston Safe Deposit Co, BayBank Boston, FNBB, "Suffolk Franklin Savings Bank," and State Street Bank, HNC=Hartford National Corp.

Report of 8/23/05
One 8/23/05, the "ESE Corp," did come to the

2 of 3

<u>Report of 8/23/05</u>
Re: 57 Westmore Rd., Mattapan, Ma 02126×553
05-CR11559-RWZ  U.S. Dist Court

Address of 57 Westmore Rd, Mattapan, Ma 02126×5 to "do more unauthorized repairs to the building, which is under "Receivership #03CV00595, by court order, "for repairs only", with the allowance of $35,500— to complete. The receiver "Vespa Gibbs Barnes," has "proceeded Illegally" to send repair persons to the building, who have "not shown licenses, and not given the landlord the written estimate of cost, and who have "illegally removed fixed objects to the building", and "gutted the building unnecessarily", and the "work write-up did not list", and they have "removed personal belongings, and office equipment" of the "landlord Selena Thomas Jacks who was residentially occupied", and "threatened her person", and "are under the presumption that they own my building, which was Acquired 3-12-90", and "cannot be sold, and has not been authorized by the owners" for the

Report of 8/23/05
Re: 57 Westmore Rd, Mattapan, Ma 02126-1558125.
05-CB11559A-RWZ

"Receiver Vespa Gibbs Barnes, to "mortgage or sell, when she can pay for the repairs." "She has set up an Illegal mortgage scheme to interfere with the life, and livelihood of Selena Jackson," for $355,000 which the "Landlord Refuses to sign." "Enforcement of her criminal actions, and violation of her Deed," are "requested for Vespa Gibbs Barnes and City Insp. Svcs, Silvian Robertson Constr. and ESE Corp., and National Roofing Co Inc, and Star Electric Co, and Hughes Oil Co Inc who have caused "Destruction to the building and bodily harm through threats, and Gross negligence while repairing," through "scattered debris, without cleanup." "Your reply/assistance is urgent!!!"

Selena Thomas Jackson, Inc
Landlord/Owner (Acquired 3-12-90)
Pro Se litigant



**U.S. Department of Housing and Urban Development**
Office of Inspector General
Office of Investigation

**Detecting, Preventing, and Reporting FRAUD**

Guidelines for Public Housing Authorities to Take Charge and Make the Difference

Re: 05CV11559D-RWZ (Criminal refer-05CR11559D-RWZ
Selena Thomas Jackson, Inc - Reit/Provident/FNBB-BayBank
vs
United States of America
U.S. Dept. of HUD, et al - Ms. Hobby, Ms. Gildersleeve
Suffolk Franklin Savings Bank
Locke-Ober Restaurant

Handwritten margin notes:
- Selena Thomas Jackson, Inc. Reed/Provident FNMB-BayBank
- vs
- U.S. Dept of HUD et al
- United States of America
- Locke-Ober
- Suffolk Franklin Savings Bank

| MORTGAGEE NO. | U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT FEDERAL HOUSING ADMINISTRATION | FHA CASE NO. |
|---|---|---|

Budget Bureau No. 63R-1087.1

STATEMENT OF APPRAISED VALUE FOR A MORTGAGE TO BE INSURED UNDER THE NATIONAL HOUSING ACT
☒ SEC. 203(b)  ☐ SEC.

PROPERTY ADDRESS: 57 Hartware Road, Mattapan, Mass.

MORTGAGEE: Suffolk Franklin Savings Bank c/o Boston Banks Urban Renewal Group 105 Warren Street Roxbury, Mass. 02119

ESTIMATED FHA VALUE:
- ☐ Replacement Cost (Sec. 213 or 220)
- Value (Excl. Cl. Costs) ... $19,000
- Closing Costs ... $40
- FHA VALUE ... $19,040

MONTHLY ESTIMATES:
- Fire Ins. $ 9
- Taxes $ 96
- Main. & Repairs $ 20
- Heat & Utilities $ 21

STATEMENT ISSUED BY (Authorized Agent): [signature]

DATE THIS COMMITMENT: Issued 1/27/1968  Expires 7/27/1970

### DEFINITION OF APPRAISED VALUE

Federal Housing Commissioner has valued the above identified property for mortgage insurance purposes, in the amount shown. It is estimated... does not fix a sales price; does not indicate the purchase of the property; nor does it indicate the amount of any mortgage that would be approved.

