Law Office Of
# Celia B. Weinstein

20th Floor
Fif ilk Street
Boston, Massa etts 02109
Tel.: ( ) 423-1091
Fax: ( ) 482-9710

September 14, 2005

Jay Johnson
Docket Clerk to the Honorable Rya W. Zobel
United States District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:   Selena Jackson  v  Vespa Gibbs Barnes, etal
       05CV11559 RWZ

Dear Mr. Johnson:

    Pursuant to our telephone conversation of last week regarding Selena Jackson and the above federal case I am writing to clarify the proceedings against Mrs. Jackson at the Boston Housing Court and my role in the case there.

    I was appointed the Guardian Ad Litem for Selena Jackson by Chief Justice Manuel Kyriakis, Boston Housing Court, on April 26, 2005. Ms. Jackson is the Defendant in Boston Housing Court case, City of Boston Inspectional Service Department, Plaintiff v Selena Jackson, Defendant, No. 03 CV 00595. Numerous problems existed at the property owned by Mrs. Jackson at 57 Westmore Road, Dorchester, Massachusetts. The Chief Justice believed that Ms. Jackson needed a Guardian Ad Litem to aid her in the case.

    Mrs. Jackson's property was placed in receivership with Attorney Vespa Gibbs Barnes the Receiver. A mortgage was obtained with Court permission and the proper is in the process of repair.

    Mrs. Jackson has claimed since the start of the case that the City had no authority to order her to fix her property and that the Receivership was illegal. I inform the Court of Mrs. Jackson position and the reasons for her position. She did not prev

    The next status hearing at the Boston Housing Court is scheduled for Wednesday, September 21, 2005 at 9:30 A. M.

I hoe this letter sheds some light on the situation. Should you have any further questions, kindly contact me.

Very truly yours,

Celia B. Weinstein

CBW/sg
cc:  Selena Jackson