SS: 050CR0008    Comm of Mass / Silvian Robertson
vs
Selena Jackson                    1 of 2

Re: Change of Venue to : 05CV11559-RWZ (A+B)
    Selena Jackson - Landlord/Owner, Pro Se Litigant
vs
    Vespa Gibbs Barnes, et al / Silvian Robertson
    (Camb. Dist, Dorch Dist.)

Court Date: 10-3-05

Subj: Motion to "Quash Dockets at Cambridge Dist Ct, and Dorchester District Court" Due too "Falsified Charges against Selena Thomas Jackson, Inc", which were "falsely alleged" by Plaintiffs. "To bring the "Criminal charges against the plaintiffs, to the U.S. District Court by Docket # 05CV11559-RWZ.

MOTION TO Quash W663523; 050CR280
CC# 050495934, 2005028603, 20050288, 05-025233; for
Selena Thomas Jackson, Inc-Reit, from 15B Commital
                                            Westmo
I, Selena Thomas Jackson, Inc, Landlord/Owner of U.S. Dis
Road 2, Mattapan, Ma 02126-1558128, do request th Mass.
Court, and any other Court in the jurisdiction the
achusetts, namely the "Cambridge Dist. Court, and urt
Dorchester District Court, who have scheduled ci tion of
dates of 10-3-05, which conflict with the prosec m", which
the matters of "Larceny by check, and Vandalis Acces,
are falsified charges made by the arresting ognessu
when the "Defendant Selena Jackson, has two                rrest
that were ignored, and she was placed under etained
falsely, and unnecessarily, and unlawfully to
Therefore, due too causes shown, and submitte ereby
the Court as evidence, I Selena Jackson, do Vandal
request that the charges of "Larceny by check, a laintiff
be "Quashed", due too falsification, and that the the
be brought to Criminal Court for crimes against
Defendant Selena Thomas Jackson, Inc-Reit.

Comm of Mass/Silvian Robertson
vs
Selena Jackson,           2 of 2

Re: Change of Venue to: 05CV11559-RWZ (A+B)
Selena Jackson - Landlord/Owner/Pro Se Litig.
vs
Vespa Gibbs Barnes, etal/Silvian Robertson, et al
Const Date: 10-3-05 (Camb Dist Ct, Dorch Dist Ct)
subj: motion to Quash - W6635231, 0501CR2280, CC#0501-25934,
200502886Q3, 05-0252339, 20050288 for "Selena Thomas
Jackson, Inc-Re;t, from 15B Committee.

"Statement for Cambridge Dist Court" for Selena Thomas Jackson
Pleading: Not Guilty, "false arrest", "False charge of Larceny"
"I, Selena Thomas Jackson, Inc-Re,t", do state, that on
5/9/05 I did go to the H.U.E.C.U "Harvard Univ. Emp. C. U"
located at the MGH, 55 Fruit St, Boston, Ma 02_, to
"open a savings account with them," I deposited two
Checks, which were totally legitimate, one was from
the KSFCU/Kendall Sq Fed Cr. Union for $4000.00, and
the other was a "Foreign Check" from the RBC-Bank, Canada
for which "I had a legitimate settlement payment of
$520,000.00" The H.U.E.C.U., sent me intimidating letters
alleging me to be "Larceny", when "they do not
have the balance of $520000 in the bank", when "I
made a withdrawal of $2000.00 only from the KSFCU
account, which should have been payable right away.
"They put me in a negative balance of $_2_0.00
because KSFCU/TFCU refused to pay out of said account,
thereby "causing me to have a Larceny charge for
monies they are supposed to have, for Governmental
purposes." I did not get my compensation of
$522000.00 w/int + penalties from the H.U.E.C.U. as
deposited only. This matter is "Federal, due too
amount of monies owed, and Federal agencies involved.
Therefore, "Quash the matters, in the Lower Court and
refer the matter to the U.S. Dist Court, for prosecution.
                              Selena Thomas Jackson, Inc-Re,t

