To: Dorchester District Court
Judge Miller-Criminal
510 Washington Street
Dorchester, Ma 02124-9128
FAX: 617-288-1212/617-

10-7-05

Change of Venue to Fosec,
Re: 05CVn557 RWZ/USDist
(To F[illegible] #[illegible]
[illegible]
[illegible]

From: Selena Thomas Jackson, Inc
Landlord/Owner (Acquired) 35 yrs
[illegible] Westmore Rd 2
Mattapan, Ma 02126-1558128
617-296-6655 N[illegible]

Sub: Petition for a Restraining Order Against "Vespa
Gibbs Barnes, Silvian Robertson Construction Co Inc
et al, National Roofing Co. et al, "for Selena Thomas
Jackson Landlord/Owner of 57 Westmore Rd 2, Mattapan
Mass. 02126-1558128, for "Abuse, Neglect, Assault, Bodily
Harm, Threats, Lies, Slander, defamation, endangerm,
Destruction of priv, prop., Theft W/int, Criminal Traspa
Forgery W/int, Impersonation, Fraud W/int, Faudulent
Concealment W/int, Embezzlement — While under 15B Commu
Breaking + Entering

Petition for Selena Jackson, Inc
I, Selena Thomas Jackson, Inc, do hereby "petition the
Dorchester District Court" as docket #050 7CR006108
on the behalf of myself to the honorable Judge
Miller, of Dorchester District Court to hereby "issue"
to Selena Thomas Jackson, Inc, Landlord/Owner Acquired
property owner of 57 Westmore Road 2, Mattapan,
Mass. 02126-1558, for "35 years Tenure", do solemnly
swear, that "Silvian Robertson Construction Co, AKA
"Silvian Robertson" has been "perpetrating my
identity as the Landlord of my building located
at 57 Westmore Rd, Mattapan, Ma, and has
attacked me 3 times, attempting to clean-
up debris around my home" and trying
to paint my apartment by "locking me out
of the building" and "not giving me access Keys"
to get in.

To: Dorchester District Court
Judge Miller- Criminal
510 Washington Street
Dorchester, Ma. 02124-9138
FAX: 617-288-1212/617-288-3500

Change of Name & Release (Requested)

From: Selena Thomas Jackson, Inc.
Landlord/Owner (Aggrieved) 35 yr.
57 Westmore Rd 2 fl
Mattapan, Ma. 02126-1550198    /c/o 25 Stanwood St, 4th fl/
617-246-6655 NP                Central Ament
                               Boston, Ma 02114-9128

Sub: Petition for Selena Judkin's
Restraining Order Against Vespa Gibbs Barnes
and Silvian Robertson Construction Co, Inc et al,
National Roofing Co. et al,

"They have attempted to harm me with a hammer, on 7/3/02
and "broke into the back door of the porch, as I was
"coming out," from cleaning-up the debris", that
they "negligently left around the home", and "I
stepped on a nail, and got an infected (r) foot."
Because," I could not get the proper police assistant
even after "I reported the incidents to them" and
they refused to remove them from the building," as
to enforce them for bodily harm, or destruction of
private property, and Theft of my motor vehicle,
and belongings," the BTPD are causing me to
incur, "Bodily Harm, and assault, by endange-
me to the "Silvian Robertson Consts Co personnel
by intimidation, threats to do bodily harm, breaking
and entering, destruction of prior property." I
Therefore Request that the Dorchester District Court,
"issue a Restraining Order against the named parties,
for Selena Thomas Jackson, Inc, Landlord/Owner, while
under 15B detention, and/or "Quash and Dismiss" the
Cause matter # 0507CR00610S, due too "Cause", and "Still Issue
Restraining Order her life, and livelihood, and Protection Of,

To: Dorchester District Court
Judge Miller, Criminal
510 Washington Street
Dorchester, Ma 02124-9128
FAX: 617-288-1212/617-288-8500

From: Selena Thomas Jackson, Inc.
Landlord/Owner (Acquired 35 yrs)
57 Westmore Rd 2
Mattapan, Ma 02126-1558/28
617-296-6655 NP

Re: Petition for Selena Jackson for a Restraining Order
Against Vespa Gibbs Barnes, and Silvian Robertson
Construction Co. Inc et al, National Roofing Co. et al

Re: 03CV00595-BHC/Receivership ("for repairs only" w/right
of Sale if necessary
in case of non-payment
by landlord, To be determined
at next Court hearing 10/21/16

Punitive Assessment: $355,000 × 5 = $1,775,000 - for all Business Concern
$355,000 - prop, val
$355,000 - pers; belongings
Plus "foreclosure Proceeds of Business Assets" for 2004/2005
Prev. Tenant Damages $355,000 -
Crim Charges : Rental losses 2000-2005      Selena Thomas Jackson, Inc.
                 : to be redetermined        Landlord/Owner) Acquired 35 yr.
Abuse w/int                                   57 Westmore Rd 2
Neglect w/int        Denied Right of Rebuttal  Mattapan, Ma 02126-1558/28
Assault w/int        False Arrest w/int        Pro Se Litigant - 701154887
Bodily Harm w/int    Obstr. of Justice w/int   Ct. Appt. Atty: Anthony R. Ellison, Atty
Threats of Bodily Harm w/int  Malpractice w/int  0507CR006108 - Dorch Dist
Verbal Abuse!        False Detention w/mt
Lies w/int           Harm To others w/int       Re: U.S. Dist - 05CV11559-RWZ
Slander w/int        Danger To Others w/int     Change of Venue for Crim. Prose.
Defamation w/int     Malicious Dress w/int
Endangerment w/int
Destr. of Priv. Prop w/int
Theft of MV 9-3-05 w/int
Crim. Trespass
Forgery w/int
Impersonation w/int
Fraud w/int
Fraudulent Concealment w/int
Embezzlement w/int
Breaking + Entering w/int
Viol. Civ. Rights
Denied Due Process w/int
Denied Right of Appearance

Comm of Mass / Silvian Robertson
VS                                              Received 10-4-05
Selena Jackson            1 of 2

Re: Change of Venue to ; 05CV11559-RWZ (A-?)
    Selena Jackson -Landlord/Owner+ Pro Se Litigant

V3
Vespa Gibbs Barnes, et al / Silvian R--- ---- --- --
Court Date: 10-3-05 (Camb Dist, Dorch Disi,)

Subj: Motion to "Quash Dockets at Cambridge Dist Ct
and, Dorchester District Court P Due to "falsified
Charges against Selena Thomas Jac--- --- ----,
were I "falsely alleged" by Plaintiffs. "To bring
"Criminal charges against the plaintiffs, at the
U.S. District Court by Docket# 05CV11559-RWZ,


MOTION TO Quash W663.5231, 05D/CR85
CC# 050495934, 200 50288603, 20050288, 05-0252339 For
Selena Thomas Jackson, Inc-Reit, from 15B Committal
I, Selena Thomas Jackson, Inc Landlord/Owner of 57 Westm
Road 2, Mattapan, Ma 02126 1558/28, do request the U.S. Di
Court and any other Court, in the jurisdiction of Mass
achusetts, namely the "Cambridge Dist. Court and the
Dorchester District Court, who have scheduled court
dates of 10-3-05, which conflect with the prosecution or
the matters of "Larceny by check," and "Vandalism," whic
are "falsified charges (made by the arresting officer
when the "defendant Selena Jackson, has "WO Recognaiss
that were ignored, and She was placed under arresi
falsely, and unnecessarily, and unlawfully detained
Therefore, due too causes shown, and Submitted to
the Court as evidence, I Selena Jackson, do hereby
request that the charges of "Larceny by check, and Vandu
be "Quashed," due too falsification," and that the Plainti
be Wrought to Criminal Court for Crimes against the
Defendant Selena Thomas Jackson, Inc-Reit.

Comm. Mass / Silvian Robertson          DMH#

Selena Jackson,          2 of 2          Acct#_____
                                         Unit#_____

Re: Change of Venue to: 05CV11559-RWZ ( )
Selena Jackson - Landlord / Owner / Pro-

V.S
Vespa Gibbs Burnes, et al / Silvian

Court Date: 10-3-05 ( Camb Dist Ct, Dorch...

Subj: Motion to Quash - W6635231, 0501CR2280, 04#_____425739,
2005 0288603, 05 0252339, 20050288 for "Selena Thomas
Jackson, Inc-Reit, from 15 B Committee.

