104 CMR 32.00

1 of 2 Sides

**COMMONWEALTH OF MASSACHUSETTS**

**DEPARTMENT OF MENTAL HEALTH**

**COMPLAINT FORM**

| For Department Use Only |
|---|
| Date Received: [illegible] |
| Received By: |

Log #: 05CV11559-RWZ

1. NAME OF COMPLAINANT(S) — STATUS* — ADDRESS AND TELEPHONE # (OR PROGRAM NAME)

a. Selena Thomas Jackson, [illegible] — 57 Westmore Rd, Mattapan
b. — c/o 25 Staniford St [illegible]
c. — [illegible], Boston, Ma 02114-9128

2. Client(s)Thought to be Harmed by Matter Complained of (if any and if known) — ADDRESS AND TELEPHONE # (OR PROGRAM NAME)

a. Selena Thomas Jackson, [illegible] — 57 Westmore Rd, Mattapan
b. — Ma 02126-9128 & ELMHC
c. — 25 Staniford St, [illegible], Ma 02114-9128

3. NAME(S) OF PERSON(S) COMPLAINED OF (if any and if known) — STATUS* — ADDRESS AND TELEPHONE # (OR PROGRAM NAME)

a. ELMHC Staff — [illegible] — 25 Staniford St, [illegible], Ma 02114
b. Dorch Court - Tony Ellison, Atty — [illegible] — 510 Wash St, Dorch, Ma 02124-9128
c. Mail Deliverer (ELMHC) — [illegible] — 25 Staniford, [illegible], Ma 02114-9128

4. PERSON FILLING OUT FORM (if other than above): Selena Thomas Jackson [illegible]

5. WHEN DID MATTER COMPLAINED OF OCCUR [Date(s) and Time(s)]? 9-15-05, 4:15 pm; 9-16-05, 2:30 pm

6. WHERE DID MATTER COMPLAINED OF OCCUR? 57 Westmore Rds, Mattapan, Ma 02126-9128, 20 Gilmore St, Mattapan, Ma 02126-9128

7. Describe what Happened (Continue on back and/or attach additional sheets as necessary):

I. Selena Thomas Jackson vs Northshore Cred Agency, MDCR, U.S. Dept HHS, Comm Mass
II. " " " vs. City of Bos Tx Coll, mayor Menino, [illegible]
V. " " " vs. Bos Water & Sew, [illegible]
VI. " " " vs. [illegible], Verizon, AT&T, [illegible], Atlantic
X. " " " vs. ELMHC & SCI MHC, [illegible]
Y. " " " vs. BPD [illegible], City [illegible]

* STATUS: C=Client; E=Employee; H=Human Rights Committee; R=Relative; O=Other (Specify)

Z. " " " vs. [illegible], BPD

"Report filed in wrong Dist Should be Area -B-3"

# BOSTON POLICE INCIDENT REPORT

ORIGINAL ☐ SUPPLEMENTARY ☒

KEY SITUATIONS: OTHERS
COMPLAINT NO: 050252339
REPORT DIST: A1

************* DataBase Error *************Source : DBManager.GetRecordSet : Select * from incStatus where CompNos = 50252339 and SuppNos = 1SQLState = 42000Native Error = 229Description = SELECT permission denied on object 'incStatus', database 'Incident', owner 'dbo'.************* *******************************

TYPE OF INCIDENT: WARRANT ARREST
CRIME CODE: 0
STATUS:
DATE OF OCCUR: A.09/15/05

LOCATION OF INCIDENT: 20 GILMER ST
APT.:
DISPATCH TIME:
TIME OF OCCUR.: A.04:25 PM
B.

VICTIM-COMP. (LAST, FIRST, MI): COMM OF MASS
PHONE: (000)-000-0000
SEX:
RACE:
MARITAL STATUS:

ADDRESS:
APT.:
OCCUPATION:
AGE: 0
D.O.B.:

PERSON REPORTING: PO J MCLEAN
ADDRESS: 1165 BLUEHILL AV,DO,MA,00000-0000
APT.:
PHONE: (617)-343-4700

WAS THERE A WITNESS TO THE CRIME: NO ☒

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT | TELEPHONE |
|---|---|---|---|---|---|---|
| | | | | | | RES / BUS |

