10/28/05

To: Regina Marshall, Atty
Disability Law Center, Inc
11 Beacon Street, Ste ~~925~~
Boston, Ma 02108
617-723-8455 / FAX: 617-723-9125

SS: 05CV11559-RWZ (US Dist Ct)
Criminal
(cause) Re: Amy Schloshberg
Harv Univ P.O.J

From: Selena Thomas Jackson, ~~Inc~~ Reit
57 Westmore Rd 2
Mattapan, Ma 02126-1558128
℅ ELMHC - Central Unit - #4086
25 Staniford Street - 4th Fl.
Boston, Ma 02114-9128

Patient # 20 41 50
Acct # EL00001186
EMR #: DMH0000757

Subj: Malpractice/Maltreatment Against ELMHC - Erich Lindemann Mental Health Center et al / Fidel R.N., and Dr. Naidoo, Umadevi, M.D., Dr Awad, Dir ELMHC, Dr. Arne Mohon, M.D. Asst. Dir - ELMHC - Robert Jacome, Dr. Alpert, M.D. - MGH

Complaint of Assault/Abuse by ELMHC Staff member
Namely: Dr. Naidoo, Umadevi, M.D., "Fidel, R.N.", and Dr. Awad, Dir
Asst. Robert Jacome, Dir ELMHC, Dr. Alpert, M.D. - MGH

"I, Selena Jackson, do hereby "complain", that I was "unlawfully detained again on 10/21/05, at the ELMHC," for the "same warrant issue pertaining to case matter 0501CR02280, at the Cambridge District Court," who "issued me 2 Recognisance for the hearing of 10/3/05," for which "ELMHC, was the cause of negating my Recognisance" by "Not Transporting me to the Cambridge Dist Court" as the "Dorchester Dist. Court," on the dates of 9/29/05, and 10/3/05, I therefore, was "remanded back to the ELMHC" after the "Vandalism Charges at Dorchester Court, were Dismissed." They transpo me to BMC, on an "alleged warrant pending from Cambridge Dist Court," for which the "Recognaisbances were issued, and Negated by ELMHC on 10/3/05 by "No transport to Court". I, did notify the Clerk of Court, of a possible "Warrant Issue", because of the "Technical Default" caused by my detention at the ELMHC since 9/16/05 - 10/21/05. The re-admittance to ELMHC, was considere "False detention, false arrest, denied due process, violation of right The ELMHC, did on the 10/21/05, place a "Telephone Restriction,"

10/21/05

To: Regina Marshall, Atty
Disability Law Center, Inc
11 Beacon Street, Ste
Boston, Ma 02108    617-723-8455/FAX: 617-723-9125

From: Selena Thomas Jackson, Inc-Rect    Patient # 20 41 50
57 Westmore Rd 2                           Acct # EL00001186
Mattapan, Ma 02126-1558128                 EMR#: DMH0000757
c/o ELMHC-Central Unit-#4086
25 Stanoford Street - 4th Fl.
Boston, Ma 02114-9128

Subj: Malpractice/Maltreatment Against ELMHC-Erich Lindemann Mental Health Center, et al/ "Fidel R.N.," and "Dr. Naidoo, Umadevi m Dr. Awad, Dir ELMHC, Dr. Arni Mohan, m.D., Asst. Dir-ELMHC-Robert Jacome

Complaint of Assault/Abuse (Cont'd)

on my phone calls, and thereby caused an "verbal confrontation" with "Fidel" the nurse on duty, when I was talking to Dr. Naidoo, on 10/21/05, "asking her to copy and/or fax Legal documents," "for me to the Court," so that I could address my "motion, to appeal" within the time frame of (10 days). "Except that," "Heather, Lois Trustin, and Dr. Naidoo," "all" refused to allow me to fax to the Court to expedite" the case matter, and then "informed me to mail it," which "I tried to do, except that they would not copy the "motion," so therefore, I could not appear for court, and/or "meet my time frame for prosecution." Therefor this constituted to me, Abuse, Malpractice, Maltreatment, obstruction of Justice, Assault, Neglect, mis-use of Authority, Viol. of Civ. Rights, Denied right of Appeal, Denied of Rebuttal, Malicious on Sunday, Fraudulent Concealment, Mail tampering, Invasion of Privacy, Malicious Mischief, Bodily Harm. I therefore request that the above charges be made upon the named parties involved with All incidents pertaining to any Physciatric hospitalization and/or detention for any 15B committal, pertaining to Selena Thomas Jackson

Selena Thomas Jackson
Pro Se Litigant #701548
Landlord/owner

Re To: US Dist Ct - 05CV11559-RWZ