UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SELENA JACKSON** | |
| Plaintiff | CIVIL ACTION |
| V. | NO. 05CV11559-RWZ |
| **VESPA GIBBS** | |
| Defendant | |

## JUDGMENT

**ZOBEL, D. J.**

In accordance with the ORDER entered 11/8/05;

JUDGMENT is entered DISMISSING the lawsuit.

By the Court,

11/8/05                                     s/ Lisa A. Urso
Date                                         Deputy Clerk