FILED May 16, 2006
CLERKS OFFICE

2006 MAY 18 P 12:37

U.S. DISTRICT COURT
DISTRICT OF MASS

SS: U.S. District Court
05CV11559-RWZ

Motion To Reconsider Decision of Dismissal

To The Honorable Judge:

I Selena Jackson do hereby request that you RECONSIDER MY ACTION to be taken AGAINST VESPA GIBBS BARNES, et al, for the wrongful actions taken by her, regarding the DESTRUCTION OF MY PRIVATE PROPERTY and ILLEGAL PROCEDURES USED by the IMPROPER NOTIFICATION, and Falsification of documents to achieve a VACATE of the premises located at 57 WESTMORE ROAD, MATTAPAN, MASS. 02126 . I am therefore seeking RESITUTION of the sum of $1,175000.00 for the WRONGFULL DESTRUCTION of MY PRIVATE BUSINESS PROPERTY, and ALL MY BELONGINGS, by ILLEGAL MEANS.. She has proceeded to SELL MY PROPERTY, Leaving me HOMELESS, even though an attempt was made to PAY THE OUTSTANDING MORTGAGE, with a check for the sum of $355000.00, and she has NOT PAID THE BALANCE OF THE SALE OF $485000.00 to me. I ACQUIRED THE PROPERTY ON 3/12/90, and I feel that MY DEED RIGHTS have been VIOLATED. The next HOUSING COURT is scheduled for May 19,2006 I therefore seek IMMEDIATE RESTITUIION FOR DAMAGES by the U.S.DISTRICT COURT, in the hopes of finalizing the housing dilemma.. I respectfully request your IMMEDIATE ACTION in this regards.   I also request to proceed in "Forma Pauperis" for this matter. Thank you.

*Selena Jackson*

Selena Jackson
PRO SE LITIGANT
57 Westmore Road
 Mattapan, MA 02126-1558
 c/o 90 Cushing Ave
  Dorchester, MA 02125
 Parker Shelter West

May 15,2006


SS: 05CV11559-RWZ  U.S.District Court-Zobel
SS:03CV00595-Suffolk Superior Court-Winick

Re: 57 WESTMORE,MATTAPAN,MA 02126-1558
VESPA GIBBS BARNES-RECEIVERSHIP/ DAMAGES AGAINST LANDLORD


DAMAGE LIST FOR SELENA JACKSON

| Item | Amount |
|---|---|
| 1 Olivetti Copier | $1500.00 |
| 2 Fax Machines/Tel | 600.00 |
| 3 Desks | 800.00 |
| 1 Wordprocessor | 500.00 |
| 1 Z-50 Copier | 500.00 |
| 2 Typewriters Elec | 1100.00 |
| Books for refernce | 500.00 |
| 4 File Cabinets | 1200.00 |
| 3 Desk Chairs | 500.00 |
| 1 Refrigerator | 700.00 |
| 1 Kitchen Set Glass | 800.00 |
| 3 Sets of Dishes | 300.00 |
| 1 Set of Pots&pans | 300.00 |
| 1 Dishwasher | 500.00 |
| Linens | 500.00 |
| 1 Queen Size Bedrm Set | 1500.00 |
| Clothes | 2000.00 |
| 1 Den Set | 800.00 |
| 1 Bookcase in Den | 500.00 |
| 1 Bar | 400.00 |
| 1 Livingroom Set | 700.00 |
| 3 Coffee Tables-Lvroom | 300.00 |
| 1 Library of Books | 1000.00 |
| 3 TV Sets –Color | 2500.00 |
| 1 Bedroom Set (spare) | 500.00 |
| Rental Loss (2yrs @$1200.00 per mo | =$28800.00 |
| 2 Vans removed | 2000.00 |
| 1 Sewing Machine(Singer) | 500.00 |
| 1 Freezer | 500.00 |
| 1 Desktop Computer | 1200.00 |
| 1 Vacuum Cleaner (Indust) | 150.00 |
| Rental Escrow Docket98-01452 | $700.00+int+pen |
| Business Loss Salary | $500,000.00 |

ALL FURNISHINGS WERE DESTROYED BY WORKMEN ON 7/15/05 WITH RECEIPTS

TOTAL COST ESTIMATED TO BE PAID TO SELENA JACKSON FOR THE DESTRUCTION OF HER PRIVATE PROPERTY WHICH WAS ACQUIRED 3/12/90 IS $561,250.00

_____
Landlord SELENA JACKSON