Subj: FORECLOSURE ADJUSTMENT OF PAYMENT RENDERED FOR SELENA JACKSON REGARDING LOT K-7 PARCEL 04772-000,NAMELY LOCKE-OBER RESTAURANT TO CLOSE FOR PROCEEDS OF SALE OF PROPERTY LOCATED AT 57 WESTMORE ROAD,MATTAPAN,MA 02126

TO WHOM IT MAY CONCERN;

Please be advised, that my property located at 57 Westmore Road,Mattapan,MA 02126, has been SOLD, due to RECEIVERSHIP 03CV00595 BY VESPA GIBBS BARNES, this parcel is SPLIT, and this was NOT A VOLUNTARY SALE, and the parcel is located at 4 WINTER PLACE BOSTON,MA 02103. This COMMERCIAL PARCEL of the "PROVIDENT REIT", that has to be included in the sale . My asking price for the sale of that property is $485,000.00 to reimburse the court, along with the payment release of monies OWED BY LOCKE-OBER, and payable to the INTERNAL REVENUE SERVICE, for the MUNICIPAL LIEN of 1978, that was placed on the property located at 4 WINTER PLACE,BOSTON,MA 02103, to clear the TITLE #406503,and certificate#99615, to change OWNERSHIP, of MY ACQUIRED PROPERTY OF 3-12-90. This parcel 04772-000,"MUST BE VACATED FOR OCCUPANCY OF OWNER SELENA JACKSON", 0f 57 WESTMORE ROAD,MATTAPAN,MA 02126, which was SOLD in LIEU OF 4 WINTER PLACE,BOSTON,MA.02103. Please TRANSACT the " NOTE drawn on the PROVIDENT INSTITUTION FOR SAVINGS INC", and made payable to my Attorney Ad Litem, CELIA WEINSTEIN for court receivership 03CV00595, and refer for payment to John C. HAMMILL, President of the SHAWMUT N.A MERGER, who is "LIABLE FOR PAYMENT OF PROVIDENT MATTERS> ALL BALANCES, must be entered in the BOSTON HOUSING COURT FOR 03CV00595, by JUNE 21,2006, NO LATER.  Yours Truly,

                              Selena Jackson
                              ACTUARY/OWNER OPERATOR
                              57 WESTMORE ROAD
                              P.O.260886
                              Mattapan,MA 02126-1558

Re: 05 CV 11559-RWZ
03CV00595-BHC

FILED
IN CLERKS OFFICE
2006 MAY 31 P 12: 13
DISTRICT OF MASS

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss

HOUSING COURT DEPARTMENT
CIVIL ACTION NO. 03 CV 00595
(98CV04152)

---

City of Boston
Inspectional Services Department
      Plaintiff

v.

Selena Jackson
      Respondent

---

## ORDER

After notice to all parties, it is hereby adjudged and ordered as follows:

1. The Receiver's Motion to Enter Into construction Loan and Related Contracts, and for Authorization to Sell Property is allowed.

2. Pursuant to G.L. c. 111 Section § 1271, the Receiver is authorized to execute all contracts, upon commercially reasonably terms, required for the rehabilitation of 57 Westmore Road, Roxbury, MA (the "Premises"), including, without limitation, contracts for construction and construction financing (including the granting of mortgages), construction services, the Premises.

3. Upon completion of the rehabilitation of the Premises, Defendant shall have the option to obtain financing within thirty (30) days of the issuance of a Certificate of Occupancy to payoff the construction lender. If, despite diligent efforts, the Defendant is unable to secure permanent financing, the Receiver is authorized to advertise the Premises for sale and to sell the Premises. The Receiver is authorized to execute all documents required to convey title to the Premises, including, without limitation, purchase and sale agreements and a deed.

