www.usdistrictcourt.gov

FILED
IN CLERKS OFFICE

2006 JUN -7  A 11: 34

U.S. DISTRICT COURT
DISTRICT OF MASS.

6/5/06

SS: U.S. District Court-Boston
    Joseph Moakley Bldg.
    1 Courthouse Way
    Boston,MA 02215

From: Selena Jackson
      Pro Se Litigant
      P.O. 260886 (57 Westmore Road)
      Mattapan,MA 02126-1558

Subj: NOTICE OF APPEAL OF DECISION TO DISMISS CASE MATTER   OF
      05CV11559-RWZ

NOTICE OF APPEAL

Here comes, before the U.S.District Court of Boston, Selena Jackson in APPEAL of your dexcision to DISMISS docket 05CV11595-RWZ, for Selena Jackson. I SELENA JACKSON, do hereby APPEAL your decision, based on the evidence submitted to the court, regarding the "criminal aspect", of the RECEIVERSHIP done by Vespa Gibbs Barnes. This matter, is still pending before the Boston Housing Court, for the closure of payment of SALE PROCEEDS of the property located at 57 Westmore Road, Mattapan,MA 02126, on 6/21/06. I have suffered 100% loss of my possessions, and am seeking PUNATIVE REGRESS, for crimes against me as a result. I am suffering, MENTAL ANGUISH, and enduring UNNECESSARY HARDSHIP, because the case matter 05CV11559-RWZ, needs to proceed, for "CRIMINAL PROSECUTION". I request, that the court CONSIDER ALLL DOCUMENTS PRODUCED FOR EVIDENCE, and parties can be brought to JUSTICE in this regard. I have served Vespa Gibbs Barnes, with a summons in April,2006, I will re-serve her again, now that I am out of the hospital. I had been hospitalized from 9/16/05-5/8/05, at the ELMHC, AS A RESULT OF MY ATTEMPT TO GET HOUSE KEYS, to enter my building. Please DO NOT DISMISS THIS MATTER. I have to RETRIEVE RESTITUTION FOR MY LOSSES, and to seek new housing.

*Selena Jackson*
SELENA JACKSON
Pro Se Litigant
P.O.260886 (57 Westmore Road)
Mattapan, MA 02126-1558
Landlord/OWNER

CC:
Celia Weinstein, Atty-Ad Litem
Charles McGinty, Atty-Fed Defender
U.S. Dist Court-Pro Se Clerk
Vespa Gibbs Barnes, Atty-Receiver
Sylvian Robertson
Boston Housing-Land Court

www.usdistrictcourtboston.gov

6/5/06

SS: 05CV11559-RWZ
   SELENA JACKSON
        VS
   Vespa Gibbs Barnes et al
   Sylvian Robertson etal

From: Selena Jackson
      P.O.260886 (Westmore Road)
      Mattapan, MA 02126-1558
      Tel: 617-288-5630

To:   U.S. District Court Boston
      Joseph Moakley Bldg.
      1 Courthouse Way
      Boston, MA 02210