SS: 05cv11559-RWZ   Sedena Jackson vs Vespa Cross Barnes et al

Motion to Proceed
Notice of Appeal
Motion to Reconsider

Notice of Service

FILED
IN CLERKS OFFICE
2006 JUN 13 A 11: 16
U.S. DISTRICT COURT
DISTRICT OF MASS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. District Court
Joseph Moakley
1 Courthouse Way
Boston, MA 02210

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☒ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

USMS SCREENED

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? ☐ Yes

2. Article Number (Transfer from service label)
   7004 2890 0000 2231 5940

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540