SS: 05CV11559-RWZ    Selena Jackson vs Vespa Gibbs Barnes

Motion to Proceed
Notice of Appeal
Motion to Reconsider

Notice of Service

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 0.39 |
| Certified Fee | | 2.40 |
| Return Receipt Fee (Endorsement Required) | | 1.85 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 4.64 |

Sent To: Judge Winik - Bos Housing Court
Street, Apt. No.; or PO Box No.: 15 New Charden St
City, State, ZIP+4: Boston, MA 02114

PS Form 3800, June 2002        See Reverse for Instructions

FILED IN CLERKS OFFICE
2006 JUN 13 A 11:15
U.S. DISTRICT COURT
DISTRICT OF MASS