**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

USDC Docket Number : 05-cv-11559

Selena Jackson

v.

Vespa Gibbs

## CLERK'S CERTIFICATE

I Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-22

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 6/7/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 21, 2006.

Sarah A Thornton, Clerk of Court

By: /s/ Jeanette Ramos
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 6/22/06 .

/s/ Barchard
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11559-RWZ

Jackson v. Gibbs
Assigned to: Judge Rya W. Zobel
Cause: 42:1983 Civil Rights Act

Date Filed: 07/17/2005
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Selena Jackson**     represented by **Selena Jackson**
#2
57 Westmore Rd.
Mattapan, MA 02126
PRO SE

V.

**Defendant**

**Vespa Gibbs**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 07/17/2005 | 1 | Letter/request (non-motion) from Selena Jackson received by fax. (Jenness, Susan) (Entered: 07/25/2005) |
| 07/27/2005 | 3 | Received for filing faxes by Selena Thomas Jackson (Attachments: # 1 Fax no. 1# 2 Fax no. 2# 3 Fax no. 3) (Jenness, Susan) (Entered: 08/02/2005) |
| 07/28/2005 | 2 | Judge Rya W. Zobel : ORDER entered. MEMORANDUM AND ORDER that plaintiff Selena Jackson shall, within 35 days of the date of this Order, (1) file a complaint that complies with the Federal Rules of Civil Procedure; and (2) either pay the $250 filing fee or submit an Application to Proceed Without Prepayment of Fees and Affidavit. In default thereof, the case will be dismissed. The clerk sent plaintiff a fee-waiver application and the step by step guide with a copy of the Memo and Order.(PSSA4, ) (Entered: 07/29/2005) |

| 07/29/2005 |  | Set Deadlines/Hearings: Plaintiff to file (1) a complaint and (2) either the $250 filing fee or fee-waiver application by 9/1/2005. (PSSA4, ) (Entered: 07/29/2005) |
| --- | --- | --- |
| 08/16/2005 | 4 | Letter/request (non-motion) from Selena Jackson "to initate docket". (Johnson, Jay) (Entered: 08/17/2005) |
| 08/18/2005 | 5 | NOTICE of fax filed regarding destruction of property by Selena Jackson (Johnson, Jay) (Entered: 08/23/2005) |
| 08/18/2005 | 6 | NOTICE of fax filed regarding mortgage protection plan by Selena Jackson (Johnson, Jay) (Entered: 08/23/2005) |
| 08/18/2005 | 7 | NOTICE of fax filed regarding request for immediate enforcement by Selena Jackson (Johnson, Jay) (Entered: 08/23/2005) |
| 08/24/2005 | 8 | NOTICE by Selena Jackson of Request to Initiate Prosecution (faxed documents) (Johnson, Jay) (Entered: 08/30/2005) |
| 09/06/2005 | 9 | NOTICE of faxed copies by Selena Jackson (Johnson, Jay) (Entered: 09/07/2005) |
| 09/13/2005 | 10 | NOTICE of faxed copies by Selena Jackson (Johnson, Jay) (Entered: 09/14/2005) |
| 09/16/2005 | 11 | Letter/request (non-motion) from Celia B. Weinstein regarding clarification of case. (Johnson, Jay) (Entered: 09/19/2005) |
| 10/03/2005 | 12 | MOTION to Quash by Selena Jackson.(Johnson, Jay) (Entered: 10/04/2005) |
| 10/18/2005 | 13 | MOTION for Restraining Order by Selena Jackson.(Johnson, Jay) (Entered: 10/19/2005) |
| 10/24/2005 | 14 | NOTICE of Response by Selena Jackson re 2 (Memorandum & ORDER) filing includes a check for $280.00 which must be returned because filing fee has to be an exact amount. (Johnson, Jay) (Entered: 10/26/2005) |
| 10/26/2005 |  | Mail Returned (Check for $280). Mail sent to Selena Jackson (Johnson, Jay) (Entered: 10/26/2005) |
| 10/31/2005 | 15 | Letter/request (non-motion) from Selena Jackson regarding unlawful detention. (Johnson, Jay) (Entered: 11/02/2005) |
| 11/08/2005 | 16 | Judge Rya W. Zobel : ORDER entered. (Urso, Lisa) (Entered: 11/08/2005) |

| | | |
|---|---|---|
| 11/08/2005 | 17 | Judge Rya W. Zobel : Judgment ORDER entered. JUDGMENT entered dismissing the lawsuit.(Urso, Lisa) (Entered: 11/08/2005) |
| 05/18/2006 | 18 | MOTION for Reconsideration re 16 Order, 17 Judgment by Selena Jackson.(Johnson, Jay) (Entered: 05/19/2006) |
| 05/22/2006 | | Judge Rya W. Zobel : endorsedORDER entered denying 18 Motion for Reconsideration. As plaintiff has not served defendant and has stated no basis for reconsideration of the 11/8/05 order & judgment. (Urso, Lisa) (Entered: 05/22/2006) |
| 05/31/2006 | 19 | Letter/request (non-motion) from Selena Jackson regarding sold property w/attachments. (Johnson, Jay) (Entered: 06/01/2006) |
| 06/07/2006 | 20 | NOTICE OF APPEAL as to 17 Judgment by Selena Jackson. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/27/2006. (Johnson, Jay) (Entered: 06/08/2006) |
| 06/13/2006 | 21 | Return receipt received for mail sent to US District Court Delivered on 5/31/06 (Johnson, Jay) (Entered: 06/15/2006) |
| 06/13/2006 | 22 | Return receipt received for mail sent to Judge Wink Boston Housing Court Delivered on 6/6/06 (Johnson, Jay) (Entered: 06/15/2006) |

https://ecf.mad.circ1.dcn/cgi-bin/DktRpt.pl?625480085643184-L_280_(-...