SS:06-1961 Selena Jackson (Appeal as CV 11559)
vs
Vespa G. Bustos

Motion to Proceed in forma Pauperis for
Appeal or [illegible]

I, Selena Jackson, do hereby motion the U.S. District
Court of Appeals, to allow me to proceed in forma
Pauperis, due to indigency at this time, when
[illegible] free, to work, [illegible] the
Court immediately. I am requesting that the
Court Determine Guilt regarding Vespa G. Bustos,
so that the Criminal prosecution can begin against
her, and that I may recieve restitution & damages.

Selena Jackson
Pro Se Litigant
77 Green St Apt 3
[illegible] MA 01902
[illegible]

8/7/06

06-1961    Selena Jackson  VS Vespa G Barnes et al  (Appeal 05CV11559RWZ)

BRIEF

I Selena Jackson,.Appeal to thwe U.S.District court in regards to Vespa G. Barnes, who
has CRIMINALLY proceeded, by way of a Promissory Note, to
Escheat,Defraud,Victimize,and Swindle, by way of Mortgage Scheme, using the HUD
administrative documents, signed Solely by her, and without the approval for sale, and/or
signature of the Owner Selena T Jackson, who resided at the premises in question at 57
Westmore Road, Mattapan.Ma 02126,but acting in the capacity of RECEIVER for the
property , until the repairs to the property were completed. She took out a mortgage loan
in 2003,without the knowledge of the landlord Selena T Jackson, for the sum of
$355000.00, with David Rosengard Atty, on a PROMISSORY NOTE  basis, knowing
that the property in question, was SOLELY OWNED/OPERATED by Selena T Jackson,
who ACQUIRED it on 3/12/90. The repairs to the roof, and back porch werer NOT
ADDRESSED in the year 2003 by Vespa G Barnes , and the repairs were NOT DONE
starting on 4/1/05, and ending on 9/16/05, by Silvian Robertson Construction who
Destroyed property, operated without a permit, illegally obtained a permit and
SLUGGED OUT ALL WALLS IN THE BUILDING for nothing, and at the order of
Vespa G Barnes.
While the construction was going on, the landlord Selena T Jackson, was
ASSAULTED,VICTIMIZED,ANGUISHED, and UNLAWFULLY detained, for
attempting to get a set of keys for the doors that were installed, thereby causing her to
have added DISABILITIES, after stepping on debris, and sticking  a nail in her right
foot,due to the NEGLIGENCE of Silvian Robertson  who left debris on the stairwells,
without cleaning up. On the date of 5/5/05 , the landlord Selena T Jackson did go by the
address of 57 Westmore Road,Mattapan,MA 02126, to remove her belongings out of the
building, only to find that Silvian Robertsons workmen, were throwing ALL MY
PERSONAL BELONGINGS OVER THE PORCH BANISTER, and dropping them  on
the sidewalk in the front, on the steps. Vespa G Barnes , DID LIE , in the Boston Housing
Court, when she said she EVICTED ME.  She never served any EVICTION papers to me,
or made me know that I had to move my belongings.   I, Lived in the building , and I had
a permit of OCCUPANCY #0450, and a permit for repair#03337, which Vespa G Barnes
BLATENTLY IGNORED. She has not paid me the sum of $485000.00, for the sale of
my building, authorized to be sold by JUDGE JEFFREY WINIK, and she is trying to
SWINDLE me for proceeds due , by charging me for her PAYOFF BALANCE, by way
of her MORTGAGE SCHEME, with Atty. David Rosengrad. I therefore e am seeking
RESTITUTION for damages to my BUSINESS TAX PROPERTY, in the sum of
$1,175,000.00, PLUS the proceeds of the sale of the property due, approximately
$300,000.00. I Selena T Jackson, therefore submit my APPEAL to the court, and request
that you GRANT my claim based on the facts as presented to the court.

Selena T Jackson
Pro Se Litigant
77 Green Street, Apt 3
Lynn,MA 01902-9128
BBO# 701154887