**MANDATE**

05-11559
USDC/MA-Bo
Zobel, R

# United States Court of Appeals
## For the First Circuit

No. 06-1961

SELENA JACKSON,

Plaintiff, Appellant,

v.

VESPER GIBBS BARNES,

Defendant, Appellant.

Before

Boudin, <u>Chief Judge</u>,
Campbell, <u>Senior Circuit Judge</u>,
and Lynch, <u>Circuit Judge</u>.

<u>JUDGMENT</u>
Entered: May 24, 2007

   Pro se appellant Selena Jackson appeals from a district court order denying her motion seeking reconsideration of its order dismissing her action. We affirm.

   We review the district court's ruling for abuse of discretion. <u>United States</u> v. <u>One Star Class Sloop Sailboat</u>, 458 F.3d 16, 22 (1st Cir. 2006) (describing standard of review ordinarily applicable to the denial of a motion seeking relief from judgment). On appeal, Jackson does not contend that the district court acted improperly when it declined to reconsider its dismissal order, and our review of the record confirms that it acted properly. The district court dismissed the case after Jackson failed to file a proper complaint and pay her filing fee, as it had directed; it denied reconsideration because she had not identified a pertinent reason for revisiting its dismissal order.

   <u>Affirmed. See 1st Cir. Loc. R. 27.0(c). Appellant's bill for costs is denied.</u>

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*George Graff*
Deputy Clerk
Date: 6/14/07

By the Court:
Richard Cushing Donovan, Clerk.

MARGARET CARTER

By: _____
   Chief Deputy Clerk.

[cc: Selena Jackson, Vesper Gibbs Barnes]