"Value" is an estimated total price of a property, excluding payments for closing costs and prepaid expenses such as taxes and insurance. It assumes the property is held in fee simple without special easements.

"Replacement Cost" is an estimate of the current cost to reproduce the property including land, labor, site survey and marketing expense, excluding payments for prepaid expenses such as taxes and insurance and closing costs.

"FHA VALUE" is the sum of the estimate for "value" or "replacement cost" and the FHA estimate of closing costs, such as survey, title evidence, recording fees, etc. Under those sections of the National Housing Act (such as 213 or 220) where the maximum mortgage is based on replacement cost, the value shown is the "FHA appraised value" plus the sale of the property. If the sales contract has been signed before the mortgagor receives such a statement, the contract must contain, or must be amended to include, the following language:

"It is agreed that... the purchaser shall not be obligated to complete the purchase...or to incur any penalty...unless the seller has delivered to the purchaser a written statement... setting forth...the value of the property for mortgage insurance purposes not less than $19,000. The purchaser shall have the privilege...of proceeding with...this contract without regard to the amount of the...valuation."

### ADVICE TO HOME BUYERS

**ADVANCE PAYMENTS** — Make extra payments when able. You pay less interest and have your home paid for sooner. Notify the lender in writing at least 30 days before the regular payment date on which you intend to make an advance payment.

**DELINQUENT PAYMENTS** — Monthly payments are due the first day of each month and should be made on or before that date. The lender may make a late charge up to 2 cents for each dollar of any payment more than 15 days late. If you fail for 30 days to make a payment or perform any other agreement in the mortgage, your lender may foreclose. You could lose your home, damage your credit, and prevent obtaining further mortgage loans. If extraordinary circumstances... see your lender at once. If... FHA's forbearance policy. YOUR CREDIT IS AN IMPORTANT ASSET; DON'T LOSE IT THROUGH NEGLECT.

**ADJUSTED PREMIUM CHARGE** — If you make extra payments in any year of more than 15% of the original mortgage amount, you may have to pay an adjusted premium charge. That charge is 1% of the original mortgage. FHA is authorized to charge a premium of not less than ½ of 1% nor more than 1% per year, but has set the premium at ½ of 1% assuming it will be paid over the whole mortgage term. When a mortgage is paid in advance, the premiums collected do not cover FHA cost and an adjusted premium is charged to offset the loss. If this charge were not made, the premium would have to be higher. An adjusted premium is not made if a new FHA mortgage is placed on the property, or if the FHA insurance is in force for 10 years or longer.

**TAXES, ASSESSMENTS, AND INSURANCE** — Send your lender bills for taxes, special assessments, or fire insurance that come to you. The fire insurance the lender requires you to carry usually covers only the balance of the loan. Check this with your lender. You may wish to take out additional insurance so that if the house is damaged your loss will be covered as well as the lender's. If your home is damaged by fire, windstorm, or other cause, write your lender at once. Taxes for the coming year can't be known until the bills are received. If they exceed the amount accumulated from your payments, you will be asked to pay the difference. If they are less, the difference will be credited to your account. The same is true of fire insurance. Some States allow homestead or veteran's tax exemptions. Apply for any exemption to which you may be entitled. When it is approved, notify your lender.

**CLOSING COSTS** — In the heading is FHA's estimate of anticipated closing costs, such as fees for preparation of mortgage instruments, attorneys' fees, title insurance, origination fees and documentary stamp taxes. The estimate does not include charges for such prepayable items as taxes, fire insurance.