# BOSTON POLICE INCIDENT REPORT

ORIGINAL ☐  SUPPLEMENTARY ☒

*"Report filed in wrong Dist, should be Area 3(3)"*

| KEY SITUATIONS | | COMPLAINT NO | REPORT DIS | CLEARANCE |
|---|---|---|---|---|
| OTHERS | | 050252339 | A1 | |

*************** DataBase Error ***************Source : DBManager.GetRecordSet Select * fro incStatus where CompNos = 50252339 and SuppNos = 1SQLState = 42000Native...  229)Description = SELECT permission denied on object 'incStatus', database... 'dbo'.*************** ***************************

| TYPE OF INCIDENT | CRIME CODE | STATUS | DATE OF |
|---|---|---|---|
| WARRANT ARREST | 0 | | A.09/15/05 |

| LOCATION OF INCIDENT | APT | DISPATCH TIME | TIME OF OCCUR. | B. |
|---|---|---|---|---|
| 20 GILMER ST | | | A.04:25 PM | |

| VICTIM-COMP. (LAST, FIRST, MI) | PHONE | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|
| COMM OF MASS | (000)-000-0000 | | | |

| ADDRESS | APT | OCCUPATION | A.E. | L.O.B. |
|---|---|---|---|---|
| | | | | C |

| PERSON REPORTING | ADDRESS | | PHONE |
|---|---|---|---|
| PO J MCLEAN | 1165 BLUEHILL AV,DO,MA,00000-0000 | | (617)-343-47.. |

WAS THERE A WITNESS TO THE CRIME

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT | HOME ADDRESS | APT | TELEPHONE |
|---|---|---|---|---|---|---|
| | | | | | | RES / BUS |

NUMBER OF PERPETRATORS : 1 --- CAN SUSPECT BE IDENTIFIED AT THIS TIME

| STATUS | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | PHOTO NO. | ALIAS |
|---|---|---|---|---|---|
| ARRESTED | JACKSON, SELENA | 017-34-91.. | 20050288603 | | |

| WARRANT NO. | ADDRESS | SEX | RACE | AGE | HEIGHT | DOB |
|---|---|---|---|---|---|---|
| | 57 WESTMORE RD,MATTAPAN,MA,02126-0000 | FEMALE | BLACK NON-HISPANIC | 59 | 5-01 | 4/13/1946 |

| SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| | 150 | MEDIUM | BLACK | BROWN |

CAN SUSPECT VEHICLE BE DESCRIBED

| STATUS | REG. STATE | REG. NO. | PLATE TYPE | YEAR(EXP) | MODEL |
|---|---|---|---|---|---|
| VEHICLE MAKE YEAR | VEHICLE NO. | | STYLE | COLOR(TOP-BOTTOM) | |
| OPERATOR'S NAME | | | LICENSE NO. | STATE | OPERATOR'S ADDRESS |
| OWNER'S NAME | | | | OWNER'S ADDRESS | |

CAN PROPERTY BE IDENTIFIED

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR |
|---|---|---|---|---|---|---|

IS THERE A SIGNIFICANT M.O.

| TYPE OF WEAPON-TOOL | NEIGHBORHOOD | TYPE OF BUILDING | PLACE OF ENTRY |
|---|---|---|---|
| WEATHER | LIGHTING | TRANSPORTATION OF SUSPECT | VICTIM'S ACTIVITY |

UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | RELATIONSHIP TO VICTIM

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE) — *(2) Reconnaissance for 10-3-05 Shown to the Police Officers*

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW)

| BLOCK NO. | NARRATIVE AND ADDITIONAL INFORMATION |
|---|---|
| | ABOUT 4:25PM POS MCLEAN/ DOHERTY C101F ARREST SUSPECT ABOVE ON OUTSTANDING LARCENY WARRANT #0501CR02280 REF #W6635231 ISSUED BOSTON MUNICIPLE CT 08/15/05. OFFICERS WERE INVESTIGATING CC# 05045934- AT THE TIME. SUSPECT TRANSPORTED TO B-3 AND BOOKED/WARRANT UNIT NOTIFIED. |

| UNIT ASSIGNED | TOUR OF DUTY | REPORTING OFFICER'S NAME | REPORTING OFFICER'S SIGNATURE | REPORTING OFFICER'S ID | PARTNER'S ID |
|---|---|---|---|---|---|
| C101F | 3 | JEFFREY J MCLEAN | | 9792 | 9726 |

| DATE OF REPORT | SPECIAL UNITS NOTIFIED (REPORTING) | | | | TELET.. NO. |
|---|---|---|---|---|---|
| 09/15/05 | | | | | |

| TIME COMPLETED | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME | DUTY SUP. SIGNATURE | DUTY S.. |
|---|---|---|---|---|---|
| 05:24 PM | | | MICHAEL V KERN | | 11620 |