Statement "for Cambridge Dist Court" for Selena Thomas Jackson
Heading: Not Guilty, False arrest, "False charge of Larceny",
"I, Selena Thomas Jackson, Inc-Reit," do state, that on Illegal Detention
5/9/05 I did go to the H.U.E.C.U. "Harvard Univ Emp C. Un.
located at the M&H, 55 Pruitt St, Boston, Ma 02114, to
"open a Savings account with them, I deposited Two
Checks, which were totally legitimate one was from
the KSFCU/Kendall Sq Fed Cr. Union for $4000°° and
the other was a "Foreign Check from the RBC-Bank, Canad
for which I had a legitimate settlement payment of
$52,000°° The H.U.E.C.U., sent me intimidating letters
alleging me to be "Larceny," when they did not
have the balance of $52,000° on the bank," when I
made a withdrawal of $2000°° only from the "KSFCU
account which should have been payable rightaway
"They put me in a negative balance of $-2000°°
because KSFCU/TFCU refused to pay out of my account
thereby "causing me to have a Larceny charge for
purposes" I did not get my compensation or
$52,000°° w/int + penalties from the H.U.E.CU, as
deposited only. This matter is "Federal, due too
amount of monies owed, and Federal agencies involve.
Therefore," Quash the matters, in the lower Courts, and
refer the matter to the U.S. Dist Court, for Prosecution
                                    Selena Thomas Jackson, Inc Reit

TO: Dr. AWAD - Medical Dir / Bosch Dist. Ct
    % Erich Lindemann - MHC
    25 Staniford St. - 4th Fl, East #4005
    Boston, Ma 02114-9128
    FAX: 617-626-8669  TEL: 617-626-8500 /FAX:
    ELMHC                          Docket

From: Selena Thomas Jackson, Inc-Reit /
      157 Westmore Rd 2
      Mattapan, Ma 02126-1558
      % Erich Lindemann - MHC            Unit# BE00204150
      25 Staniford St., 4th Fl, #4005
      Boston, Ma 02114-9128
                                          10/13/05

Subj: motion for Release From 15B Com                    for Selena Thomas Jackson, Inc-Reit, due "Too Cause of No Crime Committed", unlawful arrest, and false detention, by BPD, and "Vespa Gibbs Barnes et al-BHC Receivers".

To Whom It May Concern:
    "I, Selena Thomas Jackson, Inc", based on the "Police report submitted to you, as evidence of false arrest" and "unlawful detention", and "No Crime Committed, as stated on police report # 050252333. The "crime code is "0" = None, or the one filed by the "Co-conspirators", of the alleged crime, "who "were the guilty parties, of intimidation, and threa to do bodily harm, locking the landlord out of the building, while trying to clean-up, and re-occupy, after repair while they were having a beer party on the first floor," and "threatening the landlord Selena Thomas Jackson, Inc-Reit/ Provident", while "hangi out of the living room window". Please "reverse the decision", of 15B Committal of 9/15/05", and "release me from the ELMHC, on, or before 9/21/05, or within the next two Days being 9/23/05, no later than.

Charges:           Defamatione        Selena Thomas Jackson, I
False Arrest       mental Anguish      Landlord/Owner
Ill, Detention     Viol. of Civil Rights 157 Se Litigant = 7011154858/
Intimidation       Abuse               157 Westmore Rd 2
Malpractice        Neglect             Mattapan, Ma 02126 1558,
Obstruction of Just
Denied Due Process



JACKSON, SELENA T

EMR #: DMR00000757

Metro Boston PCS LIVE
Person's Treatment Plan - Additional Problems/Interventions

Status: Active
Initiated:
Completed:
Protocol:

Page 1
Printed 09/26/05
at 1001

Status: Active
Initiated:
Completed:

Printed 09/26/05
at 1001

AXIS IV

| Code | Code Description |
|---|---|
| ECONOMIC | ECONOMIC PROBLEMS |
| HOUSING | HOUSING PROBLEMS |
| LEGAL | LEGAL PROBLEMS |

| Current: | Highest: |
|---|---|
| 35 | 45 |

AXIS V

| Code | Code Description |
|---|---|
| 272.4 | HYPERLIPIDEMIA NEC/NOS |
| 401.9 | HYPERTENSION NOS |

AXIS III

Code Description
PARANOID PERSONALITY
Code
301.0

PRQ
RR

Code Description
CHRONIC W ACTIVE EXACERB-.. ON
Code Description
Code
29 .74

PRQ
Y

Comment

*"House Remodeling by Solivan Robertson Constr. Co assuming Landlord's 08AU08685
TD" by Industrial building permits; due to "Receivership" obscuring
(4) Vespa Gibbs earned at BHC, not notifying landlord properly, a
cost and Repair persons authorized for repair.*

10/07/2005 10:43 FAX 6174368250                DORCHESTER COURT                                    ☑ 002

| CRIMINAL DOCKET | DOCKET NO. 0507CR006108 | | ATTORNEY NAME rc Ellisr appt |
|---|---|---|---|

| | | DATE and JUDGE | DOCKET ENTRY |
|---|---|---|---|
| COURT DIVISION Dorchester | ☐ INTERPRETER REQUIRED | 9/16/05 nuer | Attorney appointed (SJC R. 3:10) |

NAME, ADDRESS AND ZIP CODE OF DEFENDANT
JACKSON, SELENA
57 WESTMORE RD  *Landlord/Owner*
*Status ed to bees*
HOMELESS *for 3yr*  ~~ORIGINAL~~
MATTAPAN, MA 02126
*(Lie)*
*I was occupying the building #0450*
*"not Homeless I still own it !!!*

| Attorney appointed (SJC R. 3:10) |
| Atty denied and Deft Advised per 211D §2A |
| Waiver of counsel found after colloquy |

Terms of release set
☐ PR    ☐ Bail
☐ Hold (276 §58a)
☐ See back for special conditions
Arraigned and advised:

FIRST DOB AND SEX
04/13/1946    F    *(Vandal, not applicable)* *(35 years Tenure)*

DATE OF OFFENSE(S)
09/15/2005

PLACE OF OFFENSE(S)
DORCHESTER

COMPLAINANT
MCLEAN, P.O.  ~~Homeless~~

POLICE DEPARTMENT (if applicable)
BOSTON PD - AREA B-3

DATE OF COMPLAINT
09/16/2005  *(9/15/05)*  *Incident*

RETURN DATE AND TIME
09/16/2005 09:00:00

☐ Warrant or jury trial found after colloquy
Advised of trial rights as pro se (Supp. R. 4)
Advised of right of appeal to Appeals Ct (R. 28)

COUNT/OFFENSE
1. 266/126A VANDALIZE PROPERTY c266 §126A  *not applicable apply to landlord*

| FINE | SURFINE | COSTS | | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|

| DISPOSITION DATE and JUDGE | | SENTENCE OR OTHER DISPOSITION |
|---|---|---|
| | | ☐ Sufficient facts found but continued without guilty finding until: |

| DISPOSITION METHOD | FINDING |
|---|---|
| ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning | ☐ Not Guilty |
| | ☐ Guilty |
| | ☐ Not Responsible |
| ☐ Bench Trial | ☐ Responsible |
| ☐ Jury Trial | ☐ No Probable Cause |
| ☐ None of the Above | ☐ Probable Cause |

☐ Probation       ☐ Pretrial Probation (276 §87) until
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon:  ☐ Request of Comm.   ☐ Request of Victim
    ☐ Request of Deft   ☐ Failure to prosecute   ☐ Other:
☐ Filed with Deft's consent   ☐ Nolle Prosequi   ☐ Decriminalized (277 §70C)

FINAL DISPOSITION       JUDGE       DATE
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|

| DISPOSITION DATE and JUDGE | | SENTENCE OR OTHER DISPOSITION |
|---|---|---|
| | | ☐ Sufficient facts found but continued without guilty finding until: |

| DISPOSITION METHOD | FINDING |
|---|---|
| ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning | ☐ Not Guilty |
| | ☐ Guilty |
| | ☐ Not Responsible |
| ☐ Bench Trial | ☐ Responsible |
| ☐ Jury Trial | ☐ No Probable Cause |
| ☐ None of the Above | ☐ Probable Cause |

☐ Probation       ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon:  ☐ Request of Comm.   ☐ Request of Victim
    ☐ Request of Deft   ☐ Failure to prosecute   ☐ Other:
☐ Filed with Deft's consent   ☐ Nolle Prosequi   ☐ Decriminalized (277 §70C)

FINAL DISPOSITION       JUDGE       DATE
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIVED |
|---|---|---|---|---|---|

| DISPOSITION DATE and JUDGE | | SENTENCE OR OTHER DISPOSITION |
|---|---|---|
| | | ☐ Sufficient facts found but continued without guilty finding until: |

| DISPOSITION METHOD | FINDING |
|---|---|
| ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning | ☐ Not Guilty |
| | ☐ Guilty |
| | ☐ Not Responsible |
| ☐ Bench Trial | ☐ Responsible |
| ☐ Jury Trial | ☐ No Probable Cause |
| ☐ None of the Above | ☐ Probable Cause |

☐ Probation       ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon:  ☐ Request of Comm.   ☐ Request of Victim
    ☐ Request of Deft   ☐ Failure to prosecute   ☐ Other:
☐ Filed with Deft's consent   ☐ Nolle Prosequi   ☐ Decriminalized (277 §70C)