NUMBER OF PERPETRATORS : 1 — CAN SUSPECT BE IDENTIFIED AT THIS TIME: YES ☒

| STATUS | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | PHOTO NO. | ALIAS |
|---|---|---|---|---|---|
| ARRESTED | JACKSON,SELENA | 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 | 20050288603 | | |

| WARRANT NO. | ADDRESS | SEX | RACE | AGE | HEIGHT | DOB |
|---|---|---|---|---|---|---|
| | 57 WESTMORE RD,MATTAPAN,MA,02126-0000 | FEMALE | BLACK NON-HISPANIC | 59 | 5-01 | 4/13/1946 |

| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| | 150 | MEDIUM | BLACK | BROWN |

CAN SUSPECT VEHICLE BE DESCRIBED: NO ☒

| STATUS | REG. STATE | REG. NO. | PLATE TYPE | YEAR(EXP) | MODEL |
|---|---|---|---|---|---|
| | | | | | |

VEHICLE MAKE YEAR: | VEHICLE NO.: | STYLE: | COLOR(TOP/BOTTOM):
OPERATOR'S NAME: | LICENSE NO.: | STATE: | OPERATOR'S ADDRESS:
OWNERS'S NAME: | OWNERS'S ADDRESS:

CAN PROPERTY BE IDENTIFIED: NO ☒

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR |
|---|---|---|---|---|---|---|
| | | | | | | |

IS THERE A SIGNIFICANT M.O.: NO ☒

TYPE OF WEAPON-TOOL: | NEIGHBORHOOD: | TYPE OF BUILDING: | PLACE OF ENTRY:
WEATHER: | LIGHTING: | TRANSPORTATION OF SUSPECT: | VICTIM'S ACTIVITY:
UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR: | RELATIONSHIP TO VICTIM:

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE): NO ☒ — (2) Recognaissance for 10-3-05 Shown to the Police Officers

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW): NO ☒

BLOCK NO. / NARRATIVE AND ADDITIONAL INFORMATION:
ABOUT 4:25PM POS MCLEAN/ DOHERTY C101F ARREST SUSPECT ABOVE ON OUTSTANDING LARCENY WARRANT #0501CR02280 REF #W6635231ISSUED BOSTON MUNICIPLE CT 08/15/05. OFFICERS WERE INVESTIGATING CC# 050455934 AT THE TIME. SUSPECT TRANSPORTED TO B-3 AND BOOKED/WARRANT UNIT NOTIFIED.

| UNIT ASSIGNED | TOUR OF DUTY | REPORTING OFFICER'S NAME | REPORTING OFFICER'S SIGNATURE | REPORTING OFFICER'S ID | PARTNER'S ID | FI |
|---|---|---|---|---|---|---|
| C101F | 3 | JEFFREY J MCLEAN | [signature] | 9792 | 9726 | NO |

DATE OF REPORT: 09/15/05
SPECIAL UNITS NOTIFIED(REPORTING):
TELETYPE NO.:

| TIME COMPLETED | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME | DUTY SUP. SIGNATURE | DUTY SUP. ID |
|---|---|---|---|---|---|
| 05:24 PM | | | MICHAEL V KERN | [signature] | 11620 |

"Change of Venue from Camb Dist. Ct."
"Change of Venue from Dorch Dist Ct."

"False Chgs" "Quash" "Tele Submitted" 10-3-05

Re: 05CV11559-RWZ Selena Jackson, Inc-Reit
U.S. Dist Ct vs
(BHC-C03CV00595) Vespa Gibbs Barnes, et al-Receiver

(False Perpetrator of Landlord a/k/a "Silvian Robertson" (Roots Co." Selena Jackson

# BOSTON POLICE INCIDENT REPORT

"Fraudulent Permits of Owner by [illegible] issued [illegible]"

ORIGINAL ☒ SUPPLEMENTARY ☐

| KEY SITUATIONS | | COMPLAINT NO 050495934 | REPORT DIST. B3 | CLEARANCE DIST |
|---|---|---|---|---|
| TYPE OF INCIDENT VANDALISM | CRIME CODE 0 | STATUS | DATE OF OCC A 09/15/0 | |
| LOCATION OF INCIDENT 57 WESTMORE RD | | APT. / DISPATCH TIME 04:02 PM | TIME OF OCC A 03:59 | |

| VICTIM-COMP. (LAST, FIRST, MI) | PHONE | SEX | RACE |
|---|---|---|---|
| ROBINSON, SILVIAN | (781)-953-3751 | MALE | BLACK NON-HISPANIC |

| ADDRESS | APT. | OCCUPATION | |
|---|---|---|---|
| 57 WESTMORE ST,MATTAPAN,MA,02126-0000 | | | 0 |

| PERSON REPORTING | ADDRESS | APT. | PHONE |
|---|---|---|---|
| ROBINSON, SILVIAN | 57 WESTMORE,MATTAPAN,MA,02126-0000 | | (781)-953-3751 |