4. The Defendant is ordered to cooperate with the Receiver in the implementation of this Order.

HOUSING COURT DEPT.
CITY OF BOSTON DIV.
TRUE COPY
TEST
[signature] R. Ralph
CLERK MAGISTRATE
7/8/05

By the Court
[signature]
Chief Justice

Dated: June 15, 2005

Re: 05 CV 11559-RWZ                                              (98-01452 CV)

## RECEIVER'S PRIORITY LIEN PURSUANT TO MGL c. 111 § 127I

RECEIVER: Vesper Gibbs Barnes, Esq.
PROPERTY: 57 Westmore Road, Mattapan, MA

Vesper Gibbs Barnes, having an address of 10 Malcolm X Blvd, Boston, Massachusetts, and duly appointed Receiver (hereinafter "Receiver") of the premises located at 57 Westmore Road, Mattapan, SUFFOLK COUNTRY, MASSACHUSETTS, more particularly described in Exhibit A attached hereto (hereinafter "Premises"), hereby gives notice and files this statement of Receiver's Lien and expenses to date, in compliance with the provisions of Massachusetts General Laws, Chapter 111, section 127I.

WHEREAS, Vesper Gibbs Barnes has been appointed Receiver of the Premises, pursuant to a Motion brought forward by the City of Boston and an Order granted by Boston Housing Court, Judge Kyriakakis on October 16, 2003; and

WHEREAS, the Order specifically provides for the costs and expenses incurred by the Receiver to constitute a super lien on the Premises, taking precedence over all other creditors; and

WHEREAS, to date, the Receiver has incurred costs and expenses totaling $394,734.48 related to the Premises, as described in Exhibit B attached hereto.

NOW THEREFORE, PURSUANT TO MGL c. 111 § 127I, NOTICE IS HEREBY GIVEN BY THE RECEIVER THAT A LIEN IN THE AMOUNT OF THREE HUNDRED NINETY-FOUR THOUSAND SEVEN HUNDRED THIRTY-FOUR DOLLARS and 48/100 ($394,734.48) HAS BEEN INCURRED TO DATE FOR COSTS AND EXPENSES RELATED TO THE RECEIVERSHIP OF THE PREMISES.

Sworn to under oath on this 23rd day of December, 2005

By: Vesper Gibbs Barnes
_____
Vesper Gibbs Barnes

## COMMONWEALTH OF MASSACHUSETTS

Suffolk, ss                                                      December 23, 2005

On this 23rd day of December, 2005, before me, the undersigned notary public, personally appeared, Vesper Gibbs Barnes, proved to me through satisfactory evidence of identification which were her Commonwealth of Mass License to be the person whose name is signed on the preceding or attached document, and acknowledged to me that they signed it voluntarily for its stated purpose.

Notary Public: Shawn V Jones
My Commission Expires:
September 17, 2010

Re: 05CV11559-RWZ

*Case dismissed*



Dorchester District Court
510 Washington Street
Dorchester, MA

Suffolk County District Attorney's Office
Daniel F. Conley

# RESTITUTION FORM

Assistant District Attorney: <u>Cloutier</u>

Commonwealth v. <u>Jackson Selena</u>     Incident: <u>50495934</u>

Pre-trial Hearing Date: <u>10/3/05</u>     Docket <u>0507CR006108</u>

Your name: <u>Selena Jackson</u>

Home Address: <u>57 Westmore Rd</u>     Apt. # <u>2</u>

Work Address: <u>90 Cushing Ave, Dorch</u>     Phone: <u>617-423-1091 (weinstein)</u>

1. **DAMAGES/LOSSES**

Did you sustain any damages/losses?  Yes <u>✓</u>   No _____

Auto: <u>2 Vans</u>  Building: <u>All belongings</u> Other: <u>2 Furnaces</u>

Please give brief description of damages: <u>7 rooms of belongings, Dryer, 2 Autos, all clothing, Business Machines, Belt punctured foot in Debris</u>

Total amount of Loss: $ <u>574,588.50</u> *plus Closing of Sale, and Costs, Punative Damage*

Was damage covered by Insurance?  Yes _____  No <u>✓</u>
Name of Insurance Company: <u>Self</u>     Deductible: <u>$574,588.50</u>

***You must provide a professional damage estimate, receipts, sales slip, etc.***
Please bring a copy of your Insurance Policy.