**BUILDER'S WARRANTY** — When FHA approves plans and specifications before construction, the builder is required to warrant that the house conforms to FHA approved plans. This warranty is for 1 year following the date on which title is conveyed to the original buyer or the date on which the house was first occupied, whichever occurs first. If during the warranty period you notice defects for which you believe the builder is responsible, ask him in writing to correct them. If he fails to do so, notify the FHA insuring office in writing. Mention the FHA case number shown in the heading. If inspection shows the claim is valid... you may seek legal action under the... warranty. Most builders take pride in their work and will make justifiable corrections. They cannot be expected to correct damage caused by ordinary wear and tear or by poor maintenance. Keeping the house in good condition is the owner's responsibility.

**OPERATING EXPENSES** — In the heading are FHA estimates of monthly costs of taxes, heat and utilities, fire insurance, maintenance and repairs. The estimated figures will probably have to be adjusted when you receive the actual bills. BEAR IN MIND THAT IN MOST COMMUNITIES TAXES AND OTHER OPERATING COSTS ARE INCREASING. The estimates should give some idea of what you can expect the costs to be at the beginning. In some areas FHA's estimate of taxes may also include local charges such as sewer charges, garbage collection fees, water rates, etc.

**IF YOU SELL** — If you sell while the mortgage exists, the buyer may finance several ways. Understand how these arrangements may affect you. Consult your lender.
1. You may sell for all cash and pay off your mortgage. This ends your liability.
2. The buyer can assume the mortgage and pay the difference between the unpaid balance and the selling price in cash. If the FHA and the lender are willing to accept the buyer as a mortgagor, you can be released from further liability. This requires the specific approval of the lender and the FHA. (EITHER OF THE ABOVE TWO METHODS IS PREFERABLE TO METHOD NUMBER 3.)
3. The buyer can pay the difference in cash and purchase subject to the unpaid mortgage balance. FHA or lender approval is not necessary. BUT YOU REMAIN LIABLE FOR THE DEBT. IF THE BUYER DEFAULTS, IT COULD RESULT IN A DEFICIENCY JUDGMENT AND IMPAIR YOUR CREDIT STANDING.

### THE COST OF BORROWING

When you borrow to buy a home, you pay interest and other charges which add to your cost. A larger downpayment will result in a smaller mortgage. Borrow as little as you need and repay in the shortest time. If you borrow $10,000 at 6¾% the monthly payment to principal and interest is $11.20 less for a 30-year mortgage than it would be for a 20-year mortgage; but in 30 years you pay $5,084.99, or 62% more interest than in 20 years.

The tables show the monthly payments, interest and mortgage insurance for some typical mortgages at 6¾%. Taxes and fire insurance are not shown in the tables, although they are included in your monthly payments.

MONTHLY PAYMENTS, PRINCIPAL & INTEREST, MORT. INS. PREMIUM, TOTAL INTEREST & MORT. INS. PREMIUMS PAID @ 6¾%

| Term | $10,000-MORTGAGE | | | | $15,000-MORTGAGE | | | | $20,000-MORTGAGE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Prin. & Int. Mo. Payt. | Total Interest | Mtg. Ins. Premium Mo. Payt. | Total | Prin. & Int. Mo. Payt. | Total Interest | Mtg. Ins. Premium Mo. Payt. | Total | Prin. & Int. Mo. Payt. | Total Interest | Mtg. Ins. Premium Mo. Payt. | Total |
| 20 Yr. | 76.10 | 4,231.87 | 4.12 | 609.76 | 114.15 | 12,347.81 | 6.18 | 914.65 | 152.20 | 16,463.74 | 8.24 | 1,219.54 |
| 25 | 69.10 | 10,723.03 | 4.14 | 794.30 | 103.65 | 16,084.55 | 6.21 | 1,191.45 | 138.20 | 21,446.04 | 8.27 | 1,588.60 |
| 30 | 64.90 | 13,316.86 | 4.15 | 986.43 | 97.35 | 19,975.29 | 6.22 | 1,479.65 | 129.80 | 26,633.72 | 8.29 | 1,972.87 |

FHA FORM NO. 2800-6 Rev. 5/68

SEND TO MORTGAGEE FOR DELIVERY TO HOME BUYER