*"(1) Change of Venue from Camb Dist. Ct.)*
*(1) Change of Venue from Dorch Dist Ct.)"*

*"Re: 05CV11559-RWZ   Selena Jackson, Inc-Re..t
U.S. Dist Ct          vs
(BMC-C03CV00595) Vespa Gibbs Barnes, et al-  Received"*

*(False Perpetrator of Landlord a/k/a "Silvian Robinson"(s, B Co"*
*Selena Jackson*  "Fraudulent Term...
by Atty...
Page 1...*

# BOSTON POLICE INCIDENT REPORT

ORIGINAL ☒   SUPPLEMENTARY ☐

| KEY SITUATIONS | | COMPLAINT NO. 050495934 | REPORT DIST. B3 | CLEARANCE DIS. |
|---|---|---|---|---|
| TYPE OF INCIDENT: VANDALISM | CRIME CODE: 0 | STATUS | DATE OF OCC. 09/15/05 | TIME OF... |
| LOCATION OF INCIDENT: 57 WESTMORE RD | | APT. | DISPATCH TIME: 04:02 PM | |
| VICTIM-COMP. (LAST, FIRST, MI): ROBINSON, SILVIAN | PHONE: (781) 953-3751 | SEX: MALE | RACE: BLACK NON-HISPANIC | |
| ADDRESS: 57 WESTMORE ST, MATTAPAN, MA, 02126-0000 | APT. | OCCUPATION | | 0 |
| PERSON REPORTING: ROBINSON, SILVIAN | ADDRESS: 57 WESTMORE, MATTAPAN, MA, 02126-0000 | | APT. | PHONE: (781) 953-3751 |

WAS THERE A WITNESS TO THE CRIME

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TELEPHONE |
|---|---|---|---|---|---|---|
| MCLEAN, ALDWIN | 0 | ON-SCENE | | | | (617) 265-8376 RES / (xxx) xxx-xxxx BUS |

NUMBER OF PERPETRATORS / CAN SUSPECT BE IDENTIFIED AT THIS TIME

| STATUS: ARRESTED SUSPECT | NAME (LAST, FIRST, MI): JACKSON, SELENA | | S.S. NO.: 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 | BOOKING NO.: 20050288603 | | |
|---|---|---|---|---|---|---|
| WARRANT NO. | ADDRESS: 57 WESTMORE RD, MATTAPAN, MA, 02126-0000 | SEX: FEMALE | RACE: BLACK NON-HISPANIC | AGE: 59 | HEIGHT: 5-01 | DOB: 4/13/1946 |
| SPECIAL CHARACTERISTICS (INCLUDING CLOTHING) | WEIGHT: 150 | BUILD: MEDIUM | HAIR: BLACK | EYES: BROWN | | |

CAN SUSPECT VEHICLE BE DESCRIBED

| STATUS | REG. STATE | REG. NO. | PLATE TYPE | YEAR(EXP) | MODEL |
| VEHICLE MAKE YEAR | VEHICLE NO. | | STYLE | COLOR(TOP-BOTTOM) | |
| OPERATOR'S NAME | | | LICENSE NO. | STATE | OPERATOR'S ADDRESS |
| OWNER'S NAME | | | OWNER'S ADDRESS | | |

CAN PROPERTY BE IDENTIFIED

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR |
|---|---|---|---|---|---|---|
| DESTROYED / DAMAGED / VANDALIZED | HOUSE WINDOW | | | | | |

IS THERE A SIGNIFICANT M.O.

| TYPE OF WEAPON-TOOL: ROCK | NEIGHBORHOOD: RESIDENCE/HOME | TYPE OF BUILDING: RESIDENTIAL HOUSE | PLACE OF ENTRY: FRONT DOOR |
| WEATHER: CLOUDY | LIGHTING: NATURAL | TRANSPORTATION OF SUSPECT: FOOT | VICTIM'S ACTIVITY |
| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | | | RELATIONSHIP TO VICTIM: NONE |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE)

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW)