FINAL DISPOSITION       JUDGE       DATE
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

| COUNT/OFFENSE | FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT ☐ WAIV |
|---|---|---|---|---|---|

| DISPOSITION DATE and JUDGE | | SENTENCE OR OTHER DISPOSITION |
|---|---|---|
| | | ☐ Sufficient facts found but continued without guilty finding until: |

| DISPOSITION METHOD | FINDING |
|---|---|
| ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning | ☐ Not Guilty |
| | ☐ Guilty |
| | ☐ Not Responsible |
| ☐ Bench Trial | ☐ Responsible |
| ☐ Jury Trial | ☐ No Probable Cause |
| ☐ None of the Above | ☐ Probable Cause |

☐ Probation       ☐ Pretrial Probation (276 §87) - until:
☐ To be dismissed upon payment of court costs/restitution
☐ Dismissed upon:  ☐ Request of Comm.   ☐ Request of Victim
    ☐ Request of Deft   ☐ Failure to prosecute   ☐ Other:
☐ Filed with Deft's consent   ☐ Nolle Prosequi   ☐ Decriminalized (277 §70C)

FINAL DISPOSITION       JUDGE       DATE
☐ Dismissed on recommendation of Probation Dept.
☐ Probation terminated: defendant discharged

| | | ADDITIONAL COUNTS ATTACHED |
|---|---|---|

A TRUE COPY ATTEST:    X    CLERK-MAGISTRATE/ASST. CLERK    ON (DATE)

COURT ADDRESS
Dorchester District Court
510 Washington Street
Dorchester, MA 02124

**To:** Dr. AWAD Medical Dir ELMHC

10-6-05

Dorch Dist Ct.-Judge Miller
SS: 05-0252339, 0504R5R34/Docket# 0507CR006108
FAX Ct: 617-288-242     FAX ELMHC: 617-727-9725 (?
                                                 617-626-?

**From:** Selena Thomas Jackson, Inc/Landlord/Owner (Aggrieved)
57 Westmore Rd 2
Mattapan, Ma 02126-1558128
% ELMHC- Central #4086
25 Staniford St, 4th H-4086
Boston, Ma 02114-9128
Tel: 617-626-8500  FAX: 617-626-8669 (Director ELMHC)

**Subj:** Motion/Appeal for Release from 15b committal
of 10-3-05 for Selena Jackson at ELMHC

# FAX

**Copies:** 1 ltr of 9-21-05 Re-submitted to Dr. AWAD Dir of ELMHC
   and Dorchester Dist Ct-Judge Miller
2 copies of "Motion to Quash of 9-27-05 re-submitted
   for 10-3-05 committal of 15B
1 copy of BPD incident Report # 050252339 of 9/15/05
2 copies of BBD incident Report # 050495R34 of 9/15/05

EMR#/DMH0000757
Acct# EL00000186
Unit# BE00204150

Selena Thomas Jackson-BM
Landlord/Owner (Acquired.
Client/Pro Se Litigant
57 Westmore Rd 2
Mattapan, Ma 02126-1558128
% ELMHC-#4086 Central Unit
25 Staniford St-4th H.
Boston, Ma 02114-9128

Report filed in n/h w/US Dist
should be filed 2nd

# BOSTON POLICE
# INCIDENT REPORT

ORIGINAL ☐  SUPPLEMENTARY ☒

| KEY SITUATIONS | COMPLAINT NO | REPORT |
|---|---|---|
| OTHERS | 050252339 | A1 |

************ DataBase Error ************Source : DBManager.GetRecor iS:  Sele  Form
incStatus where CompNos = 50252339 and SuppNos = 1SQI State = 42000Nui
229Description = SELECT permission denied on object 'incStatus', database Tu
'dbo ************ ****** ****************** *********

| TYPE OF INCIDENT | CRIME CODE | STATUS | DATE |
|---|---|---|---|
| WARRANT ARREST | 0 | | A.09/15/05 |
| LOCATION OF INCIDENT | | APT. | DISPATCH TIME | TIME OF OCCUR. | B. |
| 20 GILMER ST | | | | A.04:25 PM |

| VICTIM, COMP. (LAST, FIRST, MI) | PHONE | SEX | RACE | MARITAL STATUS |
|---|---|---|---|---|
| COMM OF MASS | (000)-000-0000 | | | |
| ADDRESS | APT. | OCCUPATION | | |

| PERSON REPORTING | ADDRESS | | PHONE |
|---|---|---|---|
| PO J MCLEAN | 1165 BLUEHILL AV,DO,MA,00000-0000 | | |

WAS CRIME WITNESS TO THE CRIME

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT | TELEPHONE | RES YES NO |
|---|---|---|---|---|---|---|---|
| | | | | | | | BUS |

NUMBER OF PERPETRATORS : 1 --- CAN SUSPECT BE IDENTIFIED AT THIS TIME

| | STATUS | NAME (LAST, FIRST, MI) | S.S.NO. | BOOKING NO. | PHOTO NO. | ALIAS | YES NO |
|---|---|---|---|---|---|---|---|
| P E R S O N S | ARRESTED | JACKSON,SELENA | 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 | 200S0288603 | | | |
| WARRANT NO. | ADDRESS | | SEX | RACE | AGE | HEIGHT | DOB |
| | 57 WESTMORE RD,MATTAPAN,MA,02126-0000 | | FEMALE | BLACK NON-HISPANIC | 59 | 5-01 | 4/13/1946 |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | WEIGHT | BUILD | HAIR | EYES |
| | | 150 | MEDIUM | BLACK | BROWN |

CAN SUSPECT VEHICLE BE DESCRIBED

| | STATUS | REG. STATE | REG. NO. | PLATE TYPE | YEAR(EXP) | MODEL | YES NO |
|---|---|---|---|---|---|---|---|
| V E H I C L E S | VEHICLE MAKE YEAR | | VEHICLE NO. | STYLE | COLOR(TOP-BOTTOM) | | |
| | OPERATOR'S NAME | | | LICENSE NO. | STATE | OPERATOR'S ADDRESS | |
| | OWNERS'S NAME | | | OWNER'S ADDRESS | | | |

CAN PROPERTY BE IDENTIFIED

| | STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR | YES NO |
|---|---|---|---|---|---|---|---|---|
| P R O P E R T Y | | | | | | | | |

IS THERE A SIGNIFICANT M.O.

| | TYPE OF WEAPON-TOOL | NEIGHBORHOOD | TYPE OF BUILDING | PLACE OF ENTRY | YES NO |
|---|---|---|---|---|---|
| M O | WEATHER | LIGHTING | TRANSPORTATION OF SUSPECT | VICTIM'S ACTIVITY | |
| | UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | | | RELATIONSHIP TO VICTIM | |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE)   (2) Recognaissance for 10-3-05    YES NO
Shown to the Police Officers

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW)   YES NO

BLOCK NARRATIVE AND ADDITIONAL INFORMATION
NO.   ABOUT 4:25PM POS MCLEAN/ DOHERTY CHIEF ARREST SUSPECT ABOVE ON OUTSTANDING LARCENY WARRANT   YES NO
#0501CR02280 REF #W6635231ISSUED BOSTON MUNICIPLE CT 08/15/05. OFFICERS WERE INVESTIGATING CC# 050 93934
AT THE TIME. SUSPECT TRANSPORTED TO B-3 AND BOOKED. WARRANT UNIT NOTIFIED.

| UNIT ASSIGNED | TOUR OF DUTY | REPORTING OFFICER'S NAME | REPORTING OFFICER'S SIGNATURE | REPORTING OFFICER'S ID | PARTNER'S ID | FI |
|---|---|---|---|---|---|---|
| C101F | 3 | JEFFREY J MCLEAN | | 9792 | 9726 | NO |

| DATE OF REPORT | SPECIAL UNITS NOTIFIED(REPORTING) | | TELETYPE NO. |
|---|---|---|---|
| 09/15/05 | | | |
| TIME COMPLETED | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME | DUTY SUP. SIGNATURE | DUTY SUP. ID |
| 05:24 PM | MICHAEL V KERN | | | | 11620 |

1 Change of venue from Camb Dist. Ct.

2 Change of venue from Dorch Dist. Ct.

Re: 05CV11559-RWZ   Selena Jackson, Inc-Reit
                                          vs
U.S. Dist Ct
  BHC-C03CV00595)   Vespa Gibbs Barnes, et al-Receive

*(handwritten across top)* (False Rexpertrator of Landlord a/k/a "Silvian Roberts" (Contractor") Sekna Jackson

## BOSTON POLICE
## INCIDENT REPORT
*(handwritten)* "Paactute of Pearce"

ORIGINAL ☒   SUPPLEMENTARY ☐

| KEY SITUATIONS | | | | COMPLAINT NO 050495934 | | REPORT DIST B3 | | CLEARANCE DIST |
|---|---|---|---|---|---|---|---|---|
| TYPE OF INCIDENT VANDALISM | | CRIME CODE 0 | | STATUS | | DATE OF OCC A.P. | | |
| LOCATION OF INCIDENT 57 WESTMORE RD | | | | APT | DISPATCH TIME 04 0. PM | TIME OF OCC | | |
| VICTIM-COMP (LAST, FIRST, MI) ROBINSON, SILVIAN | PHONE (78.)-393-3751 | | SEX MALE | RACE BLACK NON-HISPANIC | | | | |
| ADDRESS 57 WESTMORE ST,MATTAPAN,MA,02126-0000 | APT. | OCCUPATION | | | | AGE 0 | D.O.B. | |
| PERSON REPORTING ROBINSON, SILVIAN | | ADDRESS 57 WESTMORE,MATTAPAN,MA,02126-0000 | | | | APT | PHONE | |