WAS THERE A WITNESS TO THE CRIME ☒ YES ☐ NO

| PERSON INTERVIEWED | AGE | LOCATION OF INTERVIEW | APT. | HOME ADDRESS | APT. | TELEPHONE |
|---|---|---|---|---|---|---|
| MCLEAN, ALDWIN | 0 | ON-SCENE | | | | (617) 265-8376 RES (000) 000-0000 BUS |

NUMBER OF PERPETRATORS / CAN SUSPECT BE IDENTIFIED ☒ YES ☐ NO

PERSONS

| STATUS | NAME (LAST, FIRST, MI) | S.S. NO. | BOOKING NO. | ALIAS |
|---|---|---|---|---|
| ARRESTED SUSPECT | JACKSON,SELENA | 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 | 20050288603 | |

| WARRANT NO. | ADDRESS | SEX | RACE | AGE | HEIGHT | DOB |
|---|---|---|---|---|---|---|
| | 57 WESTMORE RD,MATTAPAN,MA,02126-0000 | FEMALE | BLACK NON-HISPANIC | 59 | 5-01 | 4/13/1946 |

| SPECIAL CHARACTERISTICS(INCLUDING CLOTHING) | WEIGHT | BUILD | HAIR | EYES |
|---|---|---|---|---|
| | 150 | MEDIUM | BLACK | BROWN |

CAN SUSPECT VEHICLE BE DESCRIBED ☐ YES ☒ NO

VEHICLES

| STATUS | REG. STATE | REG. NO. | PLATE TYPE | YEAR(EXP) | MODEL |
|---|---|---|---|---|---|
| | | | | | |

VEHICLE MAKE YEAR / VEHICLE NO. / STYLE / COLOR(TOP-BOTTOM)

OPERATOR'S NAME / LICENSE NO. / STATE / OPERATOR'S ADDRESS

OWNERS'S NAME / OWNERS'S ADDRESS

CAN PROPERTY BE IDENTIFIED ☒ YES ☐ NO

PROPERTY

| STATUS | TYPE OF PROPERTY | SERIAL OR I-DENTI-GUARD NO. | BRAND NAME-DESCRIPTION | MODEL | VALUE | UCR |
|---|---|---|---|---|---|---|
| DESTROYED / DAMAGED / VANDALIZED | HOUSE WINDOW | | | | | |

IS THERE A SIGNIFICANT M.O. ☒ YES ☐ NO

MO

| TYPE OF WEAPON-TOOL | NEIGHBORHOOD | TYPE OF BUILDING | PLACE OF ENTRY |
|---|---|---|---|
| ROCK | RESIDENCE/HOME | RESIDENTIAL HOUSE | FRONT DOOR |