2. **MEDICAL EXPENSES/INJURIES**

Did you sustain any physical injuries? Yes <u>✓</u>   No _____
Name of hospital if treated: <u>Brigham + Women's, BIDMC</u> Coverage? Yes <u>✓</u>  No _____
Name of Insurance Company: <u>Mass Health</u>     Deductible/Co-pay: <u>Self</u>

***If you have not yet received a bill, it is requested that you obtain a bill by the court date.
If you cannot obtain a written statement, please obtain the amount of the bill by phone.***

3. **MERCHANDISE**

Did you lose any merchandise? Yes <u>✓</u>   No _____

If you do not have a sales slip, please provide an itemized list with the age and approximate value of each item and sign your name at the bottom of the list.

Should you have any questions about this form please call the Assistant District Attorney assigned to the case at (617) 619-4050. Please be sure to sign and date this form below.

Signature: <u>Selena Jackson</u>     Date: <u>5/15/06</u>



# The Commonwealth of Massachusetts

District Attorney of Suffolk County
Daniel F. Conley

Date: September 19, 2005

*Re: SS: 03CV00595-BHC-Winik*
*SS: 05CV11559-USDist-RWZ/Zobel*

Silvian Robinson
57 Westmore St
Mattapan, MA 02126

*"Is not the Owner of the property,*
*Does not live there, Is only a Contractor*
*For repair of building, who has Falsified permits*
*and pretended to be The Landlord Selena Jackson"*
*"Fraud" w/int with "National Roofing Co and City Insp. Svcs.*

RE: Commonwealth vs. Jackson Selena
Docket # 0507CR006108
Charges Vandalize property

*(no crime committed, Landlord tried to gain entry, was intimidated and Threatened by workman inside)*

Dear, Silvian Robinson
The above case is scheduled for a pre-trial hearing on October 3, 2005 at the *Silvian Robertson Const. Co.* Dorchester District Court at 8:30 AM. On that date the defendant may change his/her plea from "not guilty" to "guilty" and be sentenced if that happens the court may order that the defendant in the above-entitled matter, pay restitution to you for damage caused by the incident in question which occurred on September 15, 2005. You are entitled to be in court on that day and should that happen, make a "Victim Witness Statement" to the judge about how the crime has affected you. It is important you understand that he case may be resolved in your absence should you choose not to come to court. If you do come to court **bring this letter with you.**

If restitution is ordered, the defendant makes payments to the Department of Probation. The Department of Probation records the payment and sends a check to the victim. If you have incurred any financial loss as a result of this incident that **was not covered by insurance,** please complete the attached form. Along with the form, send copies of repair receipts or estimates for repair. *If insurance paid for the damage, but you paid a deductible,* please send a copy of the coverage page of your insurance policy that indicates your deductible. Mail your completed form and attachments to: **Suffolk County District Attorney's office, Dorchester District Court, 510 Washington Street, Dorchester, MA 02124.** Be sure to mail the form so that it arrives **before** the court date. If you have incurred out-of-pocket expenses, it is imperative that you complete this form and get it to us before the court date. **Your failure to respond will indicate that you are not seeking restitution.**

I appreciate your cooperation in this matter. If you have any questions, please do not hesitate to call me.

Sincerely,

Assistant District Attorney
Cloutier

*5/15/06*
*Case was "Dismissed", Restitution applys to Vespa Gibbs Receiver,*
*I tried to get a set of keys for new Doors that were installed. I was Detained at ELMHC for 7 months as a result, from 9/16/05 - 5-8-06 (Punative Damages)*