BLOCK NO. | NARRATIVE AND ADDITIONAL INFORMATION

ABOUT 4:00 PM 09-15-2005 P.O. HENRY DOHERTY AND JEFF MCLEAN C101F RESPONDED TO A RADIO CALL FOR A FIGHT AT 57 WESTMORE ROAD. A WOMAN WHO USED TO LIVE THERE WAS REPORTED TO HAVE THROWN ROCKS AT THE HOUSE WINDOWS. THE CALLER ALSO REPORTED SHE HAD HER SONS WITH HER, WHO WERE CARRYING BASEBALL BATS. UPON ARRIVAL THE SUSPECTS HAD SINCE LEFT. THE BUILDING WAS FOUND TO BE A VACANT HOME, BEING CLEANED OUT AND RENOVATED. OFFICERS WERE APPROACHED BY EMPLOYEES OF THE ROBINSON INVESTMENTS COMPANY. THE CONTRACTORS SHOWED OFFICERS A BROKEN GLASS WINDOW, AND HALF OF A BRICK ON THE LAWN. OFFICERS LEARNED THAT A BANK HAD FORECLOSED ON THE HOUSE. MR. ROBINSONS COMPANY WAS HIRED TO CLEAN OUT THE HOUSE FOR THE BANK. MR. SILVIAN ROBINSON THEN ARRIVED. HE CONFIRMED HIS EMPLOYEES INFORMATION TO POLICE. ANOTHER EMPLOYEE CAME FORWARD AND STATED HE SAW THE SUSPECT WOMAN SITTING ON A PORCH AROUND THE CORNER AT 20 GILMER STREET. OFFICERS APPROACHED AND SPOKE TO THE WOMAN. MS. SELENA JACKSON SAW POLICE, BUT DIDN'T APPROACH THEM TO EXPLAIN WHAT HAD HAPPENED. WHEN OFFICERS FINALLY APPROACHED SELENA, SHE THEN CHOSE TO EXPLAIN HER SIDE OF THE STORY. SELENA STATES SHE STILL LIVES AT 57 WESTMORE, AND PLANS TO CONTINUE LIVING THERE. SHE STATES THE BANK IS WRONGFULLY ATTEMPTING TO EVICT HER FROM THE PROPERTY. SHE STATES A RECENT COURT DECISION ALLOWED HER TO RETURN TO 57 WESTMORE. SELENA CONTINUOUSLY TALKING TO OFFICERS ABOUT ALL THE COURT PROCEDURES THAT REWARDED THE HOUSE TO HER. OFFICER MCLEAN RAN A ROUTINE CHECK OF MS. JACKSON. SHE WAS FOUND TO HAVE AN ACTIVE FELONY WARRANT, (SEE CC# 05-0252339). SELENA JACKSON WAS THEN PLACED UNDER ARREST FOR THE WARRANT. OFFICER DOHERTY FILED A CRIMINAL COMPLAINT APPLICATION TO DORCHESTER DISTRICT COURT FOR THE VANDALISM (GLASS WINDOW). THE CONTRACTORS WERE ADVISED TO POST A NO TRESPASSING SIGN AT THE 57 WESTMORE ADDRESS.

*[Handwritten annotations in margins:]*
*"Not applicable to Landlord ←"*
*"For all... false... required 12-90 Landlord... Jack... Foreclose... ruled int... Banks"*
*"Re: U.S. Dist. Ct. SS#: 05CV11559-RWZ"*
*"Court date of Warrant due too 10-3-05" "Change of Venue to USD"* *"by merit..."*

| UNIT ASSIGNED | TOUR OF DUTY | REPORTING OFFICER'S NAME | REPORTING OFFICER'S SIGNATURE | REPORTING OFFICER'S ID | PARTNER'S ID |
|---|---|---|---|---|---|
| C101F | 3 | HENRY J DOHERTY | | 9726 | 9792 |

| DATE OF REPORT | SPECIAL UNITS NOTIFIED (REPORTING) | | | | TELETYPE |
|---|---|---|---|---|---|
| 09/15/05 | WARRANT UNIT | | | | |

| TIME COMPLETED | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME | DUTY SUP. SIGNATURE | DUTY SUP ID |
|---|---|---|---|---|---|
| 05:37 PM | | | MICHAEL V KERN | | 11620 |

Refer to: USD - 05CV11559-RWZ

Selena Jackson, Inc- Pro-H/ ovident

vs

Vespa Gibbs Barnes, et al

Fraud w/int- Silvian Robertson Constr. Co.
Dept. of Priv Prop Hughes Oil Co.
Fraud w/int National Roofing Co
John Constr. Co