WAS THERE A WITNESS TO THE CRIME

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | | APT. | TELEPHONE | ☒ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|
| MCLEAN, ALDWIN | 0 | ON-SCENE | | | | | (617)-...65-817n RES | |

NUMBER OF PERPETRATORS : 1 — CAN SUSPECT BE IDENTIFIED IF THEY FIRM

| STATUS ARRESTED SUSPECT | NAME (LAST, FIRST, MI) JACKSON,SELENA | | | S.S. NO. 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 | BOOKING NO. 20050288603 | PHOTO NO. | ALIAS | ☒ YES ☐ NO |
|---|---|---|---|---|---|---|---|---|
| WARRANT NO. | ADDRESS 57 WESTMORE RD,MATTAPAN,MA,02126-0000 | | SEX FEMALE | RACE BLACK NON-HISPANIC | | AGE 59 | HEIGHT 5-01 | DOB 4/13/1946 |
| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | | | WEIGHT 150 | BUILD MEDIUM | HAIR BLACK | | EYES BROWN | |

CAN SUSPECT VEHICLE BE DESCRIBED

| STATUS | REG. STATE | REG. NO. | PLATE TYPE | YEAR(EXP) | MODE | ☒ YES ☐ NO |
|---|---|---|---|---|---|---|
| VEHICLE MAKE, YEAR | VEHICLE NO. | | STYLE | COLOR(TOP-BOTTOM) | | |
| OPERATOR'S NAME | | | LICENSE NO. | STATE OPERATOR'S ADDRESS | | |
| OWNERS'S NAME | | | OWNERS'S ADDRESS | | | |

CAN PROPERTY BE IDENTIFIED

| STATUS DESTROYED / DAMAGED / VANDALIZED | TYPE OF PROPERTY HOUSE WINDOW | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR ☒ YES ☐ NO |
|---|---|---|---|---|---|---|

IS THERE A SIGNIFICANT M.O.

| TYPE OF WEAPON-TOOL ROCK | NEIGHBORHOOD RESIDENCE/HOME | TYPE OF BUILDING RESIDENTIAL HOUSE | PLACE OF ENTRY FRONT DOOR | ☒ YES ☐ NO |
|---|---|---|---|---|
| WEATHER CLOUDY | LIGHTING NATURAL | TRANSPORTATION OF SUSPECT FOOT | VICTIM'S ACTIVITY | |
| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | | | RELATIONSHIP TO VICTIM NONE | |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE)   ☒ YES ☐ NO

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW)

BLOCK NARRATIVE AND ADDITIONAL INFORMATION   ☒ YES ☐ NO

NO.
ABOUT 4:00 PM 09-15-2005 P.O. HENRY DOHERTY AND JEFF MCLEAN C101F RESPONDED TO A RADIO CALL FOR A FIGHT AT 57 WESTMORE ROAD. A WOMAN WHO USED TO LIVE THERE WAS REPORTED TO HAVE THROWN ROCKS AT THE HOUSE WINDOWS. THE CALLER ALSO REPORTED SHE HAD HER SONS WITH HER, WHO WERE CARRYING BASEBALL BATS. UPON ARRIVAL THE SUSPECTS HAD SINCE LEFT. THE BUILDING WAS FOUND TO BE A VACANT HOME, BEING CLEANED OUT AND RENOVATED. OFFICERS WERE APPROACHED BY EMPLOYEES OF THE ROBINSON INVESTMENTS COMPANY. THE CONTRACTORS SHOWED OFFICERS A BROKEN GLASS WINDOW, AND HALF OF A BRICK ON THE LAWN. OFFICERS LEARNED THAT A BANK HAD FORECLOSED ON THE HOUSE, MR. ROBINSONS COMPANY WAS HIRED TO CLEAN OUT THE HOUSE FOR THE BANK. MR. SILVIAN ROBINSON THEN ARRIVED. HE CONFIRMED HIS EMPLOYEES INFORMATION TO POLICE. ANOTHER EMPLOYEE CAME FORWARD AND STATED HE SAW THE SUSPECT WOMAN SITTING ON A PORCH AROUND THE CORNER AT 20 GILMAN STREET. OFFICERS APPROACHED AND SPOKE TO THE WOMAN. MS. SELENA JACKSON SAW POLICE, BUT DIDN'T APPROACH THEM TO EXPLAIN WHAT HAD HAPPENED. WHEN OFFICERS FINALLY APPROACHED SELENA, SHE THEN CHOSE TO EXPLAIN HER SIDE OF THE STORY. SELENA STATES SHE STILL LIVES AT 57 WESTMORE, AND PLANS TO CONTINUE LIVING THERE. SHE STATES THE BANK IS WRONGFULLY ATTEMPTING TO EVICT HER FROM THE PROPERTY. SHE STATES A RECENT COURT DECISION ALLOWED HER TO RETURN TO 57 WESTMORE. SELENA CONTINUOUSLY TALKING TO OFFICERS ABOUT ALL THE COURT PROCEDURES THAT REWARDED THE HOUSE TO HER. OFFICER MCLEAN RAN A ROUTINE CHECK OF MS. JACKSON. SHE WAS FOUND TO HAVE AN ACTIVE FELONY WARRANT, (SEE CC# 05-0252339). SELENA JACKSON WAS THEN PLACED UNDER ARREST FOR THE WARRANT. OFFICER DOHERTY FILED A CRIMINAL COMPLAINT APPLICATION TO DORCHESTER DISTRICT COURT FOR THE VANDALISM (GLASS WINDOW). THE CONTRACTORS WERE ADVISED TO POST A NO TRESPASSING SIGN AT THE 57 WESTMORE ADDRESS.

*(handwritten annotations in margins)*
- "Not applicable to landlord, did not have Keys"
- "Court date of Warrant due too Paudrul int merged Banks"
- "Court date of Warrant 10-3-05" "Change of Venue to USD"
- False (x2)
- Acquired 3/12-90 the landlord Selena Jackson $1 to rechasin
- Re: U.S. Dist Ct
- SS: 05 CV/11559-RWZ

| UNIT ASSIGNED C101F | TOUR OF DUTY 3 | REPORTING OFFICER'S NAME HENRY J DOHERTY | REPORTING OFFICER'S SIGNATURE | REPORTING OFFICER'S ID 9726 | PARTNER'S ID 0790 | FI YES |
|---|---|---|---|---|---|---|
| DATE OF REPORT 09/1/05 | SPECIAL UNITS NOTIFIED(REPORTING) WARRANT UNIT | | | | | |
| TIME COMPLETED 05:37 PM | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME MICHAEL V KERN | DUTY SUP. SIGNATURE | | DUTY SUP. ID 11620 |

Refer to: USD - 05CV11559-RWZ

Selena Jackson, Inc - Fa HProvident

VS

Vespa Gibbs Barnes, et al

Fraud w/ into Selvian Robertson Convts. Co.

Dept of Priv Prop Hughes Oil Co.

Fraud w/in National Roofing Co

John Constr. Co

Re: To 7 windows purchased by landlord Selena Jackson from Norfolk Hardware, and was deliberately thrown into the Dumpste used by Silvian Robertson Const. Co from "Barry Bros. Dump on 7/2/05

#660252339  Dorch Ct 0507CR006108
#650495934

Re: U.S. Dist Court - 05CV/1559-RWZ



unit # BE00-204150
Acct # EL000001186

**COMPLAINT FORM**

Patient # EMR
DMH0000757

Please type or print clearly, and provide all of the information requested.

☑ Mrs.   Your First Name   Your Last Name          Patient Name (if different)
☐ Ms.
☐ Mr.  Selena T. Jackson      Selena Thomas Jackson, Tx
Street Address                 Mailing Address (if different)

57 Westmore Rd 2                Same
City              State              Zip Code

Mattapan, Ma  02126 1558128
Business/Daytime Phone          Home Phone
617-296-6655        617-298-5040 N P
Complaint against M.D. ✔, D.O. ___, Acupuncturist ___ .

**(For complaints against Chiropractors, Dentists, Nurses, Optometrists, Podiatrists or Psychologists, please contact the Division of Registration at (617)727-7406, or 239 Causeway St., Boston, MA  02114.)**
This complaint cannot be processed without the **full** name of the physician or acupuncturist. Please verify spelling.

Full Name (**First** & Last) of Physician or Acupuncturist (one name **per** form) Photocopies are acceptable.