| WEATHER | LIGHTING | TRANSPORTATION OF SUSPECT | VICTIM'S ACTIVITY |
|---|---|---|---|
| CLOUDY | NATURAL | FOOT | |

| UNUSUAL ACTIONS AND STATEMENTS OF PERPETRATOR | RELATIONSHIP TO VICTIM |
|---|---|
| | NONE |

IS THERE ANY PHYSICAL EVIDENCE (DESCRIPTION AND DISPOSITION IN NARRATIVE) ☒ YES ☐ NO

IS THERE ANY OTHER REASON FOR INVESTIGATION (REASON BELOW) ☒ YES ☐ NO

BLOCK NO. / NARRATIVE AND ADDITIONAL INFORMATION

ABOUT 4:00 PM 09-15-2005 P.O. HENRY DOHERTY AND JEFF MCLEAN C101F RESPONDED TO A RADIO CALL FOR A FIGHT AT 57 WESTMORE ROAD. A WOMAN WHO USED TO LIVE THERE WAS REPORTED TO HAVE THROWN ROCKS AT THE HOUSE WINDOWS. THE CALLER ALSO REPORTED SHE HAD HER SONS WITH HER, WHO WERE CARRYING BASEBALL BATS. UPON ARRIVAL THE SUSPECTS HAD SINCE LEFT. THE BUILDING WAS FOUND TO BE A VACANT HOME, BEING CLEANED OUT AND RENOVATED. OFFICERS WERE APPROACHED BY EMPLOYEES OF THE ROBINSON INVESTMENTS COMPANY. THE CONTRACTORS SHOWED OFFICERS A BROKEN GLASS WINDOW, AND HALF OF A BRICK ON THE LAWN. OFFICERS LEARNED THAT A BANK HAD FORECLOSED ON THE HOUSE. MR. ROBINSONS COMPANY WAS HIRED TO CLEAN OUT THE HOUSE FOR THE BANK. MR. SILVIAN ROBINSON THEN ARRIVED. HE CONFIRMED HIS EMPLOYEES INFORMATION TO POLICE. ANOTHER EMPLOYEE CAME FORWARD AND STATED HE SAW THE SUSPECT WOMAN SITTING ON A PORCH AROUND THE CORNER AT 20 GILMER STREET OFFICERS APPROACHED AND SPOKE TO THE WOMAN. MS. SELENA JACKSON SAW POLICE, BUT DIDN'T APPROACH THEM TO EXPLAIN WHAT HAD HAPPENED. WHEN OFFICERS FINALLY APPROACHED SELENA, SHE THEN CHOSE TO EXPLAIN HER SIDE OF THE STORY. SELENA STATES SHE STILL LIVES AT 57 WESTMORE, AND PLANS TO CONTINUE LIVING THERE. SHE STATES THE BANK IS WRONGFULLY ATTEMPTING TO EVICT HER FROM THE PROPERTY. SHE STATES A RECENT COURT DECISION ALLOWED HER TO RETURN TO 57 WESTMORE. SELENA CONTINUOUSLY TALKING TO OFFICERS ABOUT ALL THE COURT PROCEDURES THAT REWARDED THE HOUSE TO HER. OFFICER MCLEAN RAN A ROUTINE CHECK OF MS. JACKSON. SHE WAS FOUND TO HAVE AN ACTIVE FELONY WARRANT. (SEE CC# 05-0252339). SELENA JACKSON WAS THEN PLACED UNDER ARREST FOR THE WARRANT. OFFICER DOHERTY FILED A CRIMINAL COMPLAINT APPLICATION TO DORCHESTER DISTRICT COURT FOR THE VANDALISM (GLASS WINDOW). THE CONTRACTORS WERE ADVISED TO POST A NO TRESPASSING SIGN AT THE 57 WESTMORE ADDRESS.

Handwritten margin notes: "False Allic" "False Acquired 3/12-90 The Landlord Selena Jackson is foreclosing" "Not applicable to landlord"

Re: U.S. Dist Ct SS: 05CV11559-RWZ

"Court date of Warrant due too fraudulent by merged Banks. 10-3-05 "Change of Venue to USD"

| UNIT ASSIGNED | TOUR OF DUTY | REPORTING OFFICER'S NAME | | REPORTING OFFICER'S SIGNATURE | | REPORTING OFFICER'S ID | PARTNER'S ID | FI |
|---|---|---|---|---|---|---|---|---|
| C101F | 3 | HENRY J DOHERTY | | | | 9726 | 9792 | YES |
| DATE OF REPORT | SPECIAL UNITS NOTIFIED(REPORTING) | | | | | | TELETYPE NO. | |
| 09/15/05 | WARRANT UNIT | | | | | | | |
| TIME COMPLETED | PATROL SUPERVISOR NAME | PAT. SUP. ID | DUTY SUP. NAME | DUTY SUP. SIGNATURE | | | DUTY. SUP. ID | |
| 05:37 PM | | | MICHAEL V KERN | | | | 11620 | |

Refer to: USD - 05CV11559-RWZ
Selena Jackson, Inc - Pr. H Provident
VS
Vespa Gibbs Barnes, et al
Fraud w/int - Selvian Robertson Consts. Co.
Depts of Priv Prop Hughes Oil Co.
Fraud w/int National Roofing Co
John Constr. Co

**Mt. Olive Church Of God In Christ**
**United Mission, Inc.**
SELENA JACKSON - MISSIONARY
57 WESTMORE RD. MATTAPAN, MA 02126
(617) 296-6655

THIS CHECK IS IN PAYMENT OF THE FOLLOWING:

KSFCU
1213

TRANSPORTATION FEDERAL CREDIT UNION
KENDALL SQUARE OFFICE
55 BROADWAY CAMBRIDGE, MA 02142

50-947/219

PAY Two Hundred Eighty xx/100 DOLLARS

| DATE | CHECK NO. | AMOUNT |
|---|---|---|
| 9/27/05 | 1213 | 280 — |

TO THE ORDER OF Clerk - U.S. District Court
1 Courthouse Way - Ste 2300
Boston, Ma 02210

Re: Legal fees $250 - $30 - fee

Selena Jackson Missionary
AUTHORIZED SIGNATURE

⑈001213⑈ ⑆021909478⑆ 71907848361 2⑈