SS:05CV11559-RWZ  U.S.DISTRICT COURT
SS:03CV00595 SUFFOLK SUPERIOR COURT-WINICK

May 15.2006

RE: 57 WESTMORE ROAD,MATTAPAN,MA 02126-1558-
RECEIVERSHIP/DAMAGES

### DAMAGE LIST FOR SELENA JACKSON

| Item | Amount |
|---|---|
| 1 Olivetti Copier | $1500.00 |
| 2 Fax machines/Tel | 600.00 |
| 3 Desks | 800.00 |
| 1 Wordprocessor | 500.00 |
| 1 Z-50 Copier | 500.00 |
| 2 Typewriters | 1100.00 |
| Books | 500.00 |
| File Cabinets | 1200.00 |
| 3 desk chairs | 500.00 |
| 1 Refrigeratot | 700.00 |
| 1 kitchen set | 800.00 |
| 3 sets of dishes | 300.00 |
| 1 set of pots & pans | 300.00 |
| 1 dishwasher | 500.00 |
| linens | 500.00 |
| 1 queen size bedroom | 1500.00 |
| Clothes | 2000.00 |
| 1 den set | 800.00 |
| 1 bookcase den | 200.00 |
| 1 bar | 400.00 |
| 1 livingroom set | 700.00 |
| 3 coffee tables | 300.00 |
| 1 library books | 1000.00 |
| 3 tv sets color | 2500.00 |
| 1 bedroom set | 500.00 |
| 1 Microwave Oven | 200.00 |
| 1 Singer Sewing Machine | 500.00 |
| 2 Vans removed | 2000.00 |

Rental Loss 2 yrs @ $1200.00 Mo.=$28,800.00
7 Mos. Hospitalization @ $638.00 per day=$136532.00

| Item | Amount |
|---|---|
| 1 Diswasher | 500.00 |
| 1 Cash Register | 400.00 |

Storage Fees @$48.00 Mo. X13 Mos.=$624.00

Legal Fees           $500.00 plus Receivership fees $ 14179.25, $8559.50   *Vespa*, *Celia*
1 Washing Machine    $300.00
1 Dryer              $300.00
MAINTENANCE FEES @$35.00 per hr. X 365days X 3yrs=$ 383.25
Lodging&Travel       $2200.00
Business Salary Loss 2 yrs  $500,000.00
Closing Cost$
1 Sewing Mach $500.00
1 Freezer $500.00
1 Desktop Computer $1200.00
(ALL FURNISHINGS WERE DESTROYED BY WORKKMEN AND ALL RECEIPTS
 ON JULY5,2005. THERE WAS NO EVICTION PAPERS SERVED ON THE LANDLORD AND NO NOTIFICATION SENT TO HER OR ATTORNEY AD LITEM CELIA WEINSTEIN0. I THEREFORE REQUEST RECONSIDERATION OF RESTITUTION FOR DAMAGES DONE MALICIOUSLY BY THE WORKMEN WHO REFUSED TO LET ME TAKE MY BELONGINGS IN A MOVING VAN!!!)

Rental Escrow (98-01453CV) w/pen+Int
1 Vacuum Cleaner $150.00

*Selena Jackson*
SELENA JACKSON-LANDLORD
PRO SE LITIGANT
57 Westmore Road, Mattapan, MA 02126

5/24/06

SS:03CV00595
Vespa Gibbs Barnes, et al
VS
Selena Jackson

Subj: FORECLOSURE NOTICE OF PARCEL 04772-000 OF SELENA JACKSON AT 57 WESTMORE ROAD, MATTAPAN, MA 02126

To: Paul Lacari
4 Winter Place-
LOCKE-OBER RESTAURANT
Boston, MA 02103

From: SELENA JACKSON
57 WESTMORE ROAD
P.O. 260886
MATTAPAN, MA 02126

DEAR MR. LACARI;
 Please be advised, that a FORECLOSURE OF PARCEL 04772-000 has taken place and the sale of property located at 57 Westmore Road, Mattapan, MA 02126, constitutes the FORECLOSURE of your restaurant LOCKE-OBER and the sale thereof, due to the SOLE OWNERSHIP of the parcel 04772-000, and the MUNICIPAL LIEN that exists upon your establishment LOCKE-OBER. The FINAL HEARING date is set for June 21, 2006. Please payover ALL MONIES payable for the MUNICIPAL LIEN, and the sale price of $485,000.00 to me FORTHWITH, and/or have the MONIES PAID by June 21, 2006. Thank you.

SELENA JACKSON
LANDLORD/OWNER
57 Westmore Road
P.O. 260886
Mattapan, MA 02126