Re: To 7 windows purchased by landlord Selena Jackson from Norfolk Hardware, and was deliberately thrown into the Dumpster used by Silvian Robertson Constr. Co. from "Barry K] as Dump on 7/2/05



# The Commonwealth of Massachusetts
## District Attorney of Suffolk County
## Daniel F. Conley

Date: September 19, 2005

Silvian Robinson
57 Westmore St
Mattapan, MA 02126

*[Handwritten annotations: "Is not the Owner of the property, Does not live there, Is only a Contractor for repair of building, who has falsified permits and pretended to be the Landlord, Selena Jacks" "Fraud w/int with National Roofing Co and City Insp. Suc..." "Roberts..." "Const. C..."]*

RE:   Commonwealth vs. Jackson Selena
      Docket # 0507CR006108
      Charges Vandalize property  *[handwritten: "(no crime committed, Landl... to gain entry was intimida... threatened by workman m...")]*

Dear, Silvian Robinson

The above case is scheduled for a pre-trial hearing on October 3, 2005 at Dorchester District Court at 8:30 AM. On that date the defendant may change his/her plea from "not guilty" to "guilty" and be sentenced if that happens the court may order that the defendant in the above-entitled matter, pay restitution to you for damage caused by the incident in question which occurred on September 15, 2005. You are entitled to be in court on that day and should that happen, make a "Victim Witness Statement" to the judge about how the crime has affected you. It is important you understand that he case may be resolved your absence should you choose not to come to court. If you do come to court **bring this letter with you.**

If restitution is ordered, the defendant makes payments to the Department of Probation. The Department of Probation records the payment and sends a check to the victim. If you have incurred any financial loss as a result of this incident that **was not covered by insurance**, please complete the attached form. Along with the form, send copies of repair receipts or estimates for repair. *If insurance paid for the damage, but you paid a deductible, please send a copy of the coverage page of your insurance policy that indicates your deductible.* Mail your completed form and attachments to: **Suffolk County District Attorney's office, Dorchester District Court, 510 Washington Street, Dorchester, MA 02124.** Be sure to mail the form so that it arrives **before** the court date. If you have incurred out-of-pocket expenses, it is imperative that you complete this form and get it to us before the court date. **Your failure to respond will indicate that you are not seeking restitution.**

I appreciate your cooperation in this matter. If you have any questions, please do not hesitate to call me.

Sincerely,

Assistant District Attorney
Cloutier



**Dorchester District Court**
**510 Washington Street**
**Dorchester, MA**

# Suffolk County District Attorney's Office
## Daniel F. Conley

# RESTITUTION FORM

Assistant District Attorney: <u>Cloutier</u>

Commonwealth v. <u>Jackson Selena</u>            Incident: **50495934**

Pre-trial Hearing Date: **10/3/05**            Docket <u>0507CR006108</u>

Your name: Selena Jackson _____

Home Address: 57 Westmore Rd _____ Apt. # 2

Work Address: 57 Westmore Rd, Mattapan Phone: _____

### 1. DAMAGES/LOSSES

Did you sustain any damages/losses?  Yes ✓    No ____

Auto: ✓ _____ Building: ✓ ___(broken)___ Other: _____

Please give brief description of damages: Broken windows _____ _____ _____ and all contents of the building _____

Total amount of Loss: $ _____

Was damage covered by Insurance? Yes ___ ✓ ___ No _____
Name of Insurance Company: David R_____ Deductible: $_____

***You must provide a professional damage estimate, receipts, sales slip, etc.***
Please bring a copy of your Insurance Policy.

### 2. MEDICAL EXPENSES/INJURIES

Did you sustain any physical injuries? Yes ✓ ____ No _____
Name of hospital if treated: _____ Coverage? Yes ✓ No ____
Name of Insurance Company: _____ Deductible/Co-pay: _____

***If you have not yet received a bill, it is requested that you obtain a bill by the court date.
If you cannot obtain a written statement, please obtain the amount of the bill by phone.***

### 3. MERCHANDISE

Did you lose any merchandise? Yes ✓ ____ No _____

If you do not have a sales slip, please provide an itemized list with the age and approximate value of each item and sign your name at the bottom of the list.

Should you have any questions about this form please call the Assistant District Attorney assigned to the case at (617) ___ 4050. Please be sure to sign and date this form below.

Signature: _Selena Thomas Jackson_    Date: _____