Dr. Richard Halpert, M.D. - MGH / Eric Lindemann; MHd
Address

Boston, Ma        02114 - 9128
City              State              Zip Code

617-626-8500 , 617-724-2000
Business Phone
25 Stanford St, Boston, Ma 02114-9128
Name and Location of Health Care Facility (if known)
44th Fl. Central Unit #4086

**Nature of Complaint**

| | | | |
|---|---|---|---|
| ☑ | Substandard Medical Care | ☐ | Drug Dealing |
| ☐ | Professional Misconduct | ☑ | Criminal Conviction *maltreatment, malpractice* |
| ☐ | Sexual Misconduct | ☑ | Patient Neglect *mental Anguish* |
| ☐ | Rude or Discourteous Behavior | ☐ | Unlawful Discrimination |
| ☐ | Impaired by Alcohol or Drugs | ☐ | Billing for Services Not Rendered |
| ☐ | Impaired by Mental or Emotional Illness | ☐ | Failure to Supervise Staff |
| ☐ | Failure to Provide Medical Records | ☐ | False Advertising |
| ☐ | Overcharge for Medical Records | ☐ | Fraud |
| ☑ | OTHER Denied medical treatment at facility, and denied me | | | |

attempt to go to hospital for (r) foot, and eye treatment a
mG.

Failure to **complete** and **sign** this release may prevent investigation of your complaint.

**Release of Medical Records and Information**

Patient Name: _Selena Jackson_     Date of Birth: _4/ .. 4/_

Address _57 Westmore Rd2, Mattapan, Ma_

I HEREBY AUTHORIZE ANY AND ALL HEALTHCARE PROVIDERS OR INSTITUTIONS TO RELEASE ANY AND ALL OF MY MEDICAL RECORDS TO, AND TO DISCUSS MY MEDICAL CARE WITH, THE MASSACHUSETTS BOARD OF REGISTRATION IN MEDICINE.

Signature of Patient:        Date: _____
(Or Legal Representative)

I FURTHER AUTHORIZE MY MENTAL HEALTH PROVIDER(S) TO DISCUSS EVALUATIONS DIAGNOSES OR TREATMENT AND/OR RELEASE ANY AND ALL OF MY MEDICAL RECORDS TO THE MASSACHUSETTS BOARD OF REGISTRATION IN MEDICINE. THIS AUTHORIZATION REPRESENTS A WAIVER OF THE PSYCHOTHERAPIST-PATIENT PRIVILEGE, AS DESCRIBED IN G.L. c. 233,§ 20B.

Signature of Patient: _Selena Thomas Jackson_ Date: _10/6/05_
(Or Legal Representative) _Dr. William Kormos, M.D. - MGH_

Please list the names and addresses of all healthcare providers and institutions that provided treatment which may relate to this complaint.

_Erich Lindemann MHC - 25 Staniford St, Bos, Ma 02114_
_Brigham + Women's Hospital_
_Mass. General Hospital_

If you are not the patient, what is your relationship to the patient? _SEP/ Provider_
     ☐ Spouse, ☐ Parent, ☐ Child, ☐ Other Relative_____, ☐ Friend, ☐ Attorney, ☒ Other _SELF_
Has this physician provided treatment in the past? (Do not count the treatment in this complaint.)
     ☒ Yes, ☐ No
Is this physician the person you (or patient) usually see when you (or patient) are ill?
     ☐ Yes, ☒ No
How long have you (or patient) been under this physician's care?
     ☒ 1 to 30 days, ☐ 1 to 12 months, ☐ 1 to 2 years, ☐ 2 to 4 years, ☐ 4 to 8 years, ☐ 8 years or more
What form of payment was made?  Check as many as apply.
     ☐ Commercial Insurance, ☐ Health Maintenance Organization, ☐ Medicaid, ☐ Medicare, ☐ Champus
     ☐ Workers' Compensation, ☒ Self, ☒ Other _Checks - KSFCU/ TFCU_
Are you (or patient) expected to pay a portion of this bill out of pocket?
     ☒ Yes, ☐ No
Has the physician adjusted the bill in any way, for example, was the fee or copayment reduced or waived?
     ☒ Yes, ☐ No
Is the fee or copayment in dispute? _malpractice, unlawful detention_
     ☒ Yes, ☐ No
Has the physician been contacted about this complaint?
     ☒ Yes, ☐ No
Dates of Treatment: _9/16/05, 10/1/05, 10/6/05_

Describe your complaint here or attach. If you need more space, continue on reverse or on another sheet of paper.

I was admitted to the ELMHC on 9/16/05 for a 15 day
committal on docket# 0507CR006108 for _____
and re-admitted on 10/3/05 for the _____
for further evaluation, which is unnecessary, and
unnecessary, due too "false arrest, denied dueprocess,
illegal detention, abuse, lie, slander, defamation,
duress, mental anguish, caused by ELMHC and
staff, by "maltreatment" of my medical conditions
consisting of blurring eyesight, w/spots in eyes,
infected (R) foot, viral infection of the throat.
Numerous complaints have been made but Dr. Nadu,
who is my assigned physician, denys me treatment
and refers me to Dr. Halpest, and he shrugged
me off. He finally looked at my (R) foot on 10/6/05,
and saw the infection of my front toe, and (R) foot.
"He ordered cream for my foot," but "he did not
make an appt. with Dermatology, and/or
Mass Eye + Ear," for my vision at MGH. I
did notify my primary care - Dr. William Karmas, MD
MGH, but I have not gotten an appt. as yet.

Attach **copies** of related documents to this form.
The information in this complaint is true, correct and complete to the best of my knowledge.

Your signature: Selena Thomas Jackson, Inc    Date: 10/6/05

                                                    Patient #

**Mail this form to:**        Consumer Protection Manager
                             Board of Registration in Medicine
                             560 Harrison Avenue, G-4
                             Boston, MA  02118

Problem: Infected (r) foot, blurred vision, w/spots (approx 2 mos)
Need to see "Dermatology, Omptometry"

SS: 05CV11559-RWZ  U.S. District Court          10/14/05
   Selena T. Jackson  vs  Vespa Gibbs Barnes, etal    Change of Venue
                          Judge Karlakotis, Judge Winik-BHC (03CV005925)
                          Silivan Robertson, Silivan Robertson Construtio, Inc, etal

To: U.S. District Court              1 of 2
   Pro Se Clerk-1
   1 Courthouse Way
   Boston, Ma 02210-9128

From: Selena Thomas Jackson, Inc-Reit/Provident (Owner, Landlord)
     57 Westmare Rd2                Pro Se Litigant-#701154887
     Mattapan, Ma 02126-1558128
     617-296-6655NP
     % ELMHC-Central Unit-8064
     25 Stanford Street-4th Fl
     Boston, Ma 02114-9128

28 U.S.C. §2254     Writ of Habeaus Corpus For 05CV11559-RWZ

Plaintiff: Selena Thomas Jackson, Inc-Reit/Provident

Address: 57 Westmare Rd2, Mattapan, Ma 02126-1558128

Tel/# 617-296-6655NP

ocation of Plaintiff: ELMHC-Central Unit-#4086, 25 Stanford St, Bost 02114

Date of Writ: 10/18/05          Date of Transport: 10/18/05

Transport To: U.S. District Court-1 Courthouse Way-Ste 2300, Bosto.
             Ma. 02210-9128

Transport ID: Pro Se Litigant #701154887/BRO

Transport Whom: Selena Thomas Jackson, Inc-Reit/Provident

Transport From: ELMHC-central Unit 4th Fl, 25 Stanford St, Bosi 02114

Courtroom#: Ste 2300, RWZ-Misc

    I, "Selena Thomas Jackson, Inc-Reit/Provident", do hereby
"Command," that the "U.S. District Court, and/or ELMC
Transport Unit" on October 18, 2005, do hereby "transport
without further notice", and present in physical
form," the said Plaintiff, "Selena Thomas Jackson, Inc-Rei
Reit/Provident", with this Writ of Habeus Corpus" on
that said date, for the prosecution, and hearings
of Docket # 05CV11559-RWZ, for which she is the

SS: 05CV11559-RWZ / U.S. District Court    Change of Venue 10/14/05
Selena T. Jackson vs Vespa, Gibbs, Barnes, et al    0.30 V01595 BHC
                    Judge Kariakotis/Judge Wirk BHC
                    Silvian Roberton, Silvian Roberton Constr. Co. Inc, et al.

To: U.S. District Court    2 of 2
Pro Se Clerk
1 Courthouse Way
Boston, Ma 02210-9128

From: Selena Thomas Jackson, Inc-Rent/Provident (Owner/Landlord
     57 Westmore Rd 2                  Pro Se Litigant #701154887
     Mattapan, Ma 02126-1558128
     617-296-6655 NP
     %ELMHC-Central Unit-8064
     25 Staniford Street - 4th Fl.
     Boston, Ma 02114-9128

28 U.S.C. §2254    Writ Attabeus Corpus For 05CV11559-RWZ
(cont'd)

and "Deliver said Plaintiff, to the U.S. District Court, Ste 2300
before Judge Rya Zobel, on October 18, 2005," at 9:00 A.m.
on that day, For the hearing/decision of her criminal
Intent, and/or doings, regarding "all matters presented
to her, for the purpose of Further "criminal prosecu-
when decided by the court, upon her presentation,
and rebuttals, based on her "facts that were
presented to the court as evidence to be discuss
regarding her "business property," and the "proceeds"
due her regarding "Liens, Foreclosure, and mergers."
"She is then to be returned to the ELMHC, only if
the decision of the Judge is made against her" after
"She presents her appeal for the stay of 15B of 10/3/05
and / her "Motion to Quash the Case matter," and the
"Motion to Issue a Restraining Order For "Vespa Gibbs
Barnes et al, and Silvian Roberton Construction Co. Inc.
and the "release of her person, forthwith," due too (owner)
"Recognaissance".
                    Selena, Thomas Jackson Inc-Rent
                    Pro Se Litigant# 701154887
                    57 Westmore Rd 2
                    Mattapan, Ma 02126-1558128

DISTRICT COURT DEPARTMENT OF THE TRIAL COURT

DORCHESTER DIVISION

SUFFOLK COUNTY, ss.

DOCKET NUMBER: 0507 CR 6108

COMMONWEALTH
VS.

Selena Jackson — *Pleading "Not Guilty*

## ORDER OF COMMITMENT OF A DEFENDANT FOR OBSERVATION

### PURSUANT TO G.L.C. 123, S. 15(B)

Pursuant to G.L. c.123, s. 15(b), this court having jurisdiction over criminal proceedings against **Selena Jackson** *not applicable* for the alleged crime(s) of **Vandalize Property** and *applicable* following an examination by **William Hudgins**, as required by G.L.c. *to landlord* 123, s. 15(a), has determined that commitment for further *She had* examination is necessary because of continuing doubt concerning *access* defendant's (check appropriate box(es)):

**XXX** present competency to stand trial

_____ criminal responsibility at the time of the alleged *"No access"* crime(s) by reason of the defendant's's possible mental illness or *She was* defect. *Threatened by the*

The reason for raising said issue(s) is as *contractors* follows: _____ *"in the home"*

*who deliberate*

_____

*Locked her*

Therefore, this court orders the defendant committed for *out of the* observation for a period reasonably necessary to complete said *building* examination (not to exceed twenty days) *When she* at **Lindemann MHC** *came to paint*

*her bedroom,*

During said period of observation, it is ordered that a qualified physician examine said defendant and promptly return to this court (an) opinion(s) relevant to the above issued(s), together with the clinical basis for said opinion(s).

The Court Officers, or other officers duly authorized, are hereby commanded to remove said defendant to said defendant to said facility and deliver said defendant to the Superintendent to Medical Director, along with a copy of this order and a copy of the report by the above-mentioned physician, and to make return of this warrant with their doings thereon to the Clerk-Magistrate of this court, and are further commanded to return said defendant at the end of the observation period.

WITNESS my hand and seal at **Dorchester**, Sept. 29 XX 2005

*[signature]* Justice

Extension

THIS COMMITMENT ORDER EXPIRES **October 21** XX 2005

*"motion to Dismiss" on 10/13/05, and 10/17/05*
*Vacate/Quash*

*DEFENDANT IS TO BE RETURNED TO DORCHESTER DISTRICT COURT ON: October 21, 2005 @ 8:30*

*[handwritten left margin, vertical]: Re: USDC - 05CV11559-RWZ (Change of Venue) (BHA - 05CV00595 Receivership (Vesper G. Barnes "Landlord" still owes the building acquired 03-12-90 a Silvan Robertson "impersonated Dan" was the landlord to get room (city Insp) Bernadettekey via a Notary Republic Report Court # 04015*

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

*Eleventh* _____ District of *Massachusetts*

*Selena Thomas Jackson, Inc-Rest/Provident*

*Vespa, Gibbs Barnes, et al - Judge Kariakotis, Judge Winik* **SUMMONS IN A CIVIL CASE**
*Silvean Robertson Cemts Co, et al* *(03CV00595-BHG)*
*John Cemts, Co, et al*
*Nat'l Roofing Co.* CASE *05CV11559-RWZ USD*
*City Insp. Svc - mayor*
*Proj Pride - mayor*

TO: (Name and address of Defendant)

*Vespa Gibbs Barnes, et al / Silvian Robertson Cemts Co - Randolph*
*101 Roxbury Street 2nd fl, Nat'l Roofing Co.*
*Roxbury, Ma 02119-9128 John Cemts Co,*
*City Insp Svc / Proj. Pride*

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

*Vespa Gibbs Barnes, Atty* *Celia Weinstein, Atty (ad litem)*
*10 Roxbury St 2nd fl. 50 State St, 20th fl.*
*Roxbury, Ma 02119-9128 Boston, Ma 02109-9128*
*Receiver: 05CV00595*

an answer to the complaint which is herewith served upon you, within ___*5*___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Selena Thomas Jackson Inc-Rest Provident* *10/17/05*
CLERK                                      DATE

                                      *X Pro Se Clerk*
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action    *SS: 05CV11559-RWZ (USD)*

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

■ Served personally upon the third-party defendant. Place where served: *10 Roxbury St, Rox, Ma 02119*
*50 State St, 28th Fl, Boston, Ma 02109-9128*

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
Date            Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 398   (Rev. 12/93)

# NOTICE OF LAWSUIT AND REQUEST FOR
## ~~WAIVER~~ OF SERVICE OF SUMMONS

Boston Housing, CF
Judge Kariakotos, Judge Winik                    Nat'l Rooting Co etal.    ATTACHMENT 7

TO: (A) Veepa Gibbs Barnos et al, City Insp Svc, Silvian Robertson Constr Co.

as    (B) Silvian Roberteun _____ of (C) Silvian Robertson Consts Co

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. It has been filed in the United States District Court for the
(D) eleventh _____ District of _____ Massachusetts
and has been assigned docket number (E) 05 CV11559-RWZ

This is not a formal summons or notification from the court, but rather my request that you sign and return the enclosed waiver of service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within (F) 5 _____ days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope (or other means of cost-free return) for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent (or before 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service. In this connection, please read the statement concerning the duty of parties to waive the service of the summons, which is set forth at the foot of the waiver form.

I affirm that this request is being sent to you on behalf of the plaintiff, this    / 7th _____ day of
October _____, 2005 .

Provident
_____
Signature of Plaintiff's Attorney
or Unrepresented Plaintiff    Pro Se Litigant
7011548894

A—Name of individual defendant (or name of officer or agent of corporate defendant)

B—Title, or other relationship of individual to corporate defendant

C—Name of corporate defendant, if any

D—District

E—Docket number of action

F—Addressee must be given at least 30 days (60 days if located in foreign country) in which to return waiver

SS:05(CV)11559-RWZ (A-F)
Selena T Jackson, Inc - Reit / Provident
V S
Vespa Gibbs Barnes et al, Silvian Robertson Constr Cactal
Judge Winik, Judge Mariakotis, City Insp Svc/Proj Pride

%AO 399  (Rev. 10/95)

**WAIVER OF SERVICE OF SUMMONS**

TO: _Selena Thomas Jackson, Inc-Reit / Pro Se Litigant_
(NAME OF PLAINTIFF'S ATTORNEY OR UNREPRESENTED PLAINTIFF)

I, _Vespa Gibbs Barnes et al-BHC_, acknowledge receipt of your request
(DEFENDANT NAME)
— Provident

that I waive service of summons in the action of _Selena Thomas Jackson, Inc-Reit_
(03CV00585-BHC) Reserversship (CAPTION OF ACTION)

which is case number _05CV11559-RWZ_ in the United States District Court
(DOCKET NUMBER)

for the _Eleventh_ District of _massachusetts_.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an

answer or motion under Rule 12 is not served upon you within 60 days after    _10/17/05_,
(DATE REQUEST WAS SENT)

or within 90 days after that date if the request was sent outside the United States.   CVGenowner
(Owner Oper)

_October 17 2005_    _Selena Thomas Jackson, Inc-Reit/Provident_
(DATE)    (SIGNATURE)

Printed/Typed Name: _Selena Thomas Jackson, Inc-Reit_
Landlord/Owner = Pro Se Litigant = 701K54887
As _CVGenowner/Consultant_ of _Vespa Gibbs Barnes et al_
(TITLE)    (CORPORATE DEFENDANT)
Selvian Robertson Consts Co,

X  _Signature_

**Duty to Avoid Unnecessary Costs of Service of Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary costs of service of the summons and complaint. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of summons, fails to do so will be required to bear the cost of such service unless good cause be shown for its failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must within the time specified on the waiver form serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and must also file a signed copy of the response with the court. If the answer or motion is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**PLAINTIFF'S NAME** ___ *President*
*Selena Thomas Jackson, Inc-Reit*

*Vespa Gibbs Barnes, et al -BHC*
*Silvian Robertson Cerrstr. Co., et al.*
*Natll Roofing Co.*
*City-Insp Sub./Pride Project-Mayor*

**Defendant's Name**

**CIVIL ACTION**

NO. *05CV11559-RWZ*
*(03CV00595 - BHC)*
*(98CV01452 -BHC)*
*Change of Venue*

## COMPLAINT

### Parties

1.  The plaintiff is a resident of your town, your county, Massachusetts and a *President* citizen of the United States. *Selena Thomas Jackson, Inc ·Reit*

2.  The defendant ~~Harry Houdini~~ is a resident of ~~East Overshoe~~ *Roxbury, Ma 02119* and a citizen of *Vespa Gibbs Barnes et al*
    the United States.

3.  The defendant ~~Hazel Houdini~~ *Silvian Robertson* is a resident of ~~East Overshoe~~ *Randolph, Ma* and a citizen of *Silvian Robertson Cemstr. Co, Inc*
    the United States.

### Jurisdiction ( *03CV00595 Criminal* )

4.  This court has jurisdiction over this matter pursuant to 28 U.S.C. §1332.
    *28 U.S.C. §1331 et Seq, 28 U.S.C. §2255, 28 usc §2254, 1395 H*
    *26 U.S.C. §7609, Title XVI, 12 usc 3410, 410, 1(q), 28 usc§2403, 2778 70C*
    *AO120, AO121, AO398, AO399, P.L.104-140, §1(a), 110 Stat.1327, P.L.104-134*
    *Title I (Title VIII, §804(a),(c)(e)), 110 Stat.1321-73, 1321-74, Chap 64681, 62 stat.*
    *954; ch 139, §98, 63 stat.104, Ch 655 §51(b),(c), 65 stat.727; P.L.86-320, 73 stat,*
    *590; P.L.96-82, §6, 93 stat.645.)*

SS: 05CV11559-RWZ ( 05CV00595-13HC
                    98CV01452-13HC )
                    Change of Venue

**Facts**

15, 2005 respa Gibbs Barnes/Silvian Robertson Consts Co

5.   On July 4, 1999, Harry Houdini and Hazel Houdini entered into a contract of Receivership
     Silvian Robertson Consts, Co.
     with the Plaintiff, whereby the Houdinis agreed to Consts/repairs roof + Porches
     both bathrooms, sheetrock ceilings in backhall, 2s, 0fc 2nd fl, 2 baths
     Repl. 8 windows on (L) side of house

6.   Facts continued.......... see attached police reports of 9-15-05
     050252339, 060495934

7.   Facts continued. Docket # 0507CR006108
                                              Dismissal of matter

8.   The last paragraphs should state the relief you are seeking. Restraining Order/Release
     Panative damages for loss of prop + wages   From 15B Demm 07/03/05

9.   WHEREFORE, the Plaintiff demands judgment against the defendants for
     Theft, Rental Loss  $1775000 plus pen/w/int for business
     damages and such other relief as this Court deems just. income for 2004/2005
                                                to be re-determined 11300s

10.  If the plaintiff wants a trial by jury, it must be requested by the plaintff.  N

11.  The plaintiff demands a trial by jury. NO

                                                    President
     Signature Selena Thomas Jackson, Inc. Reit
               Owner

     Name    ROBERT THE RABBIT Selena Thomas
     Pro Se Litigant     Jackson Inc Reit
     Address  123 BUNNY LANE 57 Westmore Rd 2

                              0226-9555728
              Boston, Massachusetts 00000

     Telephone # 617-296-6655 NP

JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

Reit Provident

**I. (a) PLAINTIFFS** Selena Thomas Jackson, Inc.
mth. O/veCOGITUM, Inc. - Reit
mth Olive United Rel Six, Inc
President Consulting, Inc
FNBB/mth oliveUnited Inc Su Holk

**DEFENDANTS** Vespa Gibbs Barnes, et al.
Silvian Roberthson Corots Co Inc, et al.
National Roofing Cla, Inc., et al.
John Const. Co
Su Holk

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

Sussex / Su Holk / Norfolk

County of Residence of First Listed _____ Su Holk
(IN U.S. PLAINTIFF)

NOTE: IN LAND CONDEMNATION _____
LAND INVOLVED. 57 Westmore Rd, matt

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Selena Thomas Jackson, Inc-Reit
Pro Se Litigant - 70154887
57 Westmore Rd, #2
mattapan, mu 02126-1558128

Attorneys (If Known)
Vespa Gibbs Barnes, et al-Receiver
Cella Weinstein, Atty (ad litem)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [X] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [X] 4 |
| Citizen of Another State | [ ] 2 | [X] 2 | Incorporated and Principal of Business In Another State | [X] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [X] 3 | Foreign Nation | [X] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [X] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [X] 610 Agriculture | [X] 422 Appeal 28 USC 158 | [X] 400 State Reapportionment |
| [X] 120 Marine | [X] 310 Airplane | [X] 362 Personal Injury— | [X] 620 Other Food & Drug | | [X] 410 Antitrust |
| [X] 130 Miller Act | [X] 315 Airplane Product Liability | Med. Malpractice | [X] 625 Drug Related Seizure of Property 21 USC 881 | [X] 423 Withdrawal 28 USC 157 | [X] 430 Banks and Banking |
| [X] 140 Negotiable Instrument | [X] 320 Assault, Libel & | [X] 365 Personal Injury — Product Liability | [X] 630 Liquor Laws | | [X] 450 Commerce/ICC Rates/etc. |
| [X] 150 Recovery of Overpayment & Enforcement of Judgment | Slander | [X] 368 Asbestos Personal | [X] 640 R.R. & Truck | **PROPERTY RIGHTS** | [X] 460 Deportation |
| [X] 151 Medicare Act | [X] 330 Federal Employers' | Injury Product Liability | [X] 650 Airline Regs. | [X] 820 Copyrights | [X] 470 Racketeer Influenced and Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | Liability | **PERSONAL PROPERTY** | [X] 660 Occupational Safety/Health | [X] 830 Patent | [X] 810 Selective Service |
| | [X] 340 Marine | [X] 370 Other Fraud | [X] 690 Other | [X] 840 Trademark | [X] 850 Securities/Commodities/ Exchange |
| [X] 153 Recovery of Overpayment of Veteran's Benefits | [X] 345 Marine Product Liability | [X] 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | [X] 875 Customer Challenge 12 USC 3410 |
| [X] 160 Stockholders' Suits | [X] 350 Motor Vehicle | [X] 380 Other Personal Property Damage | [X] 710 Fair Labor Standards Act | [X] 861 HIA (1395ff) | [X] 891 Agricultural Acts |
| [X] 190 Other Contract | [X] 355 Motor Vehicle Product Liability | [X] 385 Property Damage Product Liability | [X] 720 Labor/Mgmt. Relations | [X] 862 Black Lung (923) | [X] 892 Economic Stabilization Act |
| [X] 195 Contract Product Liability | [X] 360 Other Personal Injury | | | [X] 863 DIWC/DIWW (405(g)) | [X] 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [X] 730 Labor/Mgmt. Reporting & Disclosure Act | [X] 864 SSID Title XVI | [X] 894 Energy Allocation Act |
| Bldg Restored [X] 210 Land Condemnation | [X] 441 Voting | [X] 510 Motions to Vacate Sentence | [X] 740 Railway Labor Act | [X] 865 RSI (405(g)) | [X] 895 Freedom of Information Act |
| [X] 220 Foreclosure | [X] 442 Employment | Habeas Corpus: | | **FEDERAL TAX SUITS** | [X] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [X] 230 Rent Lease & Ejectment | [X] 443 Housing/ Accommodations | [X] 530 General | [X] 790 Other Labor Litigation | [X] 870 Taxes (U.S. Plaintiff or Defendant) | |
| [X] 240 Torts to Land | [X] 444 Welfare | [X] 535 Death Penalty | [X] 791 Empl. Ret. Inc. Security Act | | [X] 950 Constitutionality of State Statutes |
| [X] 245 Tort Product Liability | [X] 440 Other Civil Rights | [X] 540 Mandamus & Other | | [X] 871 IRS—Third Party 26 USC 7609 | [X] 890 Other Statutory Actions |
| [X] 290 All Other Real Property Stolen Van 9-3 0E | | [X] 550 Civil Rights [X] 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

03CV00595-BHC

- [X] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

28USC 2403
28USC 870C

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 USC p1331 et seq, Rule 5:1, 28 USC 2254, 28 USC 2255
28USC1915, 28USC1915A, Rule 10 Allegations, G.L. 123 S, 15(B), 18USC 3401(b), 6366 Title
Ch 64b, 62 Stat. 954, Ch 137, 898, 63 Stat. 104, ch 655 Q5(b)(c), 65 Stat 527, P.L. 81-330, x3 Stat. 590

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION DEMAND UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [X] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
03CV00595-BHC
98CV01452-BHC

JUDGE Karia Kotis Winik

DOCKET NUMBER 05CV11559-RWZ

DATE 10/17/05

SIGNATURE OF ATTORNEY OF RECORD
Selena Thomas Jackson, Inc-Reit/Provident (Pro Se Litigant)
Owner

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse (Rev. 3/99)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.      (a) Plaintiffs-Defendants. Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b.) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.     Jurisdiction. The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States, are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III.    Residence (citizenship) of Principal Parties. This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV.     Nature of Suit. Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section IV below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V.      Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI.     Cause of Action. Report the civil statute directly related to the cause of action and give a brief description of the cause.

VII.    Requested in Complaint. Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII.   Related Cases. This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature. Date and sign the civil cover sheet.

SS: 05CV11559 -RWZ (A-E)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

1. TITLE OF CASE (NAME OF FIRST PARTY ON EACH SIDE ONLY) *Selena Thomas Jackson, Inc-Reit/Provide*
   *V'S Vespa Gibbs Barnes + Silvian Robertson Vemoti, Co, et al*

2. CATEGORY IN WHICH THE CASE BELONGS BASED UPON THE NUMBERED NATURE OF SUIT CODE LISTED ON THE CIVIL COVER
   SHEET. (SEE LOCAL RULE 40.1(A)(1)).

   ✓ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   ✓ II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730, 740,
           790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.   *Also complete AO 120 or AO 121
                                                                       for patent, trademark or copyright cases

   ✓ III.   110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ✓ IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
           690, 810, 861-865, 870, 871, 875, 900.

   ✓ V.   150, 152, 153.

3. TITLE AND NUMBER, IF ANY, OF RELATED CASES. (SEE LOCAL RULE 40.1(E)). *Kariakotis / Winik.*
   *03CV100575 BHC/98-01452CV-BHC*
   *Gustama P. Roodyle + Martine Sterling VS Selena Jackson*
   *City Insp Svt US Selena Jackson/Vespa Gibbs Barnes - Racciver*

4. HAS A PRIOR ACTION BETWEEN THE SAME PARTIES AND BASED ON THE SAME CLAIM EVER BEEN FILED IN THIS COURT?
   YES ☐    NO ☒

5. DOES THE COMPLAINT IN THIS CASE QUESTION THE CONSTITUTIONALITY OF AN ACT OF CONGRESS AFFECTING THE PUBLIC
   INTEREST? (SEE 28 USC 2403)   YES ☒    NO ☐
   IF SO, IS THE U.S.A. OR AN OFFICER, AGENT OR EMPLOYEE OF THE U.S. A PARTY?
   YES ☐    NO ☐

6. IS THIS CASE REQUIRED TO BE HEARD AND DETERMINED BY A DISTRICT COURT OF THREE JUDGES PURSUANT TO TITLE 28 USC
   2284?   YES ☒    NO ☐

7. DO ALL PARTIES IN THIS ACTION RESIDE IN THE CENTRAL DIVISION OF THE DISTRICT OF MASSACHUSETTS (WORCESTER
   COUNTY) - (SEE LOCAL RULE 40.1(C)).   YES ☒    NO ☐
   OR IN THE WESTERN DIVISION (BERKSHIRE, FRANKLIN, HAMPDEN OR HAMPSHIRE COUNTIES)?(SEE LOCAL RULE 40.1(D)).
   YES ☐    NO ☐

8. DO ALL OF THE PARTIES RESIDING IN MASSACHUSETTS RESIDE IN THE CENTRAL AND/OR WESTERN DIVISIONS OF THE DISTRICT?
   YES ☒    NO ☐
   (a)   IF YES, IN WHICH DIVISION DOES THE PLAINTIFF RESIDE? *Franklin, Central Div*

9. IN WHICH DIVISION DO THE ONLY PARTIES RESIDING IN MASSACHUSETTS RESIDE? *Eastern Div/Central*

10. IF ANY OF THE PARTIES ARE THE UNITED STATES, COMMONWEALTH OF MASSACHUSETTS, OR ANY GOVERNMENTAL AGENCY OF
    THE U.S.A. OR THE COMMONWEALTH, DO ALL OTHER PARTIES RESIDE IN THE
    CENTRAL DIVISION; YES ☐ NO ☐    OR WESTERN DIVISION;   YES ☒    NO ☐

11. ALTERNATIVE DISPUTE RESOLUTION - IS THIS CASE SUITABLE FOR ADR? IF SO, BY WHICH ADR?
    EARLY NEUTRAL EVALUATION ☐    MEDIATION ☐    SUMMARY JURY/BENCH TRIAL ☐
    MINI-TRIAL ☒ *10-18-05*   OTHER ☒ *To Schedule for Crim. Prosecution + Docketing*
                                                                        *3-72-90)*
(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME *Selena Thomas Jackson, Inc-Reit/Provident Owner-Acquired*
ADDRESS *57 Westmore Rd-2, Mattapan, Ma 02126-1553/28*
TELEPHONE NO. *617-296-6655NP/800-560-6000*

(Category Form.wpd - 3/28/2000)

Selena Thomas Jackson, Inc-Reit/Provident
vs
Vespa Gibbs Barnes, et al / Selvian Robertson Constr
Co.
(A-F)
SS:05CV11559-RWZ

**STEP BY STEP**
**May 2002**

**ATTACHMENT 6**
**Page 3**

(h)  As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program.

HISTORY:   (June 25, 1948, ch 646, § 1, 62 Stat. 954; May 24, 1949, ch 139, § 98, 63 Stat. 104; Oct. 31, 1951, ch 655, § 51 (b), (c), 65 Stat. 727; Sept. 21, 1959, P.L. 86-320, 73 Stat. 590; Oct. 10, 1979, P.L. 96-82, § 6, 93 Stat. 645.)
  (As amended April 26, 1996, P.L. 104-134, Title I [Title VIII, § 804(a), (c)-(e)], 110 Stat. 1321-73, 1321-74; May 2, 1996, P.L. 104-140, § 1(a), 110 Stat. 1327.)

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

28 USCS § 1915A (2002)

§ 1915A.  Screening

(a)  Screening.  The court shall review, before docketing, if feasible or, in any event, as soon as practicable after docketing, a complaint in a civil action in which a prisoner seeks redress from a governmental entity or officer or employee of a governmental entity.

(b)  Grounds for dismissal.  On review, the court shall identify cognizable claims or dismiss the complaint, or any portion of the complaint, if the complaint--
  (1) is frivolous, malicious, or fails to state a claim upon which relief may be granted; or
  (2) seeks monetary relief from a defendant who is immune from such relief.

(c)  Definition.  As used in this section, the term "prisoner" means any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms and conditions of parole, probation, pretrial release, or diversionary program.

HISTORY:   (Added April 26, 1996, P.L. 104-134, Title I [Title VIII, § 805(a)], 110 Stat. 1321-75; May 2, 1996, P.L. 104-140, § 1(a), 110 Stat. 1327.

26 USC 7609 - Third Party Tax
405(g) Soc. Sec
1395ff Soc Sec
923 Bl Lung - Soc Sec
Title XVI Soc Sec
12 USC 3410 - Cust Chall
40.1(g) local rule Title + # related cases
28 USC § 2408 act of Congr pull Int *
2771 § 70C Decriminalize *
28 USC § 2254 writ of Habeas Corpas by a person in state *
28 USC § 2255 to vacate, set aside, or correct sentence by person in Federal
custody are available from Pro Se clerk
Rule 5.1 of the local rules of this Court for Pleadings
28 USC § 1331 et seq. for Jurisdiction or reason your case is being filed in Dist
Rule 10 fed rules of Civ Procedure for Allegations
G.L.C 123, S.15(B) * Order of Commitment of a defendant for Observ (15B)
Rule 4(d) fed rule of Civ procedure/notice + Request for waiver of Serv
28 U.S.C. § 1915 Form Pauperis Appl to Proceed w/out Re payment of fees + All
18 U.S.C. 3401(b), 636b, c title,
28 U.S.C. § 1915A (2002) Screening
History: (added April 26, 1996, P.L. 104-134, Title I (Title VIII, § 805(a)), 110 Stat. 1321-75; may-
1996, P.L. 104-140, § 1(a), 110 Stat. 1327.
History: (June 25, 1948, Ch 646, § 1, 62 Stat. 854; may 24, 1949, ch 139, § 98, 63 Stat. 104; Oct. 31, 1951,
Ch 655, § 51(b), (c), 65 Stat. 727; Sept. 2, 1959, P.L. 86-320, 73 Stat. 590; Oct 10, 1979,
P.L. 96-8286, 93 Stat. 645.) (As amended April 26, 1996, P.L. 104-134, Title I
(Title VIII, § 804(a), (c)-(e)), 110 Stat. 1321-73, 1321-74; may 2, 1996, P.L. 104-140, §
1(a), 110 Stat. 1327.)

AO 120 / copyrights, poetry, music
   121

AO 398 (Attach 7) + AO 399 (Attach 8) + Complaint